**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GREGORY ROBINSON, *et al.* | * |
| Plaintiffs | * |
| v. | *   Case No. S-02-3236 |
| BALTIMORE POLICE DEPT., *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

II hI hereby cerI hereby certify that on the 11th day of March, 2003, there was ser **SergeantSergeant Darryl C. Moore**, one , one of t, one of the defendants, a copy of the V Complaint,Complaint, and Demand for Jury Trial, General Consent to Proceed before a MaCor JudgeJudge form, and a Disclosure of Corporate Interest memo, iJudge form, and a Disc Verderaime, Esquire.

II hereby declare or affirm under penalties of perjuryI hereby declare or affirm under containedcontained in the forecontained in the foregoingcontained in the foregoing affidavit knowledge, information and belief.

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Attorneys for Plaintiff