# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, *et al.*　　　　　*

　　　　Plaintiffs　　　　　　　　*

v.　　　　　　　　　　　　　　　*　　　　Case No. S-02-3236

BALTIMORE POLICE DEPT., *et al.*　　*

　　　　Defendants　　　　　　　*

　　　*　　*　　*　　*　　*　　*　　*

## <u>AFFIDAVIT OF SERVICE</u>

I hereby certify that onI hereby certify that on the 13th day of February, 2003, there wasI he

**Mack**,, one, one of the defendants, a copy of the Writ of, one of the defendants, a copy of the Wri

JuryJury Trial, General Consent to Proceed before a MJury Trial, General Consent to Proceed

CorporatCorporateCorporate Interest memo, and a copy of the Court s February 10, 2003, Order,

thethe documents by first-class mail, postage pre-paid, to his last-known residence of 2350

McCullah Street, Baltimore, Maryland 21217.

II hereby declare or affirm under penalties of perI hereby declare or affirm under pe

concontainecontainedcontained in the foregoing affidavit of service are true and correct, to th

knowledge, information and belief.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Duane A. Verderaime
　　　　　　　　　　　　　　Verderaime & DuBois, P.A.
　　　　　　　　　　　　　　1231 North Calvert Street
　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　(410) 752-8888
　　　　　　　　　　　　　　Attorneys for Plaintiff