**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GREGORY ROBINSON, *et al.* | * |
| Plaintiffs | * |
| v. | *   Case No. S-02-3236 |
| BALTIMORE POLICE DEPT., *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \*

**PLAINTIFFS REQUEST FOR ENTRY OF DEFAULT**

PlaPlaintiffs,Plaintiffs, by and through their attorneys, Duane A. Verderaime and Verderai DuBois,DuBois, P.A., request the clerk of the court toDuBois, P.A., request the clerk of the court t as authorized by Federal Rules of Civil Procedure 55.

A. Introduction

1. PlaintiffsPlaintiffs are Gregory Robinson, Chris Wade, Dawn Cheuvront,Plaintiffs a Smith; defendant is John Mack.

2. OnOn October 3, 2002, plaintiffs sued defendant for violatiOn October 3, 2002, p thethe Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, viol., violation., viol U.S.C.U.S.C. § 198U.S.C. § 1981, civil coU.S.C. § 1981, civil conspiracy, violation of Tit Amendment,Amendment, Retaliation, violation of the Fourteenth Amendment, violation of 4Am §1983, and violation of Article 24 of the Maryland Constitution Due Process.

3. On February 13, 2003, defendant was served with a copy of plaintiffs' Complaint, Civil Cover Sheet, [...] States Magistrate Judge, and Disclosure of Corporate Interest by first-class Service mailing, as directed by the Court's Order of February 10, 2003. [...] Court's Order and an Affidavit of Service is attached as Exhibit A.

4. Defendant did not file a responsive pleading or otherwise defend the suit.

5. Plaintiffs are entitled to default.

### B.  Argument

6. The clerk of the court may enter a default against [a defendant who has not filed] a responsive pleading or otherwise defended the suit. [...] *Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

7. The clerk should enter a default against the defendant [because it did] not file an answer within 20 days after February 13, 2003, the [...] P. 12(a)(1)(A).

8. Plaintiffs met the procedural requirements for obtaining entry [of default by] the clerk as demonstrated by Duane A. Verderaime's sworn affidavit.

9. Because defendant did not file a responsive [pleading or otherwise defend the] suit, defendant is not entitled to notice of entry of default.  *See Direct Mail [Specialists,] Inc. v. Eclat Computerized Tech, Inc.* 840 F.2d 685, 689 (9th Cir. 1988).

### C.  Conclusion

10.  TheThe Court ruled that defendant Mack was evading servThe Court ruled that de 10,10, 2003, ordered that defendant Mack m10, 2003, ordered that defendant Mack may be se copycopy of the summons, Complaint, and all other papers to defecopy of the summons, Com residence.residence.  As per the Couresidence.  As per the Court s residence.  As per the C mailedmailed by first-class mail to defendant Mack s last-known residence, and hemailed by firs answeranswer the Complaint or otherwise defend the suit within the time permitteanswer the Co reasons, plaintiffs ask the clerk to enter a default in favor of plaintiffs.

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Attorneys for Plaintiffs