**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GREGORY ROBINSON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. S-02-3236 |
| BALTIMORE POLICE DEPT., *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

**<u>PLAINTIFFS REQUEST FOR ENTRY OF DEFAULT</u>**

PlaPlaintiffs,Plaintiffs, by and through their attorneys, Duane A. Verderaime and Verderai DuBois,DuBois, P.A., request the clerk of the court to enteDuBois, P.A., request the clerk of t Williams, as authorized by Federal Rules of Civil Procedure 55.

<u>A.  Introduction</u>

1.  PlaintiffsPlaintiffs are Gregory Robinson, Chris Wade, Dawn Cheuvront,Plaintiffs a Smith; defendant is Antonio Williams.

2.  OnOn October 3, 2002, plaintiffs sued defendant for violatiOn October 3, 2002, p thethe Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, viol., violation., viol U.S.C.U.S.C. § 198U.S.C. § 1981, civil coU.S.C. § 1981, civil conspiracy, violation of Tit Amendment,Amendment, Retaliation, violation of the Fourteenth Amendment,  violation of 4Am §1983, and violation of Article 24 of the Maryland Constitution Due Process.

3. On January 2, 2003, defendant was served in person by Duane A. Verderaime, Esquire, with the sum[mons, Complaint, Civil Cover] Sheet, General Consent to Proceed Before a United States [Magistrate Judge, and Disclosure] of Corporate Interest.  A copy of the Affidavit of Service is attached as Exhibit A.

4. Defendant did not file a responsive pleading or otherwise defend the suit.

5. Plaintiffs are entitled to default.

### B.  Argument

6. The clerk of the court may enter a default again[st a defendant who has not filed] a responsive pleading or otherwise defended the suit. [See New York Life] *Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

7. The clerk should enter a default against the d[efendant because defendant did] not file an answer within 20 days after January 2, 2003. [Fed. R. Civ.] P. 12(a)(1)(A).

8. Plaintiffs met the procedural requirements for [entry of default by] the clerk as demonstrated by Duane A. Verderaime's sworn affidavit.

9. Because defendant did not file a responsive [pleading or otherwise defend the] suit, defendant is not entitled to notice of entry of default.  *See D[reith v. Nu Image,] Inc. v. Eclat Computerized Tech, Inc.* 840 F.2d 685, 689 (9th Cir. 1988).

### C.  Conclusion

10. The summons, Complaint, and other papers were served upon defendant Williams, and he has failed to answer the within the time permitted. For these reasons, plaintiffs ask the clerk to enter judgment by default in favor of plaintiffs.

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Attorneys for Plaintiffs