**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GREGORY ROBINSON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. S-02-3236 |
| BALTIMORE POLICE DEPT., *et al.* | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF SERVICE**

II hereby certify that on I hereby certify that on the 2nI hereby certify that on the 2nd day AntonioAntonio Williams, one ofAntonio Williams, one of the defendants, a copy ofAntonio Wil DemandDemand for Jury Trial, General Consent to PDemand for Jury Trial, General Consent a Disclosure of Corporate Interest memo, in person by Duane A. Verderaime, Esquire.

II hereby declare or affirm under penalties of perjury thaI hereby declare or affirm un containedcontained in the foregoing affidavit ofcontained in the foregoing affidavit of servo knowledge, information and belief.

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Attorneys for Plaintiff