IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY ROBINSON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. S-02-3236 |
| BALTIMORE POLICE DEPT., *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

**AFFIDAVIT OF SERVICE**

I hereby certify that on the 11th day of March, 2003, there was served upon **Sergeant Darryl C. Moore**, one of the defendants, a copy of the Writ of Summons, Complaint, and Demand for Jury Trial, General Consent to Proceed before a Magistrate Judge form, and a Disclosure of Corporate Interest memo, in person by Duane A. Verderaime, Esquire.

I hereby declare or affirm under penalties of perjury that the matters and facts contained in the foregoing affidavit of service are true and correct, to the best of my knowledge, information and belief.

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Attorneys for Plaintiff