IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY ROBINSON, et al.<br>Plaintiffs | * | |
| | * | |
| v. | | Civil Action No.: WDQ-02-3236 |
| | * | |
| WILLIAM BOOKER, SERGEANT;<br>SONIA YOUNG, SERGEANT;<br>JOHN MACK, LIEUTENANT AND<br>DARRYL C. MOORE, SERGEANT<br>Defendants | *<br><br>******  | |

**ORDER**

The court file reflecting that service of process has been effected upon the above named defendants and that defendants have not yet filed any response to the Complaint, it is, this <u>7th</u> day of <u>April</u>, <u>2003</u>,

ORDERED that plaintiffs file and serve by mail on the above named defendants a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

                                                          /s/
                                        William D. Quarles, Jr.
                                        United States District Judge