IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GREGORY ROBINSON, et al.** | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: S-02-3236 |
| **BALTIMORE CITY, MARYLAND, et al.** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT JOHN MACK'S OPPOSITION TO PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

Defendant, John Mack, by his undersigned attorney, submits this Opposition to Plaintiffs' Request for Entry of Default.

1. Contemporaneously with the filing of this Opposition, Defendant Mack has filed an answer to the Plaintiffs' Complaint.

2. The delay in filing an answer to the Plaintiffs' Complaint was caused in part by a conflict of interest on the part of the undersigned that had to be resolved, and due to the fact that undersigned counsel had to determine which, if any defendants, other than Defendant Sergeant Sonia Young he was able to defend.

3. The delay in the filing of the Answer to the Plaintiffs' Complaint was not willful or culpable, Defendant Mack has a meritorious defense to the allegations in the Plaintiffs' Complaint, the Plaintiffs will not sustain any prejudice if the Request for Entry of Default is denied and the entry of default would produce a harsh and unfair result.

4. Accordingly, Plaintiffs' Request for Entry of Default should be denied.

Respectfully submitted,

_____
Troy A. Priest (Federal Bar #12022)
Brown, Diffenderffer & Kearney, LLP
Tide Point
The Tide Building – Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500

Attorneys for Defendants Sergeant Sonia Young and Lieutenant John Mack

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April 2003, a copy of Defendant John Mack's Opposition to Plaintiffs' Request for Entry of Default was mailed first-class, postage prepaid, to:

Duane Verderaime, Esquire
Verderaime & DeBois
1231 North Calvert Street
Baltimore, Maryland 21202
**Attorney for Plaintiffs**

Charles G. Byrd, Jr., Esquire
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
**Attorney for Defendant Antonio Williams**

James H. Fields, Esquire
Jones & Associates, P.C.
Harborplace Tower, Suite 2700
Baltimore, Maryland 21202
**Attorney for Defendants William Booker and Darryl Moore**

_____
Troy A. Priest