UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Gregory Robinson, et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Civil No. WDQ-02-3236 |
| **Baltimore Police Department, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on the 24th day of June, 2003, I delivered, by hand-delivery to: Duane A. Verderaime, Esquire, Verderaime & DuBois, P.A., 1231 North Calvert Street, Baltimore, MD 21202 and by first class mail, postage pre-paid to Charles G. Byrd, Jr., Esquire, Alston & Byrd, 2518 Maryland Avenue, Baltimore, Maryland 21218, and Troy A. Priest, Esquire, Brown, Diffenderfer & Kearney, LLP, 1010 Hull Street, Suite 300, Baltimore, Maryland 21230 the following discovery-related documents:

a) Interrogatories to Plaintiff; and

b) Defendant's First Request for Production of Documents to Plaintiff.

I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                                                    _____
                                                    James H. Fields
                                                    Nathaniel E. Jones, Jr.
                                                    Jones & Associates, P.C.
                                                    111 South Calvert Street, Suite 2700
                                                    Baltimore, Maryland  21202
                                                    (410) 385-5240

                                                    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 24th day of June, 2003, a copy of the foregoing Certificate Regarding Discovery was hand-delivered to Duane A. Verderaime, Esquire, Verderaime & DuBois, P.A., 1231 North Calvert Street, Baltimore, MD  21202; Charles G. Byrd, Jr., Esquire, Alston & Byrd, 2518 Maryland Avenue, Baltimore, Maryland 21218, and Troy A. Priest, Esquire, Brown, Diffenderfer & Kearney, LLP, 1010 Hull Street, Suite 300, Baltimore, Maryland 21230.

                                                  _____
                                                    James H. Fields