## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GREGORY ROBINSON, ET AL.** \* | |
| **PLAINTIFFS** \* | |
| **V.** \* | **CASE NO. WDQ 02 CV 3236** |
| **BALTIMORE POLICE DEPARTMENT,** \* | |
| **ET AL.** \* | |
| **DEFENDANTS** | |

### JOINT MOTION TO EXTEND THE PRE-TRIAL SCHEDULING ORDER

Counsel for the Plaintiffs, Gregory Robinson, et al., together with Counsel for Defendants Baltimore Police Department and Baltimore Police Commissioner, Edward Norris ("Defendants"), move to extend the pre-trial scheduling order in the above-referenced matter, and as grounds in support thereof, state as follows:

1. Under the current pre-trial scheduling order, discovery is set to close on August 8, 2003;

2. Counsel for Plaintiffs and Defendants have engaged in discovery and have been amicably working together to review this litigation with an eye towards its resolution; however, this case is complicated as it involves various claims asserted by four Plaintiffs against seven Defendants.

3. Counsel for Defendant Maj. Antonio Williams, Charles Byrd, Esq., has filed or will shortly file, a withdraw of appearance from this case;

4. New counsel is expected to enter an appearance shortly, requiring that individual to spend time familiarizing him/herself with this case, and complete any outstanding discovery pertinent to his/her client;

5. Therefore, the parties agree that a modification to the scheduling order to permit an extension of discovery for three additional months will further the ends of justice by allowing new counsel to enter this case, and further provide the parties an opportunity to obtain additional discovery and seek an amicable resolution of all issues involved;

6. Counsel for both the undersigned parties are in agreement that good cause exists to extend the Pre-Trial Scheduling Order, as set forth in the proposed Order.

WHEREFORE, counsel for the undersigned parties respectfully request that the Pre-Trial Scheduling Order be modified for the reasons set forth above, and as reflected in the attached proposed Order.

_____  
Duane A. Verderaime, Esq.  
Verderaime & DuBois, P.A.  
1231 North Calvert Street  
Baltimore, Maryland 21202  
(410) 752-8888  
(410) 752-0425  
*Counsel for Plaintiffs*

_____  
Howard B. Hoffman, Esq.  
Assoc. City Solicitor  
Office of Legal Affairs  
Baltimore Police Department  
c/o 242 W. 29th Street  
Baltimore, Maryland 21211  
(410) 396-2496  
(410) 396-2126  
*Counsel for Defendants BPD and Norris*

4. New counsel is expected to enter an appearance shortly, requiring that individual to spend time familiarizing him/herself with this case, and complete any outstanding discovery pertinent to his/her client;

5. Therefore, the parties agree that a modification to the scheduling order to permit an extension of discovery for three additional months will further the ends of justice by allowing new counsel to enter this case, and further provide the parties an opportunity to obtain additional discovery and seek an amicable resolution of all issues involved;

6. Counsel for both the undersigned parties are in agreement that good cause exists to extend the Pre-Trial Scheduling Order, as set forth in the proposed Order.

WHEREFORE, counsel for the undersigned parties respectfully request that the Pre-Trial Scheduling Order be modified for the reasons set forth above, and as reflected in the attached proposed Order.

| | |
|---|---|
| Duane A. Verderaime, Esq. | Howard B. Hoffman, Esq. |
| Verderaime & DuBois, P.A. | Assoc. City Solicitor |
| 1231 North Calvert Street | Office of Legal Affairs |
| Baltimore, Maryland 21202 | Baltimore Police Department |
| (410) 752-8888 | c/o 242 W. 29th Street |
| (410) 752-0425 | Baltimore, Maryland 21211 |
| *Counsel for Plaintiffs* | (410) 396-2496 |
| | (410) 396-2126 |
| | *Counsel for Defendants BPD and Norris* |