IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, ET AL.      *

    PLAINTIFFS                 *

V.                            *    CASE NO. WDQ 02 CV 3236

BALTIMORE POLICE DEPARTMENT,  *
    ET AL.
                              *
    DEFENDANTS
_____/

### ORDER

Upon consideration of the Joint Motion to Extend the Pre-Trial Scheduling Order in the above-referenced case, it is hereby ORDERED that the Scheduling Order dated April 8, 2003, shall be modified as follows:

1. Discovery shall be completed by **November 7, 2003**, at which time the parties shall file a status report;

2. All motions (except for motions in limine), must be filed by **December 8, 2003**;

3. The pre-trial conference currently set for November 7, 2003, shall be rescheduled for a date and time convenient to this Court.

                                                  _____
                                                  William D. Quarles, Jr.
                                                  United States District Judge