IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY ROBINSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No: WDQ 02 CV 3236 |
| BALTIMORE POLICE DEPT., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCES

To:   The Honorable Felicia C. Cannon, Clerk of the United States
District Court for the District of Maryland

Please enter the appearances of the undersigned attorneys as new lead counsel for Major Antonio Williams, a co-defendant in the above-captioned case. Charles G. Byrd, Jr., Esquire, who previously represented Major Antonio Williams, is expected to withdraw his appearance from the case.


Respectfully submitted,                                      Respectfully submitted,


/S/  Neal M. Janey                                           /S/  Neal M. Janey, Jr.
Neal M. Janey                                                Neal M. Janey, Jr.
*Federal Bar No. 02285*                                      *Federal Bar No. 26800*

The Janey Law Firm P.C.                                      The Janey Law Firm P.C
The Equitable Building                                       The Equitable Building
Suite 722                                                    Suite 722
10 North Calvert Street                                      10 North Calvert Street
Baltimore, Maryland 21202                                    Baltimore, Maryland 21202
Telephone: (410) 783-7344                                    Telephone: (410) 783-7344
Facsimile:  (410) 783-7342                                   Facsimile:  (410) 783-7342

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GREGORY ROBINSON, et al.** | * | |
|     **Plaintiffs** | * | |
| v. | * | Case No: WDQ 02 CV 3236 |
| **BALTIMORE POLICE DEPT., et al.** | * | |
|     **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July 2003, a true copy of the foregoing Entry of Appearances was filed, and if necessary, hard copies will be mailed, in accordance with the Electric Filing Requirements and Procedures of the United States District Court for the District of Maryland.

                                                              /S/ Neal M. Janey

                                                              Neal M. Janey