```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al.      *

     Plaintiffs               *

v.                            *      Case No: WDQ 02 CV 3236

BALTIMORE POLICE DEPT.,       *
          et al.
                              *

     Defendants               *

*     *     *     *     *     *     *     *     *     *     *     *
```

## MOTION TO MODIFY THE SCHEDULING ORDER

NOW COMES Major Antonio Williams, a co-defendant in the above referenced case, by and through his undersigned counsel, pursuant to Rule 16(b) of the F.R.Civ.P., files this Motion to Modify the Scheduling Order, and in support of said motion, avers and states as follows:

1.   The undersigned defense attorneys were recently retained to handle the legal representation of the co-defendant Major Antonio Williams who was previously represented by another attorney.  Defense counsel noted their appearances in the case contemporaneously with the filing of this motion.

2.   Pursuant to the current Scheduling Order, the discovery deadline is August 8, 2003, less than two weeks from the date of the filing of this motion.

3. Defense attorneys need to modify the scheduling order by extending the discovery deadline so that they will have adequate time to review the files, familiarize themselves with the case, conduct and complete a full range of discovery, and prepare a defense for Major Antonio Williams. This case appears to be a complex employment discrimination case involving allegations that four career police officers were discriminated against by the Police Commissioner and five additional police supervisors and commanders. The City of Baltimore and the Baltimore Police Department are also named as co-defendants in this case.

4. It is reasonable to expect that it will take several months for defense attorneys to conduct and complete discovery in a complex employment discrimination case like this one which involves four plaintiffs, six individual defendants, and two governmental entities. Indeed, in their Joint Motion to Extend the Pre-Trial Scheduling Order, plaintiffs' counsel and the other defense attorneys estimated that it will take at least three additional months to complete discovery.

5. Plaintiffs' counsel apparently does not oppose an extension of the discovery deadline.

WHEREFORE, co-defendant Major Antonio Williams respectfully prays that this Honorable Court will grant the

Motion to Modify the Scheduling Order and enter the proposed order which is attached to this motion.

>Respectfully submitted,
>
>/s/  Neal M. Janey
>Neal M. Janey
>*Federal Bar No. 02285*
>
>The Janey Law Firm P.C.
>The Equitable Building
>Suite 722
>10 North Calvert Street
>Baltimore, Maryland 21202
>Telephone: (410) 783-7344
>Facsimile: (410) 783-7342

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

GREGORY ROBINSON, et al.         *

    Plaintiffs                       *

v.                               *     Case No: WDQ 02 CV 3236

BALTIMORE POLICE DEPT.,          *
        et al.
                                 *

    Defendants                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July 2003, a true copy of the foregoing Motion to Modify the Scheduling Order and proposed order were filed, and if necessary, hard copies will be mailed, in accordance with the Electric Filing Requirements and Procedures of the United States District Court for the District of Maryland.

                                                    /s/   Neal M. Janey
                                                    Neal M. Janey

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

GREGORY ROBINSON, et al.        *

    Plaintiffs                  *

v.                              *       Case No:  WDQ 02 CV 3236

BALTIMORE POLICE DEPT.,         *
        et al.
                                *

    Defendants                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the foregoing Motion to Modify the Scheduling Order filed by the co-defendant, Major Antonio Williams, it is on this _____ day of _____ 2003, ORDERED:

    1.   That discovery shall be completed by November 7, 2003, at which time the parties shall file a status report;

    2.   That all motions (except for motions in limine) shall be filed by December 8, 2003; and,

    3.   That the pre-trial conference currently set for November 7, 2003, shall be rescheduled for a date and time convenient to this Honorable Court.

                                        _____
                                        William D. Quarles, Jr.
                                        United States District Judge