IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al         *

    Plaintiffs                    *

v.                              *   Case No: WDQ 02 CV 3236

BALTIMORE POLICE DEPT.,         *
    et al.
                                *

    Defendants                    *

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER

UPON CONSIDERATION of the foregoing Motion to Modify the Scheduling Order filed by the co-defendant, Major Antonio Williams, it is on this _29th_ day of _July_ 2003, ORDERED:

    1.   That discovery shall be completed by November 7, 2003, at which time the parties shall file a status report

    2.   That all motions (except for motions in limine) shall be filed by December 8, 2003; and,

    3    That the pre-trial conference currently set for November 7, 2003, shall be rescheduled for a date and time convenient to this Honorable Court

                                      _____
                                      William D Quarles, Jr.
                                      United States District Judge