

```
 1                BALTIMORE CITY POLICE DEPARTMENT
 2    ---------------------------------------*
 3                                            *
      GREGORY ROBINSON, et al,                *
 4                                            *
              Plaintiffs,                     *
 5                                            *
         vs.                                  *  WDQ-02-3236
 6                                            *
      BALTIMORE POLICE DEPARTMENT, et al,     *
 7                                            *
              Defendants.                     *
 8    ---------------------------------------*
 9
                            July 25, 2003
10
11   Deposition of:
12                         GREGORY ROBINSON
13   the Deponent, called for examination by counsel for
14   the Defendants, Baltimore Police Department, pursuant
15   to notice and agreement as to time and place, at Law
16   Office of Duane Verderaime, 1231 N. Calvert Street,
17   Baltimore, Maryland, before Stu Levin, a notary public
18   in and for the State of Maryland.
19
20
21
```

```
 1   APPEARANCES:

 2   On Behalf of the Plaintiffs:

 3           DUANE VERDERAIME, ESQUIRE
             1231 N. Calvert Street
 4           Baltimore, Maryland  21202

 5   On Behalf of the Defendant Baltimore Police Department:

 6           HOWARD HOFFMAN, ESQUIRE
             Office of Legal Affairs
 7           242 W. 29th Street
             Baltimore, Maryland  21211
 8
     On Behalf of the Defendants Mack and Young:
 9
             TROY PRIEST, ESQUIRE
10           Brown, Diffenderffer & Kearney
             1010 Hull Street
11           Suite 300
             Baltimore, Maryland  21230
12

13

14

15

16

17

18

19

20

21
```

1  quick.  I don't know if the order is --
2          MR. VERDERAIME:  You should have gotten
3  copies.  Well, if you didn't, these are the docs we're
4  referring to.  I'll get a copy of these to you by early
5  next week if you don't have them.  You didn't get that
6  packet?
7          MR. PRIEST:  When would it have gone out?
8  Sometime ago?
9          MR. VERDERAIME:  It was like two weeks ago,
10 maybe.
11         MR. HOFFMAN:  I don't know.  Oh, this was
12 hand delivered so it was -- yes, it was at least two
13 weeks ago.
14         MR. VERDERAIME:  I'll get a copy of that to
15 you.  You can use that for today and then I'll get you
16 a copy.
17         MR. PRIEST:  Okay.
18         MR. HOFFMAN:  I've got a bunch --
19         THE WITNESS:  The exact comment that she said
20 was, "See Billy, this is why I hate light skinned
21 people and this is why I hate working with them."

BY MR. HOFFMAN:

Q   Okay. She was talking to Billy? Was she directing that comment towards Billy?

A   I believe she was directing that at me. No question in my mind -- I know she was, was directing that --

Q   All right. Well, what was the context of the conversation?

A   What happened that day, to put it all in perspective, we had computers throughout various offices but the printer's in one spot. Walk into the room, to my immediate left Sergeant Young's desk. Sergeant Young, standing with her, Billy Booker -- if I'm sitting where Sergeant Young is, Billy Booker is to my right. Daniette Swanson (phonetic), a detective, is to my left, all basically in the same proximity. I'm sorry, sir, your name again?

MR. PRIEST:   Troy Priest.

THE WITNESS:   Mr. Priest, right where Mr. Priest is, is the printer, maybe another foot or two from there.

1          MR. VERDERAIME:  You're saying about five,
2    six feet away?
3          THE WITNESS:  Yes.  In that time I walked
4    back and forth literally from one end to the other.  I
5    printed stuff and got off the printer from the first
6    time I walked in, and the three of them are talking --
7    or actually Sergeant Young is talking and she's
8    literally talking in a whisper.  I go back to my desk,
9    come back, a minute tops, go to get the secretary.
10         As she's whispering, I'm not paying too much
11   attention, then she starts to raise her voice, says --
12   starts -- I look over and she looks at me and that's
13   when she makes the statement and she looked right at
14   me.  Again, there's a dead center opening, the two
15   people on the right and the left, and she looked at me
16   as I'm looking at Mr. Priest.
17         BY MR. HOFFMAN:
18   Q    And again, it was Detectives Swanson?
19   A    It was Sergeant Young who made the statement.
20   Detective Swanson is too -- for purposes of this,
21   Detective Swanson would have been to my left about

119

1  where Detective Wade is, and it was approximately two -
2  - no further than three feet to my left, as is
3  Mr. Verderaime sitting to my right which would have
4  been Billy Booker who was standing up, about one --
5  anywhere from -- excuse me -- two to three feet.
6           But they were whispering about something and
7  then, as I'm looking at Mr. Priest, she raises her
8  voice, eye contact as we're doing now and makes the
9  statement.  And Sergeant Booker's reaction was, "Oh, my
10 god" -- he puts his hands over his ears.  I walked out,
11 furious because I knew it was meant at me.
12      Q    Detective Swanson is what race?
13      A    African American.
14      Q    Okay.  And is she light skinned?
15      A    She's African American and she's -- in my
16 opinion light skin is like Mr. Priest.
17      Q    Okay.  But there was no comments by Sonya
18 Young that preceded this one comment, "See Billy,
19 that's why I don't like working with light skinned
20 people."  Is that correct?  She didn't say anything to
21 you prior to that comment?

120

1   A    Before?  No.

2   Q    She just said that?

3   A    Yes.

4   Q    Almost out of the blue?

5   A    Yes.

6   Q    Okay.  And what did you say in response?

7   A    I walked right out of the room, furious, and
8 they all knew it, every one of them.

9   Q    Okay.  And how would they have known you were
10 angry?  You slammed the door?

11  A    Nope, I walked right out, and they saw the
12 way I walked out.  Like I said, I just looked -- as
13 soon as she said it, probably a second hesitation.  I
14 looked and I just went -- I mean, I made -- I know I
15 made some form of gesture like I don't believe this.  I
16 know I made some form of gesture and I turned and
17 walked right out of the room.

18  Q    You didn't ask her -- you know, you didn't
19 respond, "Excuse me," or --

20  A    Well, let me categorize something real quick.
21 I'm currently in supervisor school which they call and