IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

GREGORY ROBINSON, et al.,        *

    Plaintiffs,              *

v.                               *      CIVIL NO: WDQ-02-3236

BALTIMORE POLICE DEPARTMENT,
et al.                           *

    Defendants.              *

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 6th day of November 2003, ORDERED:

1. That the Defendant's motion to sever BE, and it HEREBY IS, DENIED; and

2. That the Clerk of the Court send copies of this Memorandum Opinion and Order to counsel for the parties.

                                        /s/
                                William D. Quarles, Jr.
                                United States District Judge