IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, ET AL.   *

    PLAINTIFFS   *

V.   *   CASE NO. WDQ 02 CV 3236

BALTIMORE POLICE DEPARTMENT,   *
    ET AL.
        *

    DEFENDANTS
_____/

### JOINT STATUS REPORT BETWEEN THE PLAINTIFFS AND DEFENDANT BALTIMORE POLICE DEPARTMENT

Pursuant to this Court's Scheduling Orders dated April 8, 2003 and July 29, 2003, counsel for the Baltimore Police Department ("BPD") and counsel for the Plaintiffs submit the following Joint Status Report:

### 1. *Status of Discovery*

Between both the Plaintiffs and the Defendants, the parties have conducted ten (10) depositions. Both the Plaintiffs and Defendant BPD owe each other written discovery materials. It is expected that this outstanding discovery will be satisfied by November 12, 2003.

### 2. *Whether Motions Are Pending*

There are no motions currently pending in this matter. By November 12, 2003, Plaintiffs' counsel expects to file a Line dismissing Defendants Norris and Williams.

### 3. *Whether Any Party Intends to File Motions*

It is anticipated that the Defendants will file an Omnibus Joint Defendants Motion for Summary Judgment, in order to efficiently argue certain issues common to the defense of this case (e.g., whether the claims of harassment were severe and pervasive as a matter of law). At this time, Plaintiffs do not anticipate filing a dispositive motion. Also, at this time, the parties do not anticipate filing motions relating to a failure of discovery.

### 4. *Whether The Case Is To Be Tried Before A Jury And The Anticipated Length of Trial*

Plaintiffs have prayed for a jury trial. With four Plaintiffs, four Defendants, and multiple witnesses, it is anticipated that a trial in this matter would last for 7 to 10 days.

### 5. *Certification of Settlement Negotiations - Referral to Magistrate*

Counsel for the BPD and counsel for the Plaintiff have conferred on numerous occasions regarding resolution of this matter, mostly following the conclusion of each scheduled depositions, the most recent of which occurred on October 28, 2003, at approximately 5:15 p.m., with counsel for Defendants Booker, Moore, Young, and Mack present. No settlement authority has been granted to counsel for the BPD, nor has counsel for the BPD requested such settlement authority from the Baltimore City Law Department. Counsel for the Plaintiff is anticipating that he will complete a letter to opposing counsel

outlining proposed terms of settlement in this case, no later than November 21, 2003. Nevertheless, given the positions of the parties in this case, settlement of this matter is not expected to easily occur. Neither counsel for the BPD nor Plaintiffs' counsel objects to the referral of this case to a Magistrate Judge.

### 6. *Other Important Matters*

Given the variety and sheer number of claims each Plaintiff brings to bear, it is expected that the Omnibus Joint Defendants' Motion for Summary Judgment could exceed that permitted by Local Rule 105(3) (50 page limitation on length). Accordingly, it is anticipated that the Defendants may file a motion to exceed this page limit.

Also, given the fact that each Defendant intends to move for Summary Judgment on grounds other than those addressed in the Omnibus Joint Defendants' Motion for Summary Judgment, the parties submit the following proposed briefing schedule in accordance with Local Rule 105(2)(c):

   a. **January 16, 2004** - Deadline for Omnibus Joint Defendants' Motion for Summary Judgment;

   b. **January 23, 2004** - Deadline for Defendants' Motion for Summary Judgment;

   c. **January 30, 2004** - Deadline for Plaintiff's Opposition to Omnibus Joint Defendants' Motion for Summary Judgment;

    d.    **February 6, 2004** – Deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment;

    e.    **February 10, 2004** – Deadline for Joint Defendants' Reply to Plaintiff's Opposition to Omnibus Joint Defendants' Motion for Summary Judgment; and

    f.    **February 17, 2004** – Deadline for Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Finally, both counsel for the BPD and counsel for the Plaintiff would be interested in attending Court supervised mediation, if this Honorable Court finds such an option necessary or desirable. It would be most efficient if such mediation was scheduled following the decision on Defendants' Motion for Summary Judgment, if the cases are not otherwise dismissed.

Respectfully submitted,

_____
Duane A. Verderaime, Esq.
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
(410) 752-0425
*Counsel for Plaintiffs*

Respectfully submitted,

_____
Howard B. Hoffman, Esq.
Assoc. City Solicitor
Office of Legal Affairs
Baltimore Police Department
c/o 242 W. 29th Street
Baltimore, Maryland 21211
(410) 396-2496
(410) 396-2126
*Counsel for Defendants BPD and Norris*

d.  **February 6, 2004** - Deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment;

e.  **February 10, 2004** - Deadline for Joint Defendants' Reply to Plaintiff's Opposition to Omnibus Joint Defendants' Motion for Summary Judgment; and

f.  **February 17, 2004** - Deadline for Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Finally, both counsel for the BPD and counsel for the Plaintiff would be interested in attending Court supervised mediation, if this Honorable Court finds such an option necessary or desirable. It would be most efficient if such mediation was scheduled following the decision on Defendants' Motion for Summary Judgment, if the cases are not otherwise dismissed.

Respectfully submitted,

_[signature]_
Duane A. Verderaime, Esq.
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
(410) 752-0425
*Counsel for Plaintiffs*

Respectfully submitted,

_____
Howard B. Hoffman, Esq.
Assoc. City Solicitor
Office of Legal Affairs
Baltimore Police Department
c/o 242 W. 29th Street
Baltimore, Maryland 21211
(410) 396-2496
(410) 396-2126
*Counsel for Defendants BPD and Norris*