```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

GREGORY ROBINSON, ET AL.      *

    PLAINTIFFS                *

V.                            *     CASE NO. WDQ 02 CV 3236

BALTIMORE POLICE DEPARTMENT,  *
    ET AL.
                                *
    DEFENDANTS
_____/

## ORDER

Upon consideration of the proposed briefing schedule set forth in the Joint Status Report, it is hereby ORDERED that the Scheduling Order shall be modified as follows:

    a.    **January 16, 2004** - Deadline for Omnibus Joint Defendants' Motion for Summary Judgment;

    b.    **January 23, 2004** – Deadline for Defendants' Motion for Summary Judgment;

    c.    **January 30, 2004** – Deadline for Plaintiff's Opposition to Omnibus Joint Defendants' Motion for Summary Judgment;

    d.    **February 6, 2004** – Deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment;

    e.    **February 10, 2004** – Deadline for Joint Defendants' Reply to Plaintiff's Opposition to Omnibus Joint Defendants' Motion for Summary Judgment; and

    f.    **February 17, 2004** - Deadline for Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

 

_____  
William D. Quarles, Jr.  
United States District Judge

Date:_____