IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, ET AL.      *

    PLAINTIFFS      *

V.      *      CASE NO. WDQ 02 CV 3236

BALTIMORE POLICE DEPARTMENT,      *
    ET AL.
                                *
    DEFENDANTS
_____/

ORDER

Upon consideration of the proposed briefing schedule set forth in the Joint Status Report, it is hereby ORDERED that the Scheduling Order shall be modified as follows:

    a. January 16, 2004 - Deadline for Omnibus Joint Defendants' Motion for Summary Judgment;

    b. January 23, 2004   Deadline for Defendants' Motion for Summary Judgment;

    c. January 30, 2004 - Deadline for Plaintiff's Opposition to Omnibus Joint Defendants' Motion for Summary Judgment;

    d. February 6, 2004 - Deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment;

    e. February 10, 2004 - Deadline for Joint Defendants' Reply to Plaintiff's Opposition to Omnibus Joint Defendants' Motion for Summary Judgment; and

f.  **February 17, 2004**   Deadline for Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

_____
William D. Quarles, Jr.
United States District Judge

Date: 11/13/3