IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY ROBINSON, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. WDQ-02-CV-3236 |
| BALTIMORE POLICE DEPT., *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs, by and through their attorneys, Duane A. Verderaime & Verderaime & DuBois, P.A., hereby voluntarily dismiss, without prejudice, defendants Major Antonio Williams and Commission Edward Norris. All counsel have been contacted and by their electronic signatures below, agree to this voluntary dismissal of defendants Major Antonio Williams and Commission Edward Norris.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Duane A. Verderaime | Troy A. Priest, Esquire |
| Federal Bar No. 023874 | Brown, Diffenderffer & Kearney, LLP |
| Verderaime & DuBois, P.A. | 1010 Hull Street, Suite 300 |
| 1231 North Calvert Street | Baltimore, Maryland 21230 |
| Baltimore, Maryland 21202 | *Attorneys for Defendants Young & Mack* |
| *Attorneys for Plaintiffs* | |

<table>
<tr><td>

_____/s/_____
Howard Hoffman, Esquire
Baltimore Police Department
Office of Legal Affairs
242 W. 29th Street
Baltimore, Maryland 21211
*Attorney for Baltimore Police Department and Police Commissioner Edward Norris*

</td><td>

_____/s/_____
James H. Fields, Esquire
Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
*Attorney for Defendants Booker & Moore*

</td></tr>
</table>

_____/s/_____
Neal Janey, Esquire
10 N. Calvert Street
Suite 722
Baltimore, Maryland 21202
*Attorney for Defendant Williams*