IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| **Gregory Robinson, et al.,** | * | | |
| **Plaintiffs** | * | | |
| v. | * | Case No. | WDQ 02 CV 3236 |
| **Baltimore Police Department,** et al. | * | | |
| | * | | |
| **Defendants** | | | |

_____/

**MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL FOR DEFENDANTS**

Undersigned counsel respectfully moves for leave to withdrawal his appearance on behalf of Defendants Baltimore Police Department and Former-Commissioner Edward Norris ("Defendants"), in the above-referenced matter. In support thereof, states as follows:

(1) As of November 19, 2003, undersigned counsel's employment with Defendant Baltimore Police Department ceased, and by implication, so has undersigned counsel's right to represent the Defendants.

(2) Opposing counsel has been so advised, and no opposition to this Motion is expected.

(3) Co-counsel for the Defendants, Peter Saar, Esq., shall remain in this case as Attorney of Record. Sheila Anderson, Esq., Chief of Legal Affairs, is aware of this matter and available to assist Mr. Saar in its defense;

(4) Continued representation of Defendants in this matter would present financial, ethical, and other hardships to the undersigned.

Respectfully submitted,

_____/s/_____
Howard B. Hoffman, Esq.
Attorney at Law
18 Deaven Court
Baltimore, Maryland 21209
(410) 602-6800
(410) 602-8383 (fax)