IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Gregory Robinson, et al.,**   *

    **Plaintiffs**   *

v.   *   Case No.   WDQ 02 CV 3236

**Baltimore Police Department,**   *
**et al.**
       *
    **Defendants**
_____/

**ORDER**

UPON CONSIDERATION of the Motion for Leave to Withdrawal as Counsel for Defendants Baltimore Police Department and Former Police Commissioner Edward Norris, filed by Howard B. Hoffman, Esq., it is hereby ordered on this _____ day of _____, 200__, that said motion is hereby GRANTED, and the appearance of Howard B. Hoffman, Esq., shall be withdrawn.

_____
Hon. William D. Quarles