IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, ET AL.    *

    PLAINTIFFS    *

    V.    *    CASE NO. WDQ 02 CV 3236

BALTIMORE POLICE DEPARTMENT,  *
    ET AL.

        *

    DEFENDANTS
_____/

**WITHDRAWAL OF COUNSEL**

Undersigned co-counsel for the Baltimore Police Department hereby moves to withdraw his appearance in the above-referenced matter.

A substitution is unnecessary, as co-counsel for the Baltimore Police Department, Peter Saar, Esq., shall remain in this case.

Respectfully submitted,

_____

Howard B. Hoffman, Esq., Bar # 25965
Associate Solicitor
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
Telephone: (410) 396-2496
Facsimile: (410) 396-2126
Attorney for Baltimore Police Department