IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, ET AL.,          *

    PLAINTIFFS                         *

v.                                  *

                                              CASE NO. WDQ 02 CV 3236

BALTIMORE POLICE DEPARTMENT,        *
    ET AL.
                                 *

    DEFENDANTS
*     *     *     *     *     *     *     *     *     *     *

### NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Sheila Anderson, Chief Legal Counsel, for Defendants, Baltimore Police Department and former Police Commissioner Edward T. Norris.

                                      Respectfully submitted,

                                      Sheila Anderson
                                      Federal Bar No. 26891
                                      Chief Legal Counsel
                                      Office of Legal Affairs
                                      Baltimore Police Department
                                      242 W. 29th Street
                                      Baltimore, Maryland 21211
                                      410-396-2496

                                      Peter Saar
                                      Federal Bar No. 26666
                                      Deputy Legal Counsel
                                      Office of Legal Affairs
                                      Baltimore Police Department
                                      242 W. 29th Street
                                      Baltimore, Maryland 21211
                                      Telephone 410-396-2496

                                      Counsel for Defendants
                                      Baltimore Police Department
                                      & former Police Commissioner
                                      Edward T. Norris

CERTIFICATE OF SERVICE

    I certify that on December 15, 2003 a copy of the Withdrawal of Counsel by Howard B. Hoffman and Defendants', Baltimore Police Department and former Police Commissioner Edward T. Norris', Notice of Entry of Appearance of Counsel were mailed first class, postage pre-paid, to the following:

Duane A. Verderaime, Esq.
Verderaime and DuBois, P.A.
1231 N. Calvert Street
Baltimore, Maryland 21202
*Attorney for Plaintiff*

Michael A. Brown, Esq.
Troy A. Priest, Esq.
Brown, Diffenderfer & Kearney, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
*Attorneys for Defendants Moore, Williams and Young*

Neal M. Janey, Esq.
10 N. Calvert Street, Suite 722
Baltimore, Maryland 21202
*Attorney for Mack*

James H. Fields, Esq.
Nathan Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 S. Calvert Street
Baltimore, Maryland 21202
*Attorney for Defendant Booker*

                                                                                                          Peter Saar