IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **GREGORY ROBINSON, et al.** | * |
| Plaintiffs, | * |
| v. | *   CASE NO.: S-02-3236 |
| **BALTIMORE CITY, MARYLAND, et al.** | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>LINE</u>**

Please remove the law firm of Brown, Diffenderffer & Kearney, LLP[1] as counsel in the above-captioned case and enter the appearance of Brown & Sheehan, LLP, Tide Point, The Tide Building, 1010 Hull Street, Suite 300, Baltimore, Maryland 21230.

Respectfully submitted,

_____/s/_____
Troy A. Priest, Esquire
Brown & Sheehan, LLP
Tide Point, The Tide Building
1010 Hull Street, Suite 300
Baltimore, MD  21230
410-296-8500

*Attorneys for Defendant*
*John Mack and Sonia Young*

---

[1] Brown & Sheehan, LLP is the successor firm to Brown, Diffenderffer & Kearney, LLP as of January 1, 2004.