**IN THE UNITED STATES DISTRICT**
**COURT FOR THE DISTRICT OF MARYLAND**

**GREGORY ROBINSON, et al.,**

    **Plaintiffs,**

**v.**                                                    **Case No.: WDQ-02-3236**

**BALTIMORE POLICE DEPARTMENT, et al.,**

    **Defendants.**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DEFENDANT'S, BALTIMORE POLICE DEPARTMENT'S, MOTION FOR SUMMARY JUDGMENT

Now comes the Baltimore Police Department, through its attorneys, Kim Y. Johnson,

Assistant Solicitor and Peter Saar, Deputy Legal Counsel, pursuant to Federal Rule 56(b),

and requests this Honorable Court to grant the Defendant's Motion for Summary Judgment,

and for its reasons states:

1.    The complaint fails to state a claim for which relief can be granted, and judgment

    should be for the defendant as a matter of law.

Wherefore, the Baltimore Police Department prays this Honorable Court to grant its

its motion for summary judgment, with prejudice and without leave to amend.

Kim Y. Johnson
Federal Bar No. 22446
Assistant Solicitor
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
410-396-2496

*Attorney for the Defendant*
*Baltimore Police Department*

Peter Saar
Federal Bar No. 26666
Deputy Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
410-396-2496

*Attorney for the Defendant*
*Baltimore Police Department*