## Certificate of Service

I certify that on January 23, 2004, copies of the Baltimore Police Department's, Motion For Summary Judgment, and Memorandum of Law in Support of the Defendant's, Baltimore Police Department's, Motion For Summary Judgment, were transmitted by electronic transfer by e-filing, and mailed on January 26, 2004 to the following:

Duane A. Verderaime, Esq.
Verderaime and Dubose PA
1231 N. Calvert Street
Baltimore, Maryland 21202

Troy A. Priest, Esq.
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

James H. Fields, Esq.
Jones & Associates, PC
111 S. Calvert Street, Suite 2700
Baltimore, Maryland 21202

_____
Peter Saar