**Baltimore Police Department -- General Order Q-1**   July 17, 1997
Subject: *Equal Employment Opportunity, Sexual Harassment and Discrimination Complaints and Procedures*
Remove from manuals/files and recycle/destroy: General Order (Q-1), "Equal Employment Opportunity, Sexual Harassment and Discrimination Complaint Procedures," dated 18 March 1996.
Distribution: "A"
Plus All Civilian Employees

## EQUAL EMPLOYMENT OPPORTUNITY POLICY

- It is the continuing policy of the Baltimore Police Department to afford equal employment opportunity to qualified individuals regardless of their sex, race, creed, disability, sexual orientation or national origin, and to conform to applicable laws and regulations. This policy shall insure that equal opportunity encompasses all aspects of employment practices to include, but not be limited to, recruiting, hiring, training, compensation, benefits, promotions, transfers, layoffs, recall from layoffs, and department-sponsored educational, social and recreational programs, and that all treatment on the job be free of discriminatory practices.

**NOTE: Layoffs and recall from layoffs are governed by both labor contracts and city wide policy.**

- As opportunities for transfer, advancement or promotion occur, including promotions into and within exempt management positions, reviews and analyses of personnel records shall be made to ensure that all minority and female employees continue to receive equal consideration and that only valid requirements are imposed for these opportunities.
- Additionally, it is the policy of this department to provide its members a viable means for communicating and resolving grievances and complaints regarding unlawful discriminatory employment practices.

## GENERAL INFORMATION

- The Director, Equal Employment Opportunity Division has been designated the Baltimore Police Department's Equal Employment Opportunity Officer.
- Command and supervisory personnel shall be responsible for insuring adherence to this department's Equal Employment Opportunity Policy, and all related departmental Directives, Orders and Guidelines.
- The following avenues exist by which employees may seek to have suggestions and complaints resolved:
    o Chain of command
    o Equal Employment Opportunity (EEO) Officer
    o Grievance Procedure - negotiated through collective bargaining process
    o Personnel Service Board
    o Police Commissioner - personal interview by appointment
    o Suggestion boxes
- Suggestions regarding equal opportunity employment concerns or problems may be directed to the Police Commissioner's Advisory Council. The Advisory Council represents many communities within the Agency, and exists to voice concerns directly to the Police Commissioner relative to equal employment opportunity matters. Representatives of the council can be reached through the EEO Officer or the Police Commissioner's Office.
- Members of this department who feel they have been subjected to sexual harassment, or any form of discrimination, may utilize the Departmental Discrimination Complaint Process. (See the section of this Order entitled *"Departmental Discrimination and Sexual Harassment Complaint Process."*)
- Any member who is dissatisfied or believes they have been adversely affected by the

Q-1-1

decision reached through the Departmental Discrimination Complaint Process may appeal the decision to the Equal Employment Opportunity Compliance Office (EOCO) of the Law Department. (See the section of this Order entitled *"Equal Opportunity Compliance Office Complaint Review and Referral Procedure."*)

## DEFINITIONS

**EEO** - Equal Employment Opportunity is the term used to refer to all matters relating to Equal Employment Opportunity

**EEOC** - Equal Employment Opportunity Commission is the Federal Commission charged with investigating all alleged violations of Title VII.

**Title VII** - Title VII of the Civil Rights Act of 1964, as amended, is the most prominent source of anti-bias employment rules. Title VII forbids discrimination in all areas of the employer-employee relationship on the basis of race, color, gender, religion, or national origin.

The Civil Rights Act of 1964 [s. 200e-2 Employer Practices] states: It shall be unlawful employment practice for an employer-
1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or
2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, sex, or national origin.

**Article IV**- Article IV is that section of the Baltimore City Code which affirms Baltimore City's commitment to the principles of the federal Civil Rights Act.

