# Equal Employment Opportunity Commission

Baltimore District Office
10 South Howard Street Third Floor
Baltimore, MD  21201


Respondent: Baltimore City Police Department
Charge No.:

October 16, 2001

Mr. Chris A Wade
12 Treeway Court
Unit 2c
Baltimore, MD 21286

Dear Mr. Wade:

This is with reference to your recent telephone call/mail inquiry in which you alleged employment discrimination by the above named respondent.  The information you have provided indicates that the matter you complain of may be a violation of one or more of the following laws:

    [X]  Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]  The Age Discrimination in Employment Act (ADEA)

    [ ]  The Americans with Disabilities Act (ADA)

    [ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information you provided.  To facilitate proper handling of this action by the Commission you should:

    (1)  Review the enclosed charge form and make corrections.

    (2)  Sign and date the charge in the bottom left hand block where I have made an "X".  The date of your signature on the charge will not affect the jurisdiction date established in your original written complaint to EEOC.

    (3)  Return the signed charge to this office in the enclosed postage paid envelope.

Since a charge should be processed within the time limitation imposed by law, I urge you to complete these steps as soon as possible.  Please call me at (410) 962-3932 if you have any questions.

The paragraph(s) checked below apply to your case:

[X]  You should be aware that the Commission will provide a copy of your charge to the below listed agency in accordance with our procedures.  If your charge is processed by that agency, you may be required to

Mr. Chris A Wade
Page Two

swear to or affirm your signature before a notary public or an
official of the agency.  Agency: MD. Commission on Human Relations

[X]   If your charge is investigated by the above agency, they will inves-
      tigate and resolve your charge under their statute.  Under section
      1601.76 of EEOC's regulations, you are entitled to request that EEOC
      perform a Substantial Weight Review of the agency's final finding.
      To secure this review, you must request it in writing to this office
      within 15 days of your receipt of the agency's final finding in your
      case.  Otherwise, we will generally adopt the agency's finding as
      EEOC's.

                              Sincerely,


                              Suzanne Kotrosa
                              Investigator

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

| MD. Commission on Human Relations | and EEOC |
|---|---|

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Chris A. Wade | (410) 823-6365 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 12 Treeway Court, Unit 2c, Baltimore, MD 21286 | | 12/30/1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Baltimore City Police Department | Cat D (501 +) | (410) 396-2466 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 601 Fayette Street, Baltimore, MD 21202 | | 510 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 11/14/2000 | 09/10/2001 |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.    I began employment with the above named Respondent on January 8, 1987 and hold the rank Detective. Throughout my employment under Lt. Mack and Sgt. Moore I have been harassed, disciplined, and subjected to unequal terms and conditions, including but not limited to cancelled vacations and H-Days and scrutinization and delayed signing of overtime slips.

II.   No satisfactory reason has been give to me for the above employment actions taken against me by Respondent or why there has been no effective, corrective action taken in response to my complaints of discrimination. Further, there has been no explanation why Black Officers have been treated more preferably.

III.  I believe I have been harassed, disciplined and subjected to unequal terms and conditions of employment because of my race, White, and in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and section 704(a) of the statute.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| ✗ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |
| Date            Charging Party *(Signature)* | |

EEOC FORM 5 (Rev. 07/99)

FILE COPY

## Equal Employment Opportunity Commission

Baltimore District Office
10 South Howard Street Third Floor
Baltimore, MD 21201

Respondent: Baltimore City Police Department
Charge No.:

October 16, 2001

Ms. Dawn M Cheuvront
1199 Marclee Road
Finksburg, MD 21048

Dear Ms. Cheuvront:

This is with reference to your recent telephone call/mail inquiry in
which you alleged employment discrimination by the above named respond-
ent. The information you have provided indicates that the matter you
complain of may be a violation of one or more of the following laws:

    [X]  Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]  The Age Discrimination in Employment Act (ADEA)

    [ ]  The Americans with Disabilities Act (ADA)

    [ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a
result of the information you provided. To facilitate proper handling
of this action by the Commission you should:

    (1)  Review the enclosed charge form and make corrections.

