IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

**GREGORY ROBINSON, et al.,**

    **Plaintiffs,**

v.                                                              Case No.: **WDQ-02-3236**

**BALTIMORE POLICE DEPARTMENT, et al.,**

    **Defendants.**

## ORDER GRANTING DEFENDANT, BALTIMORE POLICE DEPARTMENT'S, MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Defendant Baltimore Police Department's Motion for Summary Judgment (the "Motion"), adequate and proper notice having been given, the Court's consideration of any responses and replies filed thereto, and it appearing that the requested relief should be granted because Baltimore Police Department is entitled to judgment as a matter of law, it is by the United States District Court for the District of Maryland

**ORDERED,** that the Motion be and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Complaint filed against Baltimore Police Department be and the same is here **DISMISSED WITH PREJUDICE.**

Dated: _____          _____
                                William D. Quarles, Jr.
                                United States District Court Judge

Send Copies to:

Kim Y. Johnson, Esquire
Peter Saar, Esquire
Baltimore Police Department
Office of Legal Affairs
242 W. 29th Street
Baltimore, Maryland 21211-2908

Duane A. Verderaime, Esquire
Verderaime & Dubose, P.A.
1231 N. Calvert Street
Baltimore, Maryland 21202

Troy A. Priest, Esquire
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

James H. Fields, Esquire
Jones & Associates, P.C.
111 S. Calvert Street
Suite 2700
Baltimore, Maryland 21202