IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **GREGORY ROBINSON, et al.** | * |
| Plaintiffs, | * |
| v. | *   CASE NO.: S-02-3236 |
| **BALTIMORE CITY, MARYLAND, et al.** | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

The Exhibits, *i.e.* all deposition transcripts mention in and which are the attachments to Defendant Sonia Young and John Mack's Motion for Summary Judgment exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

_____/s/_____
Troy A. Priest, Esquire
Brown & Sheehan, LLP
Tide Point, The Tide Building
1010 Hull Street, Suite 300
Baltimore, MD  21230
410-296-8500

*Attorneys for Defendant*
*John Mack and Sonia Young*