UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Gregory Robinson, et al.** | * | |
|     **Plaintiffs** | * | |
| v. | * | Civil No. WDQ-02-3236 |
| **Baltimore Police Department, et al.** | * | |
|     **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS WILLIAM BOOKER AND DARRYL C. MOORE

Defendants, Sgt. William Booker ("Booker") and Sgt. Darryl C. Moore ("Moore"), (hereinafter collectively "Defendants"), by their undersigned counsel, and pursuant to Fed.R.Civ.P. 56, hereby move for the entry of summary in their favor and against all Plaintiffs in the above-captioned action with respect to all claims asserted against Defendants in said action. In support hereof, Defendants expressly incorporate as if fully set forth herein the Memorandum of Law in Support of Motion for Summary Judgment of Defendants William Booker and Darryl C. Moore being filed simultaneousy herewith.

**WHEREFOR**, for the reasons set forth herein and in the supporting Memorandum being filed herewith, Defendants William Booker and Darryl C. Moore respectfully request that their Motion for Summary Judgment be granted.

_____
James H. Fields
Nathaniel E. Jones, Jr.
Jones & Associates, P.C.
111 S. Calvert Street, Suite 2700
Baltimore, Maryland 21202

Attorneys for Defendants,

Sgt. William Booker and
Sgt. Darryl C. Moore