## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Gregory Robinson, et al.** | * |
|     **Plaintiffs** | * |
| v. | *   Civil No. WDQ-02-3236 |
| **Baltimore Police Department, et al.** | * |
|     **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of the Motion for Summary Judgment of Defendants William Booker and Darryl C. Moore, and any response thereto, it is this ____ day of _____, 2004, by the United States District Court for the District of Maryland,

**ORDERED**, that the Defendants' Motion for Summary Judgment be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that summary judgment be, and the same hereby is, **ENTERED** in favor of Defendants William Booker and Darryl C. Moore and against all Plaintiffs in the above-captioned with respect to all claims asserted against said Defendants in the above-captioned action.

 

_____
Judge, United States District Court for the
District of Maryland