UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Gregory Robinson, et al.** | * | |
|     **Plaintiffs** | * | |
| **v.** | * | Civil No. WDQ-02-3236 |
| **Baltimore Police Department, et al.** | * | |
|     **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME TO FILE

By Order dated November 13, 2003 the deadline for filing Defendants' Motion for Summary Judgment was scheduled for January 23, 2004;

On January 23, 2004 counsel for Sgt. William Booker and Sgt. Darryl C. Moore, in an effort to file such a motion on behalf of said Defendants experienced technical difficulty with the electronic filing process. This difficulty resulted in Defendant's motion having not been accepted for filing until approximately 2:21 a.m on January 24, 2004. As a consequence thereof, Sgt. Booker and Sgt. Moore, hereby move for an extension of time until January 24, 2004 to file the Motion for Summary Judgment. Given the hour of the filing Defendants contend that no prejudice has been suffered by the Plaintiffs as a result of the late filing.

Defendants have requested, and obtained the consent of Plaintiff's counsel to the filing of this motion, and the requested extension of time.

**WHEREFORE**, Defendants request that the time within which Defendants, Sgt. William Booker and Sgt. Darryl C. Moore may file a Motion for Summary Judgment be extended to January 24, 2004.

                                                _____
                                                James H. Fields
                                                Nathaniel E. Jones, Jr.
                                                Jones & Associates, P.C.
                                                111 S. Calvert Street, Suite 2700
                                                Baltimore, Maryland 21202

                                                Attorneys for Defendants,
                                                Sgt. William Booker and
                                                Sgt. Darryl C. Moore

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 5th day of February, 2004, a copy of the foregoing Motion for Extension of Time to File, and proposed Order were mailed, via first-class mail, postage pre-paid, to:

Duane A. Verderaime, Esquire
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, MD  21202

Peter Saar, Esquire
Associate Counsel
Office of Legal Affairs
601 E. Fayette Street
Baltimore, Maryland 21202

Troy A. Priest, Esquire
Brown, Diffenderfer & Kearney, LLP
1010 Hull Street, Suite 300
Baltimore, Maryland  21230


                                              _____
                                              James H. Fields