UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Gregory Robinson, et al.** | * | |
|     **Plaintiffs** | * | |
| **v.** | * | Civil No. WDQ-02-3236 |
| **Baltimore Police Department, et al.** | * | |
|     **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Motion for Extension of Time to File of Defendants William Booker and Darryl C. Moore, and any response thereto, it is this \_\_\_\_ day of February, 2004, by the United State District Court for the District of Maryland,

**ORDERED,** that the Defendants' Motion for Extension of Time to File be, and the same hereby is GRANTED.

_____
Judge, United States District Court
    for the District of Maryland