IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al.     *

    Plaintiffs     *

v.     *   Case No. WDQ-02-CV-3236

BALTIMORE POLICE DEPT., et al.     *

    Defendants     *

*    *    *    *    *    *    *

## PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO RESPOND TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiffs, by and through their attorneys Duane A. Verderaime and Verderaime and DuBois, P.A., request that The Court compel Defendant Baltimore Police Department to file a Response to Plaintiffs' Request for Production of Documents.

1. Summary judgment motions were filed by all defendants on or about January 23, 2004.

2. In the motions, defendants make reference to and rely upon certain documents.

3. The documents referred to above were the subject of a request for production of documents served on July 10, 2003. Defendants have not responded to the request.

Wherefore, plaintiffs request an order compelling defendant to respond to discovery.

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al.         *

    Plaintiffs                       *

v.                               *    Case No. WDQ-02-CV-3236

BALTIMORE POLICE DEPT., et al.   *

    Defendants                       *

*       *       *       *       *       *       *

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO RESPOND TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiffs, by and through their attorneys Duane A. Verderaime and Verderaime and DuBois, P.A., request that The Court compel Defendant Baltimore Police Department to file a Response to Plaintiffs' Request for Production of Documents.

Plaintiffs adopt and incorporate their Motion to Extend Time to Respond and its attached Memorandum hereto as support for this Motion to Compel.

Respectfully submitted,

/s/ Duane A. Verderaime
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al.         *

    Plaintiffs                          *

v.                                *   Case No. WDQ-02-CV-3236

BALTIMORE POLICE DEPT., et al.    *

    Defendants

*       *       *       *       *       *       *

### ORDER ON MOTION TO COMPEL DISCOVERY

After considering Plaintiffs' motion to compel discovery, this Court; Grants the motion, and

ORDERS defendant Baltimore Police Department to comply with plaintiffs' request for production of documents by _____, and

ORDERS, pursuant to plaintiffs' request for extension of time, that plaintiffs respond to defendants' motions for summary judgment thirty (30) days after the above date for defendant to comply with discovery.

_____
UNITED STATES DISTRICT JUDGE