IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY ROBINSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. WDQ-02-CV-3236 |
| BALTIMORE POLICE DEPT., et al. | * | |
| Defendants | * | |

\*      \*      \*      \*      \*      \*      \*

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs, by and through their attorneys Duane A. Verderaime and Verderaime and DuBois, P.A., hereby respond to defendants' Motions for Summary Judgement. All motions filed on behalf of the defendants will be addressed in this single response, as further explained herein.

The grounds for this motion are that defendants failed to file a timely motions for summary judgement, and in the alternative there are genuine disputes of material fact for which a trier of fact could find for plaintiffs.

In support thereof, Plaintiffs attach the Memorandum in Support of Plaintiffs' Response to Defendants' Motion of Summary Judgement.

WHEREFORE, each plaintiff respectfully requests that each and every motion for summary judgement submitted, be denied.

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Federal Bar #023874

Attorneys for Plaintiffs

Case 1:02-cv-03236-WDQ   Document 78   Filed 02/06/2004   Page 2 of 2