Police Department
Baltimore, Maryland

General Order 69-77    B-7

2 December 1977

Subject:    Selection and Identification of the Officer-In-Charge

---

POLICY

To provide sworn personnel under individual commands the opportunity to gain insights and attain skills in the art of supervision, it is the policy of this agency to develop subordinates to assume the role of Officer-In-Charge (OIC).

PURPOSE

The purpose of this order is to recodify and promulgate procedures governing the selection and identification of the OIC.

REQUIRED ACTION

I.  Commanding Officers shall have the mandated responsibility to comply with the following guidelines when selecting personnel under their commands to be assigned as an OIC.

   A.  The opportunity to work in an OIC capacity shall be open to all qualified officers. Qualified officers shall be interpreted to mean the individual:

   Has displayed leadership qualities.

   Is able to organize his work and competently complete assignment.

   Has demonstrated sufficient job knowledge.

   Expresses a desire to do the job.

   B.  OIC assignments may and should be rotated among personnel when practical, to include but not be limited to those persons on active promotional lists.

II. Immediate supervisors shall have the mandated responsibility of developing subordinates to assume the role of OIC. The following concepts shall be considered by immediate supervisors in this process:

   A.  The transition from subordinate to supervisor is not automatic.

   B.  Do not assume by virtue of the fact subordinates are performing satisfactorily at their present assignment that this is an indication of their capacity to perform in the same manner as an OIC. Subordinates may lack those attributes essential to be an effective supervisor.

   C.  By your own example attempt to develop supervisory attributes in all of your subordinates.

   D.  When a subordinate has demonstrated that he will be able to assume supervisory responsibilities, the immediate supervisor shall:

   Give that subordinate the opportunity to perform as an OIC.

   Tell the subordinate what is expected of him in his assignment as an OIC.

General Order 69-77 - Subject: Selection and Identification of the Officer-in-Charge

> Encourage the subordinate to seek your advice.
>
> Check the subordinate's performance regularly and review his performance as an OIC and inform the subordinate of how he is performing.
>
> Record the amount of time spent as an OIC so that it will be accounted for and assessed in the subordinate's Performance Evaluation and Promotional Potential Reports.

III. Where possible the immediate supervisor may and should rotate OIC assignments among his most capable officers to avoid developing an indispensable officer by concentrating on only one individual.

IV. When performing in the capacity of an OIC, personnel shall wear an insignia of designation. A set of two-inch cloth bands shall be utilized to identify an OIC. One band shall be worn well centered on each epaulet on the outermost garment of the uniform of the day.

> The sergeant's blue and white three chevron collar pins attached to the orange cloth bands shall be worn by an officer to identify he is assigned the function of a sergeant— see Annex A.
>
> The lieutenant's single silver bar collar pins attached to the gold cloth bands shall be worn by a sergeant to identify he is assigned the function of a lieutenant—see Annex B.
>
> NOTE: Personnel while wearing the insignia and functioning as an OIC shall have such authority and responsibility as is normally exercised by such designated rank.

V. The Property Division shall maintain a sufficient stock level of OIC designation bands to insure availability for replenishment purposes.

> Division/District Commanders shall requisition designation bands in keeping with existing departmental procedures.

SCOPE

I. Identification of the Assigned Rank of Sergeant

> See – Annex A

II. Identification of the Assigned Rank of Lieutenant

> See – Annex B

RECISION — Remove from manuals/files and destroy:

> General Order 71-13, "Selection and Identification of the Officer-in- Charge", dated 22 June 1971.

EFFECTIVE DATE

> This Order shall be effective on the date of publication.

D. D. Pomerleau Commissioner

General Order 69-77 - Subject: Selection and Identification of the Officer-In-Charge

ANNEXES

A.   Identification of the Assigned Rank of Sergeant

B.   Identification of the Assigned Rank of Lieutenant

Distribution "A"
Plus all Departmental Bulletin Boards

I certify that I have read and fully understand this Order

_____