Page 37

1 that statement was said in your presence, I don't even
2 have to make a complaint to you. You were supposed to
3 do something about it." He didn't act upon it till I
4 demanded he act upon it, because I told him it was
5 discriminatory, it was meant at me, I was offended by
6 it, and I knew, not believed, I knew it was racial.
7 And he believed that I had stepped on his toes, telling
8 him what to do, and he made that clear, because I came
9 up to him with a complaint. And, of course, there you
10 go -- but a month and a half later, I'm getting a green
11 sheet and my marked, I look at, dropped. There was no
12 reason for it.
13   Q. That would be your opinion, that they
14 dropped?
15   A. That's -- yeah, you can call it my opinion.
16   Q. Okay. Well, let me ask you this: Did this,
17 did this, did this evaluation result in any loss of pay
18 to you?
19   A. No.
20   Q. Any loss of benefits?
21   A. Yes.

Page 38

1   Q. And that benefit would be?
2   A. I was -- at that point, that's when my OIC
3 time was taken from me. I was sharing it with other
4 people and then I went to nothing.
5   Q. Well, this doesn't indicate that -- nothing
6 in this performance evaluation indicates anything about
7 you being in OIC.
8   A. Correct.
9   Q. Or that you can no longer serve as an OIC, is
10 that right?
11   A. Absolutely.
12   Q. Okay.
13   A. That's exactly what it doesn't say in there,
14 exactly what you have just asked.
15   Q. It just doesn't cover your, your ability to
16 work as an OIC?
17   A. You pull up the track record, I was
18 consistently made an OIC with everybody else. Then it
19 stopped.
20   Q. Okay. And just out of curiosity, did you
21 discuss your assignments -- well, did you discuss with

Page 39

1 Sgt. Booker his failure to assign you as OIC?
2   A. I believe I did talk to him after this green
3 sheet, because I've never ever written on a green sheet
4 in my whole career and I believe I talked to him man to
5 man, saying, "Hey, listen, I need to make it clear." I
6 said, "I believe I'm being retaliated in reference to
7 not getting OIC time." We came to the conclusion it
8 was an oversight and got it changed, which it never
9 did. And when the next green sheet came out, I wrote
10 on it, which is something I've never done before.
11   Q. You wrote some comments on the third one.
12 You wrote -- well --
13   A. Is it the third one?
14   Q. You tell me.
15   A. Yes, because I have it dated here.
16   Q. Well, you have -- the second -- let me say
17 this: The second evaluation was for the period
18 June 30th, 2001, to December 30th, 2001, is that
19 correct?
20   A. Say it again. I'm sorry.
21   Q. The second evaluation by Booker that we have

Page 40

1 here in Exhibit 10, that's for the period June 30th,
2 2001, to December 30th, 2001.
3   A. Correct.
4   Q. Okay. And then we also have in Exhibit 10 a
5 document which -- well, let me draw your attention to
6 it.
7   A. It goes with the third evaluation.
8   Q. Okay. Well, the subject line, though --
9 well, tell me what -- do you recognize this? Do you
10 recognize the memorandum? There's a memorandum dated
11 June 2nd, 2002.
12   A. That's January 2nd, 2002.
13   Q. Excuse me. January 2nd, 2002?
14   A. Yes.
15   Q. Okay.
16   A. Okay. This is mixed up. This should have
17 gone with the second one.
18   Q. Okay, thank you. And that memorandum, is
19 that a, is that -- has that been authored by you? Do
20 you recognize that document?
21   A. Yes.

## Page 133

1 with another person?
2  A. She was talking with Detective Dana Swanson
3 and Sgt. Booker.
4  Q. And it was your testimony, I believe, that
5 you couldn't hear what she was saying in her
6 conversation with Detective Swanson?
7  A. I don't know who she was talking -- I didn't
8 even care about it. I was getting papers off the
9 computer.
10  Q. All right. And I believe it was your
11 testimony as well that Detective Swanson was a light-
12 skinned African American?
13  A. She's an African American, yes, light-skinned
14  Q. All right. And it's your testimony that
15 Detective -- I'm sorry, Sgt. Young looked at you and
16 said, "That's why I hate working with light-skinned
17 people"?
18  A. She lifted her head, looked me dead in the
19 eye, made the statement, never, never missing eye
20 contact with me.
21  Q. And would you know whether or not it would be