Article IV states:
Except where a particular occupation or position reasonably requires, as an essential qualification thereof, the employment of a person or persons of a particular race, color, religion, national origin, ancestry, sex, age, physical or mental capability, marital status, or sexual orientation, and such qualification is not adopted as a means of circumventing the purpose of this subtitle, it shall be an unlawful employment practice:
1) For any employer to discriminate against an individual with respect to hire, tenure, promotion, terms, conditions, or privileges of employment or any matter directly or indirectly related to employment;
2) For any employer, employment agency or labor organization to practice discrimination by denying or limiting through a quota system or otherwise, employment or membership opportunities to any group or individual;
3) For any employer, employment agency or labor organization prior to employment or admission to membership to:
   i) Make any inquiry concerning, or record, the race, color, religion, national origin, ancestry, sexual orientation or marital status of any applicant or employment or membership except when authorized or ordered by the Commission.

## GENERAL RESPONSIBILITIES

***Equal Employment Opportunity Officer***
- Assume over-all responsibility for the department's Equal Opportunity Employment Policy.
- Direct periodic surveys to determine whether the policy is achieving its objectives with the cooperation and assistance of appropriate staff and operating personnel. These surveys will be the basis for appropriate action to correct deficiencies.
- Develop and recommend policy statements, equal employment opportunity programs, and internal and external communication techniques designed to achieve the goals and objectives of the Equal Employment Opportunity Plan.
- Identify and make objective evaluations of problem areas.
- Design and implement auditing and reporting systems that will:
  o Measure program effectiveness;
  o Indicate the need for remedial action; and
  o Determine the degree to which goals

Q-1-2

- and objectives are being met, and change and revise goals as necessary to implement them.
- Coordinate efforts to insure all Division and District Commanders are informed of applicable departmental programs aimed at motivating minorities and females to prepare for job opportunities.
- Serve as a liaison between the Baltimore Police Department and community groups concerned with employment opportunities for minorities and females.
- Direct compliance reviews and investigations of complaints of discrimination when a departmental discrimination complaint is filed and make a recommendation to the Police Commissioner in an attempt to resolve the complaint in keeping with this Order.
- Cooperate with the EOCO in efforts toward resolving complaints that have been appealed from within the Baltimore Police Department.

*Member of the Agency*
- **You** are responsible for reporting any sexual harassment, or discrimination of any kind occurring within the department that you may be aware of, regardless of whether you are the victim or not.
- Reporting shall consist of a written Administrative Report submitted directly to the Director, Equal Employment Opportunity Division.

*Command and Supervisory Personnel*
- The responsibilities of command and supervisory personnel in carrying out this department's policy of equal employment opportunity shall include, but are not limited to:
  o Rendering assistance in the identification of problem areas and their solutions.
  o Promoting active involvement with local minority organizations, women's organizations, and community groups and programs.
  o *Conducting* regular discussions with appropriate supervisors and employees to insure equal employment policies are being followed.
  o Reviewing qualifications of **all** employees to insure that minorities and females are given equal opportunity regarding transfer and promotion.
  o Complying with, and informing all employees of, the various avenues which are available to employees for the resolution of grievances and the consideration of suggestions, consistent with the collective bargaining labor agreement.
  o Encouraging people generally, whether or not they consider themselves to be members of minority groups, to achieve their aspirations in the job environment.
  o *Counseling* all employees in career opportunities.
  o Implementing established policy regarding equal employment opportunity.
  o Communicate the contents of this General Order to your subordinates and ensure compliance.
  o Ensure compliance with reporting requirements in all instances of harassment, or discrimination of any kind.
- In any case where supervisory personnel or command elects to address **any** matter relating to Equal Employment Opportunity at their respective level, *a report must be made directly to the Director, Equal Employment Opportunity Division*, detailing the particulars of the incident, person(s) involved, and action taken.