    (2)  Sign and date the charge in the bottom left hand block where I
         have made an "X". The date of your signature on the charge will
         not affect the jurisdiction date established in your original
         written complaint to EEOC.

    (3)  Return the signed charge to this office in the enclosed postage
         paid envelope.

Since a charge should be processed within the time limitation imposed by
law, I urge you to complete these steps as soon as possible. Please call
me at (410) 962-3932 if you have any questions.

The paragraph(s) checked below apply to your case:

[X]  You should be aware that the Commission will provide a copy of your
     charge to the below listed agency in accordance with our procedures.
     If your charge is processed by that agency, you may be required to

Ms. Dawn M Cheuvront
Page Two


swear to or affirm your signature before a notary public or an
official of the agency.  Agency: MD. Commission on Human Relations

[X]  If your charge is investigated by the above agency, they will inves-
tigate and resolve your charge under their statute.  Under section
1601.76 of EEOC's regulations, you are entitled to request that EEOC
perform a Substantial Weight Review of the agency's final finding.
To secure this review, you must request it in writing to this office
within 15 days of your receipt of the agency's final finding in your
case.  Otherwise, we will generally adopt the agency's finding as
EEOC's.

Sincerely,

Suzanne Kotrosa
Investigator

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ MD. Commission on Human Relations _____ and EEOC
_State or local Agency, if any_

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Dawn M. Cheuvront | (410) 876-5078 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1199 Marclee Road, Finksburg, MD 21048 | | 08/03/1965 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Baltimore City Police Department | Cat D (501 +) | (410) 396-2466 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 601 E. Fayette Street, Baltimore, MD 21202 | | 510 |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | EARLIEST        LATEST<br>11/14/2000   09/10/2001<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.  I began employment with the above named Respondent on October 6, 1993 and hold the rank Detective. Throughout my employment under Lt. Mack and Sgt. Young I have been harassed, involuntarily transferred, and subjected to unequal terms and conditions, including but not limited to having my leave scrutinized and my police powers suspended.

II.  No satisfactory reason has been given to me for the above employment actions taken against me by Respondent. Further, there has been no explanation why Black Officers and non-pregnant Officers have been treated more preferably.

III.  I believe I have been harassed, involuntarily transferred and subjected to unequal terms and conditions of employment because of my race, White and pregnancy, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| ☒<br>Date          Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year) |

EEOC FORM 5 (Rev. 07/99)

**FILE COPY**

# FAX  COVER  SHEET

# BALTIMORE POLICE DEPARTMENT

# NORTHWESERN DISTRICT

# C.I.D./D.I.S. UNIT

### 19 Oct 01
### DATE

**NUMBER OF PAGES INCLUDING COVER SHEET: 2**

**MESSAGE DESTINATION NUMBER:**    (410) 396-2465

**MESSAGE TO:**  Detective K. Stagger (E.O.C. Investigator)

**MESSAGE FROM:**  Detective Gregory Robinson F488

**MEMO:** This Document has been **faxed to E.O.C. and the F.O.P. Office**

**NORTHWESERN FAX NUMBER: (410) 396-2176**

### WARNING

The content of the following **FAX documents may be confidential under United States** Federal and Maryland State **Law. Unauthorized dissemination can result in criminal** or civil prosecution.  If you **are not the addressee, contact the sender to arrange** retrieval of these documents.

**POLICE DEPARTMENT**
BALTIMORE, MARYLAND

**REPORT**
FORM 92/95

DATE: 16 Oct 01
ASSIGNMENT: NWD CID/DIS

TO:  Director of E.O.C. Division

VIA: Official Channels

FROM: Detective Gregory Robinson F488

SUBJECT:  Statement on 16 Oct 01

Ma'am,

This Detective is advising you of a statement that was said by Detective Sergeant Sonia Young on 16 Oct 01 at approximately 1515 hours. While this Detective (Gregory Robinson) was in the office where the printer is, Detective Sergeant Sonia Young made a discriminated statement that offends this Detective.