## Page 134

1 usual for an African American to refer to a Caucasian
2 as a light-skinned person?
3  A. I don't know why she said it. I don't know,
4 I don't know anything about that. I just know that
5 statement was meant for me, not only to hurt my
6 feelings, it was, it was a racial statement made right
7 at me.
8  Q. Now when you say it was meant for you, she
9 didn't identify you by name?
10  A. Like I said, when she was there with
11 Sgt. Booker and Detective Swanson, when they were
12 having their conversation, she's looking left, looking
13 right. She made the statement. She looked up, just
14 like I'm looking at you right now. Those other two
15 people were not in the room anymore.
16  Q. And when you say they were not in the room
17 anymore --
18  A. They -- a figurative speaking. They, they
19 didn't exist. She was looking right at me.
20  Q. And so if Sgt. Young were to testify that she
21 was referring to Detective Swanson, you would disagree

## Page 135

1 with that assessment?
2  A. Wholeheartedly.
3  Q. But you don't have any way other than your
4 own perception to establish conclusively that she was
5 referring to yourself as opposed to Detective Swanson?
6  A. Other than the way she looked me in the eye,
7 she made the statement, I was offended by it. It was a
8 discriminatory statement.
9  Q. And so if, for example, someone investigating
10 that statement were to -- strike that. Let me rephrase
11 that.
12     And it is your testimony then that after you
13 complained about her making that statement that --
14 after that point, you were denied opportunities to
15 serve as OIC, et cetera?
16  A. Correct.
17  Q. Now it's not your testimony that Sgt. Young
18 was in any way involved in determinations as to whether
19 you would or would not serve as OIC?
20  A. If you're asking me did I think it was a
21 plan, they all got -- I don't know. I just know OIC

## Page 136

1 time stopped. I know it stopped right after this
2 statement and I noticed treatment was different.
3  Q. And Sgt. Young, she's not the one who assigns
4 OIC for your unit?
5  A. No, she's not.
6  Q. And with regard to Lt. Mack, at the time that
7 this statement was made, Lt. Mack was no longer the
8 lieutenant in your unit?
9  A. Correct.
10  Q. Now just to go back a little further, with
11 regard to the time frame where you -- let me ask you
12 some other questions. I'm sorry. The evaluation that
13 you received while a member of the Baltimore Police
14 Department, you're not aware of anytime where
15 Sgt. Young was involved in your evaluation process?
16  A. No.
17  Q. Sgt. Young did not participate in or fill out
18 any green sheets on your behalf?
19  A. No.
20  Q. Sgt. Young was -- in fact, Sgt. Young was
21 never your direct supervisor?

Page 149

1 had been --
2 A. I know nobody on the east side.
3 Q. Okay.
4 A. Like I said, I didn't go in there saying can
5 I go to Homicide, can I go to E&T and work all day,
6 work weekends. I didn't ask for anything.
7 Q. I wanted to ask you general questions about
8 the OIC experience. Can you tell me whether or not
9 having served as OIC is a requirement for promotion to
10 sergeant in the Baltimore Police Department?
11 A. Absolutely not.
12 Q. And are you aware or not aware of whether or
13 not individuals have been promoted to sergeant who have
14 not had OIC experience?
15 A. I don't know.
16 Q. When one is serving as OIC, does that entitle
17 you to additional pay on that particular day?
18 A. Yes.
19 Q. It does? What is the difference in the rate
20 of pay?
21. A. Twelve dollars a day.

Page 150

1 Q. So you would receive $12 a day for being
2 promoted -- I mean being assigned as OIC?
3 A. Yes.
4 Q. And with regard to the days that an OIC was
5 assigned since October of 2001, were there any days
6 where an OIC was assigned where you were the senior
7 member of your department on -- of your unit on duty?
8 A. No. But on those same days the senior man
9 wasn't -- as in Detective Wade and Detective Smith who
10 were the senior guys, when they should have been, they
11 were not assigned. So we would go without an OIC that
12 day.
13 Q. Okay. Now when the EEO said that you failed
14 to -- they said you failed to meet the burden of proof
15 with regard to the comments made by Sgt. Young, was
16 that your testimony?
17 A. Yes. I failed to show burden of proof, or
18 something to that effect.
19 Q. Now I believe that one of the complaints that
20 you made against Sgt. Young was her failure to detail
21 you to the funeral detail?