---

### EQUAL EMPLOYMENT OPPORTUNITY PROGRAM

- The objectives of the Baltimore Police Department's Equal Employment Opportunity Program are to:
  o Achieve full utilization of minorities and females consistent with the provisions of this department's Equal Employment Opportunity Plan.
  o Provide equal opportunities for employment to all qualified applicants regardless of their sex, race, creed, color, religion, disability, sexual orientation, national origin or other basis prohibited by law.
  o Provide equal opportunity to all employees with respect to hiring, promotion, transfer, terms, conditions, and/or privileges for self-development and advancement to all qualified employees or any matter directly or indirectly related to employment.
  o Make employment-related decisions

Q-1-3

- concerning assignment selection on the basis of individual ability and qualification, subject to job requirements and to established departmental policies.
- Carry out the department's obligations relative to local, state and federal fair employment practices requirements.
- Provide all employees with a complaint process specifically formulated for communicating and resolving discrimination complaints.

## SEXUAL HARASSMENT GUIDELINES

- Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when:
  - Submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment;
  - Submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual; or
  - Such conduct has the purpose, or effect, of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.
- Where employment opportunities or benefits are granted because of an individual's submission to the employer's sexual advances or requests for sexual favors, the employer may be held liable for unlawful sex discrimination against other persons who were qualified for, but denied, that employment opportunity or benefit.

**NOTE**: In determining whether alleged conduct constitutes sexual harassment, the EOCO will consider the totality of the circumstances, such as the nature of the sexual advances and the context in which the alleged incidents occurred. The determination of the legality of a particular action will be made from the facts, on a case-by-case basis.

- Applying general Title VII provisions, an employer agency, joint apprenticeship committee or labor organization (hereinafter collectively referred to as "employer") is responsible for its acts and those of its agents and supervisory employees with respect to sexual harassment regardless of whether the specific acts complained of were authorized, or even forbidden, by the employer, and regardless of whether the employer knew, or should have known, of their occurrence. The EOCO will examine the circumstances of the particular employment relationship and the job functions performed by the individual in determining whether an individual acts in either a supervisory or agency capacity.
- With respect to conduct between fellow employees, an employer is responsible for acts of sexual harassment in the workplace where the employer, including agents and supervisory employees, know, or should have known, of the conduct, unless it can show that immediate and appropriate corrective action has been taken.
- An employer may also be responsible for the acts of non-employees, with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows, or should have known, of the conduct and fails to take immediate and appropriate corrective action. In reviewing these cases, the EOCO will consider the extent of the employer's control and any other legal responsibility which the employer may have with respect to the conduct of such non-employees.
- Prevention is the best tool for the elimination of sexual harassment. An employer should take all steps necessary to prevent sexual harassment, such as affirmatively raising the subject, expressing strong disapproval, developing appropriate sanctions, informing employees of their right to raise, and how to raise, the issue of harassment under Title VII, and developing methods to sensitize all concerned.

## DEPARTMENTAL DISCRIMINATION AND SEXUAL HARASSMENT COMPLAINT PROCESS

- Members who wish to file a complaint of discrimination based on sex, race, creed, color, disability, sexual orientation, national origin, age, or religion, to include sexual harassment, may obtain a Baltimore Police Department Discrimination Complaint Form (Form 201) from their Administrative Lieutenant, Sergeant or designee.
- Form 201 shall be completed and forwarded through official channels to the department's EEO Officer. Additional supporting documentation and related information surrounding the incident, or matter complained of, shall be attached to Form 201.
- Members shall not be prohibited from filing complaints directly with the following agencies:
  - Equal Employment Opportunity Commission
    10 South Howard Street
    Baltimore, Maryland 21201
    962-3932

**NOTE:** Under Federal E.E.O.C. regulations, parties may file a complaint with the E.E.O.C. no later than 300 days from the date of the last occurrence.

  - Maryland Human Relations Commission
    6 St. Paul Street
    Baltimore, Maryland 21202
    767-8600

**NOTE:** Complaints filed with the Maryland Human Relations Commission must be brought within 180 days from the date of the last occurrence.