While in this office, Detective Sergeant Sonia Young was talking with Detective D. Swanson. During the conversation, Detective Sergeant Sonia Young said, "see Billy this is why I hate light skin people and this is why I hate working with them". The person Billy she was talking to was Detective Sergeant William Booker.

Beings that I was the only light skin person in the room I feel she was talking about me or referring to me. From this I am offended by these remarks. I am unaware who Detective Sergeant Sonia Young was talking to or just speaking out but this is conduct unbecoming of a Sergeant.

The reason for the delay in this 95 is due to this Detective went home to type this 95 and was on a V-Day.

Person(s) in the room are as followed:
Detective Sergeant Sonia Young, made the statements
Detective Sergeant William Booker, was present when the remarks were made
Detective Danette Swanson, was present when the remarks were made

Respectfully,

Det ~~~~

Detective Gregory Robinson F488
NWD C.I.D./D.I.S.
Shooting Unit

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 10/19/2001 13:56
                                    NAME : NORTHWESTERN DIST
                                    FAX  : 410-396-2176
                                    TEL  : 410-396-2465
```

```
DATE,TIME                10/19 13:55
FAX NO./NAME             94103962465
DURATION                 00:00:57
PAGE(S)                  02
RESULT                   OK
MODE                     STANDARD
                         ECM
```

NORTHWESTERN    2001 OCT 19 PM 3:03

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 10/19/2001 12:43
                                    NAME : NORTHWESTERN DIST
                                    FAX  : 410-396-2176
                                    TEL  : 410-396-2466
```

```
DATE,TIME          10/19 12:42
FAX NO./NAME       94104671643
DURATION           00:00:43
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

On 16 Oct 01 at 1530 (approx) while
at the printer (Lt Side) Sgt Young made
a discriminating statement as followed:
"See Billy this is why I don't like light
skin people Hell I don't even want to
work with them.

I felt this was a discriminating statement
and am offended by this.

Det Swanson looked at Sgt Booker and said
are you going to let her say that.

Sgt Booker put his fingers in his ears
and said "I didn't hear that, don't do
that again.

People present: Sgt Sonia Young (made statement)
                Sgt William Booker
                Det Danette Swanson
                Det Gregory Robinson

No other person was present due to I walked
in all offices to see if anyone ~~etese~~ else
heard this.

# POLICE DEPARTMENT
### BALTIMORE, MARYLAND

**REPORT**
FORM 92/95

DATE: September 10, 2001
ASSIGNMENT: NWD CID/DIS

TO:          Lieutenant D. Owens
             Acting Area CID/DIS Commander

VIA:         Official Channels

FROM:        Detective Sergeant William Booker

SUBJECT:     EEOC Complaint

Ma'am,

  I respectfully report that on October 19, 2001 about mid-day I was present in the work area of Det/Sgt. Sonia Young. Those present were Sgt.Young, Det. Robinson, Det. Swanson Det. Williams and CSO Evans. Sergeant Young and the others were engaged in friendly chatting. During the course of the conversation sergeant young jokingly made the comment that "Det. Swenson couldn't work for her because she was light skinned and she was brown skin". Everybody laughed and that was it. This comment didn't raise my antenna that a racial comment or slur had been made and directed towards anybody. If it had been directed towards anybody in a disrespectful manner I would have been duty bound to say something. Detective Robinson works for me and never indicated to me that he was uncomfortable with what was said. If someone was offended and brought it to my attention, even thought I didn't recognize it as a racial slur I would have stopped it and made proper notifications. I saw nothing wrong with what was said or the circumstance in which it was said; neither did anyone indicate a problem.

Detective/Sergeant William Booker
NWD C.I.D./D.I.S.



# POLICE DEPARTMENT
### BALTIMORE, MARYLAND

REPORT
FORM 92/95

DATE: September 10, 2001
ASSIGNMENT: NWD CID/DIS

TO:        Lieutenant D. Owens
           Acting Area CID/DIS Commander

VIA:       Official Channels

FROM:      Detective Sergeant William Booker

SUBJECT:   EEOC Complaint

Ma'am,