Page 151

1 A. Correct.
2 Q. And it's your testimony that she offered it
3 to everyone else besides you?
4 A. Correct.
5 Q. Well, every other --
6 A. Every African American.
7 Q. -- African American.
8 A. Yes.
9 Q. Do you know, do you know for a fact that she
10 didn't ask any other non-African American officer if
11 they wanted to do the funeral detail?
12 A. I think she might have asked Chet Smith.
13 Q. Now what was your duty assignment that day?
14 A. I was in Shootings, and all the Shooting
15 detectives that worked were from 7 at night to 3 in the
16 morning.
17 Q. Okay. And, and the, and the funeral, what
18 time was that?
19 A. The funeral, I believe, was at, like, 10:00
20 in the morning. We all met at 6 in the morning,
21 though.

Page 152

1 Q. And so if you had gotten the detail, that
2 would have required a change in your shift, is that --
3 A. No.
4 Q. What would that --
5 A. You would have -- your shift would have
6 been -- you know, if you -- well, yes, it would have
7 been a change in shift. If you went to the funeral,
8 you didn't have to come in to work the next night.
9 Q. Okay. Now were determinations as to whether
10 or not to approve those requests, was the strength of
11 the unit or anything taken into account when those
12 decisions were made?
13 A. When that decision was made, again, I was
14 sitting in the room. Sgt. Young -- I was the only one
15 in the room. All of a sudden, I believe it was Troy
16 Chesney walked in. He's African American. She looked
17 right at him and says, "Do you want to be detailed to
18 the funeral tomorrow?" He said, "Nah, I'm not going.
19 I'll just come to work." I believe she asked one more
20 African American and they said no. And I just sat
21 there, I raised my hand, I said, "I'm going to the

Page 169

BY MR. PRIEST:

Q. Now with regard to your evaluations, going back to your evaluations, verbal evaluations, are they part of your permanent record?

A. No.

Q. And Sgt. Young did not provide you with any verbal evaluations? In other words, going along the lines of what's on the green sheet, Sgt. Young never gave you an evaluation?

A. No. I didn't work for her.

Q. And Lt. Mack, similarly, didn't go through the green sheet criteria and give you any verbal evaluation?

A. No.

Q. Any comments regarding having not asked for you to be in the unit? Did Sgt. Young ever make any comments to that effect?

A. Not to my knowledge.

Q. And did Lt. Mack ever make any comments to that effect?

A. I don't remember anything.

Page 170

MR. PRIEST: I apologize. I'm just trying to make sure that I try to limit my examination to my clients. You've already gone over most of it.

BY MR. PRIEST:

Q. Now I believe you testified -- I just want to confirm -- that on the funeral detail Sgt. Young offered to allow you to leave early and come in late for your following shift, but you declined those invitations?

A. Yes, because I wasn't being offered the same thing the African Americans were. If they were being detailed, they didn't have to come in.

Q. Now with regard to the overtime, are you aware of any discussions that Lt. Mack may have had with his supervisors regarding the scrutiny of overtime in his unit?

A. I don't understand your question.

Q. In other words, do you know whether or not Lt. Mack had been given any directions or orders from his supervisors regarding the scrutiny of overtime in his unit?

Page 171

A. I'm just a detective. Anything that goes above me, I don't know. I'm not in those meetings.

Q. Now with regard -- I'm sorry, let me just go back once again to the October 2001 statement. Were you ever made aware of what any of the other persons who were present said regarding their perception of the incident?

A. I didn't care about their perception. It was said to me. I was offended by it and that's the way I left it. I wasn't discussing it with anybody. I didn't tell my sergeant I was offended by it. There's no need to talk about it. It was offensive to me.

Q. And so you're not aware or didn't -- I don't want to mischaracterize your testimony. You're not aware or either didn't care to become aware that Sgt. Booker, Detective Swanson, and Sgt. Young all perceived the light-skinned comment to be direct to Detective Swanson?

A. I would have hoped anybody in that room would have been offended by it, but I wasn't worried about them. My main objective, goal, whatever you want to

Page 172

say, is myself. I don't control anybody else. She said it, it offended me. If they weren't offended, that's them. I don't answer for them. I'm telling you I was offended.

Q. And following the comment with regard to your work as a detective, you still continued to close cases with the same work ethic as you had done before then?

A. Right. I don't know what to say. That's what I get paid to do. I get paid to, I get paid to work every day. Whether the case is closed or not, it's not going to be a lack of my hard work. That's what I get paid to do. I won't give the Department -- because it is a job, I owe them, as they owe me. I'm not going to come in here and just sit on my butt, show bad performance, and push this incident aside, have them set up that I'm not qualified for the job so I get terminated. No. They hired me to do a job, I do the job.

Q. All right. And I'm going to ask you just a few questions, and let me say at the outset that representing police officers, as I do, when plaintiffs'