  - Community Relations Commission
    10 North Calvert Street
    Baltimore, Maryland 21202
    396-3141

**NOTE:** Complaints filed with the Community Relations Commission must be brought within 180 days from the date of the last occurrence.

- Upon receipt of a member's complaint of discrimination, the EEO Officer shall initially review the complaint and thereafter, forward the complaint to the staff of the EEO unit for review, investigation, and recommendation.
- A staff of EEO investigators shall be assembled and designated as consulting officers, by and for the EEO Officer, in such cases as described herein. The selection of the officers shall reflect the ethnic and cultural diversity of the Police Department and Baltimore City.
- A recommendation concerning the complaint shall be submitted to the Police Commissioner within 60 days of receipt.
- The final decision regarding the complaint shall be made by the Police Commissioner.
- A written finding concerning the outcome of the matter shall be forwarded to the member submitting the complaint.
- **Any person who files a complaint or charge, participates in an investigation or charge, or opposes an employment practice which is prohibited by any of the above policies and regulations is protected from retaliation.**

## EQUAL OPPORTUNITY COMPLIANCE OFFICE COMPLAINT REVIEW AND REFERRAL PROCEDURE

- Any member who feels aggrieved, is dissatisfied or feels that they are adversely affected by a decision of this department on a complaint of discrimination based on sex, race, creed, color, disability, sexual orientation, national origin, age, or other basis prohibited by law, to include sexual harassment, may request a review of the decision by the EOCO of the Law Department at:

10 South Street, Room 300
Baltimore, Maryland 21202
Telephone: 396-4313, 396-4355, 396-4328

**NOTE:** Departmental administrative remedies available to members of this department must be exhausted before a request for review may be made

- Members who wish to have a departmental decision reviewed shall obtain a Complaint Review and Referral Form from the EOCO. This form shall be completed and signed, and submitted to the EOCO within ten days after receipt of the department's decision. Each form shall specifically state the grounds of the complaint, the department's decision on the complaint, the date the decision was received by the complainant and the reasons review is being sought. A copy of the initial complaint and all relevant documents shall be enclosed.

**NOTE:** If the complainant has filed a complaint with the Equal Employment Opportunity Commission (EEOC) or other appropriate enforcement agency before requesting review, the EOCO will not undertake a review of the complaint

- Upon receipt of a request, the EOCO may elect to do the following:
    - In cooperation with the EEO Officer, within five days after receipt of the form, make an attempt to resolve the matter by conciliation; or
    - Undertake a "limited review" to determine if:
        a. The department had a valid complaint procedure in effect at the time the complainant submitted their grievance;
        b. The provisions of the procedure were fully complied with in addressing the complainant's grievance; and
        c. The decision was substantially supported by the evidence presented.
- The EOCO will evaluate the matter and take the following action:
    - If the EOCO finds that the department has followed proper procedure in handling and resolving the grievance, the complainant shall be so informed.
    - Where the department is found not to be in compliance with proper procedure in handling and resolving the grievance, the EOCO may take whatever action is necessary to resolve the matter.
        a. When the matter cannot be resolved by conference, conciliation and persuasion, the EOCO shall refer the matter to the Community Relations Commission or any enforcement agency selected by the complainant for formal investigation and decision.
        b. Copies of the Complaint Form, and any other written reports resulting from the conciliation efforts, will be forwarded to the Police Commissioner and the complainant.
- **No person shall be penalized, disciplined or subjected to any reprisal because they submitted a request to have the disposition of a complaint of discrimination reviewed.**

---

### SEXUAL HARASSMENT/DISCRIMINATION - INFORMAL REPORTING PROCESS

- In addition to formal reporting procedures for sexual harassment/discrimination, an informal reporting process has been instituted within the Department.

**NOTE:** The informal process is not intended to replace formal reporting. It is intended as another means of reporting when the complainant does not wish to file an official report requiring a formal investigation.