      *I respectfully report that on October 19, 2001 about mid-day I was present in the work area of Det/Sgt. Sonia Young.* Those present were Sgt.Young, Det. Robinson, Det. Swanson Det. --------- and CSO Evans. Sergeant Young and the others were engaged in *friendly chatting. During the course of the conversation sergeant young jokingly made* the comment to Det.    That Det. Swenson couldn't work for her because she was light skinned and she was brown skin.  Everybody laughed and that was it. This comment didn't raise my antenna that a racial comment or slur had been directed towards anybody other then those involved in the conversation. If it had been directed towards anybody in a disrespectful manner I would have been duty bound to say something. Detective Robinson works for me and never indicated to me that he was uncomfortable with what was said. If someone was offended and brought it to my attention, even thought I didn't recognize it as a racial slur or to made someone uncomfortable, I would have stopped it and made proper notifications. I saw nothing wrong with what was said or the circumstance in which it was said, sense know one indicated a problem.

Detective/Sergeant William Booker
NWD C.I.D./D.I.S.

# Equal Employment Opportunity Commission

Baltimore District Office
10 South Howard Street Third Floor
Baltimore, MD 21201


Respondent: Baltimore City Police Department
Charge No.:

October 16, 2001

Mr. Gregory Robinson
8488 Tipton Drive
Laurel, MD 20723

Dear Mr. Robinson:

This is with reference to your recent telephone call/mail inquiry in which you alleged employment discrimination by the above named respondent. The information you have provided indicates that the matter you complain of may be a violation of one or more of the following laws:

[X]  Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]  The Age Discrimination in Employment Act (ADEA)

[ ]  The Americans with Disabilities Act (ADA)

[ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information you provided.  To facilitate proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X".  The date of your signature on the charge will not affect the jurisdiction date established in your original written complaint to EEOC.

(3)  Return the signed charge to this office in the enclosed postage paid envelope.

Since a charge should be processed within the time limitation imposed by law, I urge you to complete these steps as soon as possible.  Please call me at (410) 962-3932 if you have any questions.

The paragraph(s) checked below apply to your case:

[X]  You should be aware that the Commission will provide a copy of your charge to the below listed agency in accordance with our procedures. If your charge is processed by that agency, you may be required to

Mr. Gregory Robinson
Page Two


       swear to or affirm your signature before a notary public or an
       official of the agency.  Agency: MD. Commission on Human Relations

[X]   If your charge is investigated by the above agency, they will inves-
     tigate and resolve your charge under their statute.  Under section
     1601.76 of EEOC's regulations, you are entitled to request that EEOC
     perform a Substantial Weight Review of the agency's final finding.
     To secure this review, you must request it in writing to this office
     within 15 days of your receipt of the agency's final finding in your
     case.  Otherwise, we will generally adopt the agency's finding as
     EEOC's.

                      Sincerely,


                      Suzanne Kotrosa
                      Investigator

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | |

MD. Commission on Human Relations _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Gregory Robinson | (301) 317-1826 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 8488 Tipton Drive, Laurel, MD 20723 | 05/19/1963 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Baltimore City Police Department | Cat D (501 +) | (410) 396-2466 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 601 Fayette Street, Baltimore, MD 21202 | 510 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)* | EARLIEST          LATEST<br>11/14/2000   09/10/2001<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.   I began employment with the above named Respondent on August 15, 1994 and hold the rank Detective.  Throughout my employment under Lt. Mack and Sgt. Moore I have been harassed, involuntarily transferred, disciplined, and subjected to unequal terms and conditions, including but not limited to denied Officer funeral attendance, and scrutinization and delayed signing of overtime slips.

II.  No satisfactory reason has been given to me for the above employment actions taken against me by Respondent or why there has been no effective, corrective action taken in response to my complaints of discrimination. Further, there has been no explanation why Black Officers have been treated more preferably.

III. I believe I have been harassed, disciplined, involuntarily transferred, and subjected to unequal terms and conditions of employment because of my race, White, and in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and section 703(a) of the statute.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |
| Date          Charging Party *(Signature)* | |

EEOC FORM 5 (Rev. 07/99)

FILE COPY





# Equal Employment Opportunity Commission

Baltimore District Office
10 South Howard Street Third Floor
Baltimore, MD 21201