- Any member who is the victim of sexual harassment/discrimination, and wishes to report the matter, but does not want a formal investigation, may do the following:
    - Complete Form 155, "Discrimination/Harassment Complaint Form"; and
    - Forward the completed Form 155 directly to the Director, Equal Employment Opportunity Division.
- Upon receipt of a completed Form 155, the Director, Equal Employment Opportunity

Q-1-6

- Division will determine whether the allegations are of such a nature that they need not be formally investigated. If so, the Director will conduct an inquiry, including separate interviews with the complainant and offending party.
- Corrective action will be taken, including notice to the offending party that the offending party's conduct is unacceptable, and if continued will result in a formal complaint and disciplinary action.
- The complainant shall be advised of the outcome of the inquiry.

---

## GUIDELINES

### RACE/COLOR/GENDER DISCRIMINATION

Title VII of the Civil Rights Act of 1964 protects individuals against employment discrimination on the basis of race and color, as well as national origin, gender, or religion.

It is unlawful to discriminate against any employee or applicant for employment because of his/her race, color or gender in regard to hiring, termination, promotion, compensation, job training, or any other term, condition, or privilege of employment. Title VII also prohibits employment decisions based on stereotypes and assumptions about abilities, traits, or the performance of individuals of certain racial groups or of a particular gender. Title VII prohibits both intentional and neutral job policies that disproportionately exclude minorities or women and that are not job related.

Equal employment opportunity cannot be denied because of marriage to or association with an individual of a different race; membership in or association with ethnic-based organizations or groups; or attendance or participation in schools or places of worship generally associated with certain groups.

### Race/Gender-Related Characteristics and Conditions

Discrimination on the basis of an immutable characteristic associated with race or gender, such as skin color, hair texture, or certain facial or physical features violates Title VII, even though not all members of the race or gender share the same characteristic. Discrimination is any illegal or impermissible action or practice, based upon a person's immutable characteristics, which singles out that individual (or singles out persons sharing that characteristic generally) for treatment which differs from other persons not sharing those characteristics.

Title VII also prohibits discrimination on the basis of a condition which predominantly affects one race or one gender unless the practice is job related and consistent with a legitimate business necessity. For example, since sickle cell anemia predominantly occurs in African-Americans, so a policy which excludes individuals with sickle cell anemia must be job related and consistent with business necessity. Similarly, a "no beard" employment policy may discriminate against African-American men who have a predisposition to *pseudo folliculitis barbae* (severe shaving bumps) unless the policy is job related and consistent with business necessity.

### Harassment

Harassment on the basis of race and/or color and/or gender violates Title VII and this Policy. Ethnic slurs, racial "jokes," offensive or derogatory comments, or other verbal or physical conduct based on an individual's race/color or gender constitutes unlawful harassment if the conduct has either the purpose or effect of creating an intimidating, hostile, or offensive working environment, or interferes with the individual's work performance.

### NATIONAL ORIGIN DISCRIMINATION

Title VII of the Civil Rights Act of 1964 protects individuals against employment discrimination on the basis of national origin as well as race, color, religion and sex.

It is unlawful to discriminate against any employee or applicant because of the individual's national origin. No one can be denied equal employment opportunity because of birthplace, ancestry, culture, or linguistic characteristic common to a specific ethnic group. Equal employment opportunity cannot be denied because of marriage or association with persons of a national origin group; membership or association with specific ethnic promotion groups; attendance or participation in schools, churches, temples or mosques generally associated with a national origin group; or a surname associated with a national origin group.

Q-1-7

*Accent*

An employer must show a legitimate nondiscriminatory reason for the denial of employment opportunity because of an individual's accent or manner of speaking. Investigations will focus on whether his or her accent or manner of speaking had a detrimental effect on job performance.