Respondent: Baltimore City Police Department
Charge No.:

October 16, 2001

2001 OCT 31 A 11: 20

RECEIVED
DIST OFFICE
EEOC

Mr. Chester P Smith
427 Palmer Terrace
Westminster, MD 21158

Dear Mr. Smith:

This is with reference to your recent telephone call/mail inquiry in
which you alleged employment discrimination by the above named respond-
ent. The information you have provided indicates that the matter you
complain of may be a violation of one or more of the following laws:

    [X]  Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]  The Age Discrimination in Employment Act (ADEA)

    [ ]  The Americans with Disabilities Act (ADA)

    [ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a
result of the information you provided. To facilitate proper handling
of this action by the Commission you should:

    (1)  Review the enclosed charge form and make corrections.

    (2)  Sign and date the charge in the bottom left hand block where I
         have made an "X". The date of your signature on the charge will
         not affect the jurisdiction date established in your original
         written complaint to EEOC.

    (3)  Return the signed charge to this office in the enclosed postage
         paid envelope.

Since a charge should be processed within the time limitation imposed by
law, I urge you to complete these steps as soon as possible. Please call
me at (410) 962-3932 if you have any questions.

The paragraph(s) checked below apply to your case:

[X]  You should be aware that the Commission will provide a copy of your
     charge to the below listed agency in accordance with our procedures.
     If your charge is processed by that agency, you may be required to

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

MD. Commission on Human Relations _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Chester P. Smith | (410) 875-5890 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 427 Palmer Terrace, Westminster, MD 21158 | 01/05/1964 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Baltimore City Police Department | Cat D (501 +) | (410) 396-2466 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 601 E. Fayette Street, Baltimore, MD 21202 | 510 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | *EARLIEST*          *LATEST* |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)* | 11/14/2000    09/11/2001 |
| | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.   I began employment with the above named Respondent on August 4, 1983 and hold the rank Detective.  Throughout my employment under Lt. Mack and Sgt. Moore I have been harassed, involuntarily transferred, disciplined, and subjected to unequal terms and conditions, including but not limited to denied personal leave and cancelled H-days and scrutinization and delayed signing of overtime slips.

II.  No satisfactory reason has been given to me for the above employment actions taken against me by Respondent or why there has been no effective, corrective action taken in response to my complaints of discrimination.  Further, there has been no explanation why Black Officers have been treated more preferably.

III. I believe I have been harassed, disciplined, involuntarily transferred and subjected to unequal terms and conditions of employment because of my race, White, and in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and section 704(a) of the statute.

RECEIVED
EEOC DIST OFFICE
OCT 31 A 11:21

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | HOWARD DOUGLAS<br>I swear or affirm that I have read the above charge and that it is true Notary Public, Baltimore County, Maryland best of my knowledge, information and belief.<br>My Commission Expires October 22, 2002 |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| X _Chester P Smith_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* 10·3n·21 |
| Date 10·3n·01      Charging Party *(Signature)* | |



**Equal Employment Opportunity Commission**

Baltimore District Office
10 South Howard Street Third Floor
Baltimore, MD 21201

Respondent: Baltimore City Police Department
Charge No.:

October 16, 2001

Mr. Chris A Wade
12 Treeway Court
Unit 2c
Baltimore, MD 21286

Dear Mr. Wade:

This is with reference to your recent telephone call/mail inquiry in
which you alleged employment discrimination by the above named respond-
ent. The information you have provided indicates that the matter you
complain of may be a violation of one or more of the following laws:

     [X]  Title VII of the Civil Rights Act of 1964 (Title VII)

     [ ]  The Age Discrimination in Employment Act (ADEA)

     [ ]  The Americans with Disabilities Act (ADA)

     [ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a
result of the information you provided. To facilitate proper handling
of this action by the Commission you should:

     (1)  Review the enclosed charge form and make corrections.

     (2)  Sign and date the charge in the bottom left hand block where I