*Harassment*

Harassment on the basis of national origin is a violation of Title VII. An ethnic slur or other verbal or physical conduct because of an individual's nationality constitutes harassment if they have either the purpose or effect of creating an intimidating, hostile or offensive working environment, unreasonably interfere with work performance or negatively affect an individual's employment opportunities.

## SEXUAL ORIENTATION DISCRIMINATION

Article 4 of the Baltimore City Code prohibits discrimination on the basis of sexual orientation. This law protects gay men, lesbians, bisexuals, and heterosexuals against discrimination in employment, education, health and welfare service, and public accommodations. The Equal Opportunity Employment Policy of this Agency reflects this commitment to equal protection and equal opportunity for all persons regardless of actual or presumed sexual orientation.

It is unlawful and a violation of this Policy to discriminate against any person on the basis of sexual orientation in regard to hiring, termination, promotion, assignment, compensation, job training, or any other term, condition, or privilege of employment. Likewise, Article 4 and this Policy prohibit any employment-related decision based on stereotypes and assumptions about abilities, traits, characteristics, or the performance of individuals who are or are presumed to be of a certain sexual orientation.

*Harassment*

Harassment on the basis of actual or presumed sexual orientation violates Article 4, and the Equal Employment Opportunity Policy of this Agency. Conduct which has either the purpose or effect of creating or contributing to a hostile, intimidating, threatening, offensive, or abusive work environment constitutes harassment under this Policy. This includes written, spoken, graphic or demonstrative derogatory terms, slurs, comments, gestures, ridicules, threats, rumors, or jokes with respect to an individual's known or presumed sexual orientation.

## RELIGIOUS DISCRIMINATION

Title VII of the Civil Rights Act of 1964 prohibits employers from discriminating against individuals because of their religion in hiring, firing, and other terms and conditions of employment. The Act also requires employers to reasonably accommodate the religious practices of an employee or prospective employee, unless to do so would create an undue hardship upon the employer. Flexible scheduling, voluntary substitutions or swaps, job reassignments and lateral transfers are examples of accommodating an employee's religious beliefs.

Employers cannot schedule examinations or other selection activities in conflict with a current or prospective employee's religious needs, inquire about an applicant's future availability at certain times, maintain a restrictive dress code, or refuse to allow observance of a Sabbath or religious holiday, unless the employer can prove that not doing so would cause an undue hardship.

An employer can claim undue hardship when accommodating an employee's religious practices if allowing such practices requires more than ordinary administrative costs. Undue hardship also may be shown if changing a bona fide seniority system to accommodate one employee's religious practices denies another employee the job or shift preference guaranteed by the seniority system.

An employee whose religious practices prohibit payment of union dues to a labor organization cannot be required to pay the dues, but may pay an equal sum to a charitable organization.

Mandatory "new age" training programs, designed to improve employee motivation, cooperation or productivity through meditation, yoga, biofeedback or other practices, may conflict with the non-discriminatory provisions of Title VII. Employers must accommodate any employee who gives notice that these programs are inconsistent with the employee's religious beliefs, whether or not the employer believes there is a religious basis for the employee's objection.

## AGE DISCRIMINATION

The Age Discrimination in Employment Act of 1967 (ADEA) protects individuals who are 40 years of age or older from employment discrimination based on age. The ADEA's protections apply to both employees and job applicants. Under the ADEA, it is unlawful to discriminate against a person because of his/her age with respect to any term, condition, or privilege of employment--including, but not limited to, hiring, firing, promotion, compensation, benefits, job assignments, and training.

The ADEA applies to employers with 20 or more employees, including state and local governments. It also applies to employment agencies and to labor organizations, as well as to the federal government.

## AMERICANS WITH DISABILITIES ACT

Title I of the Americans with Disabilities Act of 1990 prohibits private employers, state and local governments, employment agencies and labor unions from discriminating against qualified individuals with disabilities in job application procedures, hiring, firing, advancement, compensation, job training, and other terms, conditions, and privileges of employment. An individual with a disability is a *person who:*

- Has a physical or mental impairment that substantially limits one or more major life activities;
- Has a record of such an impairment; or
- Is regarded as having such an impairment.