         have made an "X". The date of your signature on the charge will
         not affect the jurisdiction date established in your original
         written complaint to EEOC.

     (3)  Return the signed charge to this office in the enclosed postage
         paid envelope.

Since a charge should be processed within the time limitation imposed by
law, I urge you to complete these steps as soon as possible. Please call
me at (410) 962-3932 if you have any questions.

The paragraph(s) checked below apply to your case:

[X]  You should be aware that the Commission will provide a copy of your
     charge to the below listed agency in accordance with our procedures.
     If your charge is processed by that agency, you may be required to

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | |

MD. Commission on Human Relations _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Chris A. Wade | (410) 823-6365 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 12 Treeway Court, Unit 2c, Baltimore, MD 21286 | | 12/30/1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Baltimore City Police Department | Cat D (501 +) | (410) 396-2466 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 601 Fayette Street, Baltimore, MD 21202 | | 510 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)* | *EARLIEST*  *LATEST*<br>11/14/2000  09/10/2001<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.  I began employment with the above named Respondent on January 8, 1987 and hold the rank Detective. Throughout my employment under Lt. Mack and Sgt. Moore I have been harassed, disciplined, and subjected to unequal terms and conditions, including but not limited to cancelled vacations and H-Days and scrutinization and delayed signing of overtime slips.

II.  No satisfactory reason has been give to me for the above employment actions taken against me by Respondent or why there has been no effective, corrective action taken in response to my complaints of discrimination. Further, there has been no explanation why Black Officers have been treated more preferably.

III.  I believe I have been harassed, disciplined and subjected to unequal terms and conditions of employment because of my race, White, and in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and section 704(a) of the statute.

OCT 31 A 11: 20

RECEIVED
EEOC
FLD DIST OFFICE

Oct 29, 2001

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY — *(When necessary for State and Local Requirements)*<br>Sylvia S. Andreadakis  My Comm Exp 9/1/20<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____ 10/29/01 | SIGNATURE OF COMPLAINANT _____<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS<br>*(Month, day and year)* |
| Date      Charging Party *(Signature)* | [NOTARY PUBLIC seal] |

FILE COPY



**Equal Employment Opportunity Commission**

Baltimore District Office
10 South Howard Street, Third Floor
Baltimore, MD 21201

2001 OCT 31    A 11: 20

RECEIVED
BALTO. DIST. OFFICE
EEOC

Respondent: Baltimore City Police Department
Charge No.:

October 16, 2001

Ms. Dawn M Cheuvront
1199 Marclee Road
Finksburg, MD 21048

Dear Ms. Cheuvront:

This is with reference to your recent telephone call/mail inquiry in
which you alleged employment discrimination by the above named respond-
ent. The information you have provided indicates that the matter you
complain of may be a violation of one or more of the following laws:

    [X]  Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]  The Age Discrimination in Employment Act (ADEA)

    [ ]  The Americans with Disabilities Act (ADA)

    [ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a
result of the information you provided. To facilitate proper handling
of this action by the Commission you should:

    (1)  Review the enclosed charge form and make corrections.

    (2)  Sign and date the charge in the bottom left hand block where I
         have made an "X". The date of your signature on the charge will
         not affect the jurisdiction date established in your original
         written complaint to EEOC.

    (3)  Return the signed charge to this office in the enclosed postage
         paid envelope.

Since a charge should be processed within the time limitation imposed by
law, I urge you to complete these steps as soon as possible. Please call
me at (410) 962-3932 if you have any questions.

The paragraph(s) checked below apply to your case:

[X]  You should be aware that the Commission will provide a copy of your
     charge to the below listed agency in accordance with our procedures.
     If your charge is processed by that agency, you may be required to

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | |

MD. Commission on Human Relations _____ and EEOC
_State or local Agency, if any_