A qualified individual with a disability is an individual who, with or without reasonable accommodation, can perform the essential functions of the job in question. Reasonable accommodation may include, but is not limited to :

- Making existing facilities used by employees readily accessible to and usable by persons with disabilities;
- Job restructuring, modifying work schedules, reassignment to a vacant position;
- Acquiring or modifying equipment or devices; adjusting or modifying examinations, training, materials, or policies; and providing qualified readers or interpreters.

An employer is required to make an accommodation to the known disability of a qualified applicant or employee if it would not impose an "undue hardship" on the operation of the employer's business. Undue hardship is defined as an action requiring significant difficulty or expense when considered in light of factors such as an employer's size, financial resources and the nature and structure of its operation.

An employer is not required to lower quality or production standards to make an accommodation, nor is an employer obligated to provide personal use items such as glasses or hearing aids.

### Medical Examinations and Inquiries

Employers may not ask job applicants about the existence, nature or severity of a disability. Applicants may be asked about their ability to perform specific job functions. A job offer may be conditioned on the results of a medical examination or inquiry, but only if the examination or inquiry is required for all entering employees in the job. Medical examinations or inquiries of employees must be job related and consistent with the employer's business needs.

## PREGNANCY DISCRIMINATION

The Pregnancy Discrimination Act is an amendment to Title VII of the Civil Rights Act of 1964. Discrimination on the basis of pregnancy, childbirth or related medical conditions constitutes unlawful sex discrimination under Title VII. Women affected by pregnancy or related conditions must be treated in the same manner as other applicants or employees with similar abilities or limitations.

### Hiring

An employer cannot refuse to hire a woman because of her pregnancy related condition as long as she is able to perform the major functions of the job. An employer cannot refuse to hire her because of its prejudices against pregnant workers or the prejudices of co-workers, clients or customers.

### Pregnancy and Maternity Leave

An employer may not single out pregnancy related conditions for special procedures to determine an employee's ability to work. However, an employer may use any procedure used to screen other employees' ability to work. For example, if an employer requires its employees to submit to a doctor's statement concerning their inability to work before granting leave or paying sick benefits, the employer may require employees affected by pregnancy related conditions to submit such statements.

If an employee is temporarily unable to perform her job due to pregnancy, the employer must treat her the same as any other temporarily disabled employee.

Pregnant employees must be permitted to work as long as they are able to perform their jobs. If an employee has been absent from work as a result of a pregnancy related condition and recovers, her employer may not require her to remain on leave until the baby's birth. An employer may not have a rule which prohibits an employee from returning to work for a predetermined length of time after childbirth.

Employers must hold open a job for a pregnancy related absence the same length of time jobs are held open for employees on sick or disability leave.

### Child Care

Leave for child care purposes is not covered by the Pregnancy Discrimination Act. However, Title VII requires that leave for child care purposes be granted

on the same basis as leave granted to employees for other non-medical reason, such a non job-related travel or education.

## EQUAL PAY ACT

The Equal Pay Act of 1963, which amends the Fair Labor Standards Act of 1938, was enacted for the purpose of correcting "wage differentials based on sex." The Act requires equal pay for both sexes for jobs requiring substantially equal skill, effort, and responsibility, and for jobs which have similar working conditions. The job or working condition comparisons usually only apply to one establishment cured by raising the wages of the lower paid employee to that of the higher paid.

---

**NOTE:** Nothing in the enumeration of these forms of discrimination shall be interpreted to exclude other forms of discrimination or harassment as may be defined or identified through legal or administrative means. Nor shall this section be interpreted to preclude the enumeration or recognition of other forms of discrimination or harassment which may, from time to time, be identified through the amendment or interpretation of this General Order, or the Law.

---

*By Order of Thomas C. Frazier, Commissioner*