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Dawn M. Cheuvront | (410) 876-5078 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1199 Marclee Road, Finksburg, MD 21048 | | 08/03/1965 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Baltimore City Police Department | Cat D (501 +) | (410) 396-2466 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 601 E. Fayette Street, Baltimore, MD 21202 | | 510 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify)* | EARLIEST          LATEST<br>11/14/2000   09/10/2001<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.   I began employment with the above named Respondent on October 6, 1993 and hold the rank Detective. Throughout my employment under Lt. Mack and Sgt. Young I have been harassed, involuntarily transferred, and subjected to unequal terms and conditions, including but not limited to having my leave scrutinized and my police powers suspended.

II.  No satisfactory reason has been given to me for the above employment actions taken against me by Respondent. Further, there has been no explanation why Black Officers and non-pregnant Officers have been treated more preferably.

III. I believe I have been harassed, involuntarily transferred and subjected to unequal terms and conditions of employment because of my race, White and pregnancy, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Oct 29 2001

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*[signature]*<br>10/29/01 | SIGNATURE OF COMPLAINANT<br><br>*[signature]*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year) |



## Equal Employment Opportunity Commission

Baltimore District Office
10 South Howard Street Third Floor
Baltimore, MD 21201

Respondent: Baltimore City Police Department
Charge No.:

October 16, 2001

Mr. Gregory Robinson
8488 Tipton Drive
Laurel, MD 20723

Dear Mr. Robinson:

This is with reference to your recent telephone call/mail inquiry in which you alleged employment discrimination by the above named respondent.  The information you have provided indicates that the matter you complain of may be a violation of one or more of the following laws:

    [X]  Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]  The Age Discrimination in Employment Act (ADEA)

    [ ]  The Americans with Disabilities Act (ADA)

    [ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information you provided.  To facilitate proper handling of this action by the Commission you should:

    (1)  Review the enclosed charge form and make corrections.

    (2)  Sign and date the charge in the bottom left hand block where I have made an "X".  The date of your signature on the charge will not affect the jurisdiction date established in your original written complaint to EEOC.

    (3)  Return the signed charge to this office in the enclosed postage paid envelope.

Since a charge should be processed within the time limitation imposed by law, I urge you to complete these steps as soon as possible.  Please call me at (410) 962-3932 if you have any questions.

The paragraph(s) checked below apply to your case:

[X]  You should be aware that the Commission will provide a copy of your charge to the below listed agency in accordance with our procedures. If your charge is processed by that agency, you may be required to

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA  ☒ EEOC | |

MD. Commission on Human Relations _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Gregory Robinson | (301) 317-1826 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 8488 Tipton Drive, Laurel, MD 20723 | | 05/19/1963 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Baltimore City Police Department | Cat D (501 +) | (410) 396-2466 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 601 Fayette Street, Baltimore, MD 21202 | | 510 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)* | EARLIEST  11/14/2000   LATEST  09/10/2001  ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.   I began employment with the above named Respondent on August 15, 1994 and hold the rank Detective. Throughout my employment under Lt. Mack and Sgt. Moore I have been harassed, involuntarily transferred, disciplined, and subjected to unequal terms and conditions, including but not limited to denied Officer funeral attendance, and scrutinization and delayed signing of overtime slips.

II.  No satisfactory reason has been given to me for the above employment actions taken against me by Respondent or why there has been no effective, corrective action taken in response to my complaints of discrimination. Further, there has been no explanation why Black Officers have been treated more preferably.

III. I believe I have been harassed, disciplined, involuntarily transferred, and subjected to unequal terms and conditions of employment because of my race, White, and in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and section 703(a) of the statute.

Oct 29 2001

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| X _____  10/29/01 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)*  10/29/01 |
| Date   Charging Party (Signature) | NOTARY PUBLIC |