Case 1:02-cv-03236-WDQ    Document 60-7    Filed 02/07/2004    Page 1 of 64

# POLICE DEPARTMENT
## BALTIMORE, MARYLAND

### INDIVIDUAL OVERTIME REPORT

| | | Compensatory Time |
|---|---|---|
| | [X] | Daily Overtime |
| | | Scheduled Day Off |
| | | Call-in Emergency |
| | | Secondary Employment |

**ASSIGNED SHIFT**

- [ ] 8 × 4
- [ ] 4 × 12
- [ ] 12 × 8
- [X] OTHER SHIFT
  6 hrs × 2am   hrs

Name and Rank of Member
**Chester Smith        Detective**

Member / Permanent District / Division / Bureau
**Northwestern District C.I.D.**

| Locator Number | E.O.D. | Sequence Number | Social Security Number |
|---|---|---|---|
| 165 | 08/04/83 | D551 | 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 |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 06/03/01 | 0212-0400 | 1-8 |

Sergeant / Lieutenant
Regular Earnings
× Weekly $

(Overtime Work Performed - Explain)
Reporting:4100 Patterson AV. 01V0273/016F01042 Lotus Notes/E.C.U.Submission

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)



POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Fiscal Division
Form 99 / 72
1160-49-31

Sergeant / Lieutenant

Regular Earnings

Bi-Weekly $ _____   NORTH _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 6. 5. 01 | 0947 - 1739 | 7.9 |

Name & Rank of Member
LESTER · PS · SMITH

Member's Permanent District / Division / Bureau
NORTHWESTERN C.I.D.

| Location-Number | E.O.D. | Sequence Number | Social Security Number |
|---|---|---|---|
| 65 | 8. 4. 83 | 217. 94. 5612 | DS51 |

(Overtime Work Performed - Explain)
CIVO223

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 4 X 12
☐ 8 X 4
☐ 12 X 8
☒ OTHER SHIFT
6 hrs X 2 hrs

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____ (Signature of Employee Working Overtime)

Lt. _____ (Signature of Authorizing Supervisor)

_____ (Signature of Certifying Supervisor)



POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Fiscal Division
Form 99/72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 04 Jun. '01 | 0936- 21 a.d | 11.5 |

Name & Rank of Member: Chester Smith    Detective

Member's Permanent District / Division / Bureau: Northwestern District C.I.D.

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 08/04/83 | 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 |

Sequence Number: D551

Overtime Work Performed - Explain):

Shooting Investigation: 01V0273/016F01042

We certify that the overtime hours reported herein are in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

☐ Compensatory Time
☒ Daily Overtime
☒ Scheduled Day Off
☐ Call-in Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT
    _ hrs X

_____ hrs



POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Fiscal Division;
Form 99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $_____

Date(s) Worked        Hours Worked
06/02/01             1102-1739

Name & Rank of Member
Chester Smith            Detective

Member's Permanent District / Division / Bureau
Northwestern District C.I.D.

Locator Number    E O D        Social Security Number
165               08/04/83    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

Total Hours    Sequence Number
6.7            D551

☒ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☒ Call-in Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ OTHER SHIFT  6 hrs X 2am  hrs

(Overtime Work Performed - Explain)
Shooting: 4100 Patterson Av. 01V0273/016F01042 Crime scene/Investigation
Called in

We certify that the overtime hours reported herein are authorized, were in part worked and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form 99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 06/03/01 | 1042-1739 | 7.0 |

| Name & Rank of Member | | Sequence Number |
|---|---|---|
| Chester Smith | Detective | D551 |

Member's Permanent District / Division / Bureau

Northwestern District CID

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 08/04/83 | 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 |

Shooting:4100 Patterson Av. 01V0273/01GF01042 Interview/Follow-up's

(Overtime Work Performed - Explain)

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ 6 OTHER SHIFT   hrs X 2am   hrs



**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

...l Division
...IVIDUAL OVERTIME REPORT
...m 94 / 72

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

| Date(s) Worked | Hours Worked | | Total Hours |
|---|---|---|---|
| 11.11.00 | 0212. 0300 | | .8 |
| Name & Rank of Member: Chester P. Smith Det | | Sequence No.: D551 | |
| Member's Permanent District/Division/Bureau: N.W. CID | | | |
| Locator No.: 165 | E.O.D.: 8.4.83 | Social Security No.: 217. 94. 5612 | |

Sergeant/Lieutenant Regular Earnings
Bi-Weekly $ ______

Agg Assault Liberty & Howard Rd Consent Search 5325 Belleville A

(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

1160-49-31

NORTHWESTERN

# POLICE DEPARTMENT
## BALTIMORE, MARYLAND

**OFF-DUTY APPEARANCE**
76 / 216

**IN**  10/11/00  9:00

**OUT**  10/11/00

| Officer's Name: | Rank: | Assignment: | Social Security No. | Locator No.: |
|---|---|---|---|---|
| HESTER P. SMITH | | N.W. C.I.D. | 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 | 165 |

**USE REVERSE SIDE FOR COMMENTS/REMARKS**

**STATUS:**
- ☐ Leave Day
- ☒ Medical Day
- ☐ Permission Day
- ☒ Vacation Day
- ☐ Other

**SHIFT WORKING:**
- ☐ 12 Midnight - 8 A.M.
- ☐ 8 A.M. - 4 P.M.
- ☐ 4 P.M. - 12 Midnight
- ☐ Other

**Date and Time of Appearance:**
10-11-06   6:00

- ☒ Summons Attached
- ☐ Verification Letter Attached
- ☐ Regular Traffic Court Day
- ☒ See Reverse Side

Summons or Complaint No.: 6D706

Overtime hours earned: _____   3.5

Med. earned: _____

(Supervisor)   Signature (Supervisor)

**Review and Approval:**

Officer's Signature

Signature (Commanding Officer)

**COURT CERTIFICATION:**

Signature/Title

**CASE DISPOSITION**

1160-49-4

Fiscal Division
Form 94 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

[ ] Compensatory Time
[X] Daily Overtime
[ ] Scheduled Day Off
[ ] Call-In Emergency
[ ] Secondary Employment

geant / Lieutenant
gular Earnings

Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 17 Mar. 01 | 0212- 1739 | 15.5 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Chester P. Smith Detective | D551 |

| Member's Permanent District / Division / Bureau |
|---|
| Northwestern CID |

| Locator Number | E.O.D | Social Security Number |
|---|---|---|
| 165 | 08-04-83 | 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 |

*ASSIGNED SHIFT*

[ ] 8 X 4
[ ] 4 X 12
[ ] 12 X 8
[X] OTHER SHIFT 1800 hrs x 0200 hrs

(Overtime Work Performed - Explain)

Shooting Investigation: 3900 Ridgewood Av. 01V0128 ( see reverse )

*We certify that the overtime hours reported herein are authorized; were in fact worked, and are correct.*

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Run records at NWD
Condition check at Sinai
Lotus notes
Condition check
Respond to ECU, get list of evidence
Contact hotdesk to get record of victim
Condition check of victim, being prepped for surgery
Recanvass crime scene for additional evidence
Respond to ECU to look at evidence
Respond to the 3900 blk. of Ridgewood Av. ( reinterview )
Lotus Notes
Responded to Sinai Hospital and talked w/ the victim Grandmother
NWD to obtain information possible witness/victim
Responded to Sinai Hospital and seized (1) projectile
Responded to 3503 Rollin Road to attempt to locate witness/victim (neg)
NWD to do property sheets
ECU to submit
NWD Lotus Notes
All can be verified via Progress Reports 3/16/01-3/17/01 01V128

2001 MAR 17 AM 2:12
NORTHWESTERN

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**
**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings
Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10.21.01 | 0117. 14-18 | 5.1 |
| 28.21.01 | | |

Name & Rank of Member: SMITH, ___
Member's Permanent District / Division / Bureau: Nw CID
Sequence Number: DSS1
E.O.D.: 8.4.83
Social Security Number: 217.94.5612
Location Number: 165

Overtime Work Performed - Explain: _____ civicse / civi31 (Ste. Review)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)
(Signature of Authorizing Supervisor)
(Signature of Certifying Supervisor)

Arriv Castaneda is Vincent La' Tues/up?
Sr. Ari Car Spoke w/ ASA's Case # 01V131
HQ Inter Castar 4.5E
this Case this his Restrible Test
Nw Lotus Notes
4365 Castanison Follow up civi38
3538 Rykewoods Av Locar Date Castar
Nuw Meeting w/ 6:10

Checkboxes (right side):
- Compensatory Time [ ]
- Daily Overtime [X]
- Scheduled Day Off [ ]
- Call-in Emergency [ ]
- Secondary Employment [ ]

ASSIGNED SHIFT:
- 8 x 4 [ ]
- 4 x 12 [ ]
- 12 x 8 [ ]
- OTHER SHIFT [X] 3 hrs x ( ) 1½ hrs

Responded to Sinai Hospital for condition check
Responded to W. Forest Park High School pick up witness
Responded to NWD debrief/tape witness
Drove witness back to W. Forest Park High
Responded to W. Forest Park High and spoke with school police
Debrief victim and tape same
Responded to NWD to meet victim
Responded to police involved shooting to assist
Responded to NWD to do Lotus Notes
Responded to ECU submit evidence
See all Lotus Notes Dated 03/19/01

(Signature of Certifying Supervisor)

(Signature of Authorizing Supervisor)

(Signature of Employee Working Overtime)

We certify that the overtime hours reported herein are authorized, were in fact worked and are correct.

Investigation of shooting case # 01V0128    ( see reverse )

(Overtime Work Performed - Explain)

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND

### INDIVIDUAL OVERTIME REPORT

Fiscal Division
Form 99/72
1160-49-31

| | | |
|---|---|---|
| Date(s) Worked | Hours Worked | Total Hours |
| 03/19/01 | 0932-1739 | 8.2 |
| Name & Rank of Member | | Sequence Number |
| Chester P. Smith | | D551 |
| Member's Permanent District / Division / Bureau | | |
| Northwestern CID | | |
| Locator Number | E.O.D | Social Security Number |
| 165 | 08/04/83 | 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 |

Regular Earnings
Bi-Weekly $
Sergeant / Lieutenant

**Compensatory Time** [ ]
**Daily Overtime** [X]
**Scheduled Day Off** [ ]
**Call-in Emergency** [ ]
**Secondary Employment** [ ]

**ASSIGNED SHIFT**
8 X 4 [ ]
4 X 12 [ ]
12 X 8 [ ]
OTHER SHIFT [X]  1800 hrs X 0200 hrs

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

rgeant / Lieutenant
egular Earnings

Bi-Weekly $ ____________

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01.20.01 | 0415-1739 | 13.4 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Chester P. Smith Det. | D551 |

| Member's Permanent District / Division / Bureau |
|---|
| N.W. C.I.D. |

| Locator Number | EOD | Social Security Number |
|---|---|---|
| 165 | 8.4.83 | 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 |

- [ ] Compensatory Time
- [ ] Daily Overtime
- [ ] Scheduled Day Off
- [x] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 6 hrs X 2 AM hrs

(Overtime Work Performed - Explain)

Call-in Adt. Debrief 2 Suspects (Aggr.)

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

[signature]
(Signature of Employee Working Overtime)

Sgt. [signature]
(Signature of Authorizing Supervisor)

3/C Robert [signature]
(Signature of Certifying Supervisor)

Recanvass area / Located Crime Scene
Spoke w/ victim
Debrief Arrest
Got info on Possible Suspect
Went to Balto Co. for Photo line-up
Condition Check
Admin.

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form 99/72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours | Sequence Number |
|---|---|---|---|
| 10-22-00 | 1512 - 1830 | 3.3 | F730 |

Name & Rank of Member
Zilmore Garcia Det.

Member's Permanent District / Division Bureau
C.I.D. / N.W.D.

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

[Overtime Work Performed - Explain]
C.I.S. Conduct Administrative Report killing investigation w/ 6033

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment
**ASSIGNED SHIFT**
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT
6,700 hrs X 1570 hrs

Fiscal Division
Form89 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10/23/00 | 1412 - 2030 | 6.3 |

Name & Rank of Member

Gimmie, Omega, Det.

Member's Permanent District / Division / Bureau

C.I.D./D.E.S./Hom.

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 165 | 27 Jun 91 | 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 | E730 |

(Overtime Work Performed - Explain)

U.S.A. Assault Administrative Report

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det. Gaus

(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

**ASSIGNED SHIFT**

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☐ OTHER SHIFT   Hrs X 14.8 Hrs

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form 99 / 72
1 160-49-3 1

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10/27/00 | 1930 - 2272 | 3.2 |

Name & Rank of Member: _Glencoe, Gadson, Dr._

Member's Permanent District/Division/Bureau: _C.I.D. Audit_

Locator Number: 165     E.O.D. _1. Jan 91_

Social Security Number: 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     Sequence Number: 15730

☐ Compensatory Time
☐ Daily Overtime
☑ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

**ASSIGNED SHIFT**

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT   hrs X

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Form99 172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

☐ Compensatory Time
☐ Daily Overtime
☒ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment   *ASSIGNED SHIFT*
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT   hrs X ___ hrs

Date(s) Worked: 24 April 01-25 April 01
Hours Worked: 0555 - 0100
Total Hours: 19.0

Name & Rank of Member: Nicholson, Daniel  F.M.C.C.
Sequence Number: F563

Member's Permanent District / Division / Bureau: NWD - CID / DTS

Locator Number: 165
E.O.D.: 31 Oct 94.
Social Security Number: 217 86 1563

(Overtime Work Performed - Explain): Suspect Gary Martin arrested by WATF 01V0176

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_(Signature of Employee Working Overtime)_

_(Signature of Authorizing Supervisor)_

_(Signature of Certifying Supervisor)_

Fiscal Division
Form #9172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 Mar 01 | 1000 - 1739 | 7.7 |

Name & Rank of Member: Nicholson David Lynh Det.

Member's Permanent District / Division / Bureau: NWD - CID / DI

Locator Number: 1466    E.O.D.: 31 Oct 94    Social Security Number: 217 86 1563

Overtime Work Performed - Explain: Investigations 01V0087 / 00V0660

I certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

_ASSIGNED SHIFT_
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT  1400 hrs X 0200 hrs

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

| | Compensatory Time |
| ☐ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☐ | Call-In Emergency |
| ☐ | Secondary Employment |
| | *ASSIGNED SHIFT* |
| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 22 Jan 87 | 1400 - 1730 | 37 |

Name & Rank of Member

Member's Permanent District / Division / Bureau
N/D:    CID/OIS

| Local Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

Sequence Number
FSB3

(Overtime Work Performed - Explain)

I Certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Form 99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

INDIVIDUAL OVERTIME REPORT

- [ ] Compensatory Time
- [ ] Day Overtime

P-DAY
- [x] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT
- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT
  hrs X _____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18 April 01 | 1100 - 1700 | 6.0 |

Name & Rank of Member
Melushun Saul Pam Det

Member's Permanent District / Division / Bureau
NWD - CID / 025

| Sequence Number |
|---|
| F 563 |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

## INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $______

H/C/N meal

SIC Day

- [ ] Compensatory Time
- [ ] Daily Overtime
- [x] Scheduled Day Off
- [x] Call-In Emergency
- [ ] Secondary Employment

**ASSIGNED SHIFT**

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT hrs X hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 9 Mar 01 | 0300-0610 | 3.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Nicholson Daniel P 404 Det | F563 |

| Member's Permanent District / Division / Bureau |
|---|
| NWD - CID/DFS |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 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 |

Overtime Work Performed - Explain)
Called in to interview Omari Jenkins / Robbery Victim

Daniel Nicholson
(Signature of Employee Working Overtime)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Sgt [signature]
(Signature of Authorizing Supervisor)

Sgt [signature]
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____________

- [ ] Compensatory Time
- [ ] Daily Overtime
- [x] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 1000 hrs X 2200 hrs

| | | |
|---|---|---|
| Date(s) Worked: 19 Jan 01 | Hours Worked: 1200 - ~~1800~~ 1739 | Total Hours: ~~6.0~~ 5.7 |
| Name & Rank of Member: [illegible] Daniel P 414 Det | | Sequence Number: F563 |
| Member's Permanent District / Division / Bureau: NWD - CID / DIS | | |
| Locator Number: 165 | E.O.D.: 31 Oct 94 | Social Security Number: 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 |

(Overtime Work Performed / Explain) 00V0038 Follow Up - Victim at [illegible] / identified suspect

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-in Emergency
☐ Secondary Employment

_ASSIGNED SHIFT_
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT 1845 hrs x 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 22 Jan 01 | 1400 - 1739 | 3.7 |

Name & Rank of Member: Nicholas Brendel Asst. Det. FSG3

Member's Permanent District / Division / Bureau: NWD - CID/OJS

Sequence Number: FSG3

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are in fact worked, and are authorized.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)



- Attempt to locate victims sister 00 Vd677

HELP COPYING

Fiscal Division
Form 99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☑ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*
☐ 8 x 4
☐ 4 x 12
☐ 12 x 8
☑ OTHER SHIFT  1600 hrs x 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 26 April 01 | 1600 - 1739 | 1.7 |

Name & Rank of Member
Lieutenant Kevin S. Gay Unit F563

Member's Permanent District / Division / Bureau
NWD - CID / DES

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 | F563 |

Overtime Work Performed, Explain
Arrested two suspects in 670076 — over

I certify that the overtime hours reported herein were in fact worked, and are authorized and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form#172
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant.
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ OTHER SHIFT
1000 hrs x 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 9 May 01 | 0600 - 1730 | 8.6 |

Name & Rank of Member: Welham Maul Perc Det / FSE3

Sequence Number: F5E3

Member's Permanent District / Division / Bureau: NWD - CID / DIS

E.O.D.: 31 Oct 94

Locator Number: 165

Social Security Number: 247 86 1563

(Overtime Work Performed - Explain)
PCA / Suspect Arrested / Case 01V1229 / SES Warrant

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

Sgt. _____ (Signature of Authorizing Supervisor)

Sgt. _____ (Signature of Certifying Supervisor)

Case 1:02-cv-03238-WDQ    Document 80-7    Filed 02/07/2004    Page 25 of 64

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form99 1/72
1160-49-31

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| | Compensatory Time |
| ☒ | Daily Overtime |
| | Scheduled Day Off |
| | Call-In Emergency |
| | Secondary Employment |

*ASSIGNED SHEET*

| | |
|---|---|
| | 8 X 4 |
| | 4 X 12 |
| | 12 X 8 |
| ☒ | OTHER SHIFT 6 hrs X 2 |

4AA hrs

| Dates) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01.17.01 | 0523. 1738 | 8.3 |

| Name & Rank of Member | Sequence Number |
|---|---|
| HESTER, SMITH | D251 |

Member's Permanent District / Division / Bureau
NW  CID

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165? | 8.9.83 | 217 99 5212 |

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

NWD - Admin / Invest. 0IV00CL7

Spot *Vicke* La Apt 8-6 / *Slim* vienna Nw Hwy

Books w/ *McManus* Results CIV00L7

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

geant / Lieutenant
gular Earnings

Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01.16.01 | 0933-1739 | 8.1 |
| Name & Rank of Member | | Sequence Number |
| Chester P. Smith Jr. | | D551 |
| Member's Permanent District / Division / Bureau | | |
| N.W. C.I.D | | |
| Locator Number | E.O.D | Social Security Number |
| 165 | 8.4.83 | 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 |

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 6 hrs X 2 AM hrs

(Overtime Work Performed - Explain)

Shooting Invest 01V00007 → Over

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

N.W - Admin / Invest
Heritage Dodge of Owings Mills - to
Ascertain the Color of ~~the~~ Six Vehicles thru
V.I.N. Numbers
N.W High - Pick up Year Book for 1996, 97, 9
NWD - Invest
HQ - Gather evidence & Submit same to E.C.U
NWD Admin / Lotus Notes.

NORTHWESTERN

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

***INDIVIDUAL OVERTIME REPORT***

geant / Lieutenant
gular Earnings

Bi-Weekly $______

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

***ASSIGNED SHIFT***

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 6 hrs X 2 AM hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01 11 01 | 0941 - 1735 | 8.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Hester R. Smith | D551 |

| Member's Permanent District / Division / Bureau |
|---|
| NW CID |

| Locator Number | E.O.D | Social Security Number |
|---|---|---|
| 165 | 8.4.83 | 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 |

(Overtime Work Performed - Explain)

Shooting Invest: 01V0007 See Reverse →

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

NW - Admin. / Instruc. Vehicle
Lewin Av. - Fuel
Howard Co. Police Station - Invest
6011 - S Majors La. - Invest.
3147 W. Spring Dr Apt D - Invest
426 N. Hilton - Invest
240 S. Louden - Invest
2920 Clifton Ave - Invest
N.W. - Admin / Invest Auto Theft Task Force Debbie Bailer

2001 JAN 11 AM 8:41
NORTHWESTERN

COPY

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94 / 72

- [ ] Compensatory Time
- [X] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01 08 01 | 0939-1739 | 8.0 |

| Name & Rank of Member | | Sequence No. |
|---|---|---|
| Hester P. Smith | Det. | D551 |

| Member's Permanent District/Division/Bureau |
|---|
| NW C.I.D |

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 8.4.83 | 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 |

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ ____________

Shooting 01/0007 - See Reverse
(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

1160-49-31

NWD / ADMIN.
MVA Glen Burnie / Investigate Vehicle Tag Wanted in Shooting.
F.B.I. - View Video Tape
North West High - Att. to Locate Year Books in Reference to Shooting.
N.E.D. Obtain Robbery Report
N.W.D. Meet w/ 6010 / Lotus Notes / Admin Invest
2210 Ruskin - Att. Locate Victim
Liberty Hgts Finis Suspect to Shooting

2001 JAN -3 AM 9:39
NORTHWESTERN

Fiscal Division
Form99 / 72
11[illegible]-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

[illegible]eant / Lieutenant
[illegible]ular Earnings

Bi-Weekly $ ______

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01. 10. 01 | 0823 - 1735 | 8.3 |

| Name & Rank of Member | Sequence Number |
|---|---|
| HESTER P. SMITH DET. | D551 |

| Member's Permanent District / Division / Bureau |
|---|
| N W C.I.D |

| Locator Number | E.O.D | Social Security Number |
|---|---|---|
| 165 | 8.4.83 | 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 |

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ OTHER SHIFT 6 hrs X 2 AM hrs

20V341 (Overtime Work Performed - Explain)
SHOOTING INVEST. 01V0007 SEE REVERSE

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

HQS. PICK-UP PHOTO ARRAY
MVA OBTAINING VEHICLE DOCUMENTS FOR 01V0007
REHAB CENTER / 5209 FRANKFORD AV. INTERVIEW & SHOWED PHOTO ARRAY.
MEET W/ A.S.A. GIOIA AT NWD IN REFERENCE TO SHOOTING CASES.
ASSIST W/ INVEST. ON LOCATING SUSPECT ROBERT WEATH[illegible]
LOTUS NOTES / INVESTIGATION - REVIEW CASES

[illegible] JAN 10 AM 9:23
NORTHWESTERN

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94 / 72

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 25 OCT OO | O100-1739 | 10.7 |

| Name & Rank of Member | | Sequence No. |
|---|---|---|
| CHRIS A. WADE | DET. | E 025 |

Member's Permanent District/Division/Bureau

CID-DIS-NWD

| Location No. | E.O.D. | Social Security No. |
|---|---|---|
| 16S | 01-08-87 | 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 |

CDHSTNT / SHOOTING- INVESTIGATION

BUSH1 HEREMIOW STEM

SHOOTING- INVESTIGATION MET W/ ASA's - FIVE UNIT

(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In/Emergency
☒ Secondary Employment

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ _____

1160 19 31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94 / 72

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 24 MAY 01 | 0738-0900 | 1.4 |

| Name & Rank of Member | |
|---|---|
| CHRIS A. WADE DET | Sequence No. ET025 |

Member's Permanent District/Division/Bureau
CID DISTND

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 01-08-87 | 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 |

CC # 6E-

ROBBERY - INPERSON ROBBERY VICTIM

(Overtime Work Performed (explain))

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

C+ m ____ _____
(Signature of Authorizing Supervisor)

m ____ ____
(Signature of Certifying Supervisor)

1160-49-31

☐ Compensatory Time

☒ Daily Overtime

☐ Scheduled Day Off

☐ Call-In/Emergency

☐ Secondary Employment

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ _____



**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Division
IDUAL OVERTIME REPORT
94 / 72

- Compensatory Time
- Daily Overtime
- Scheduled Day Off
- Call-In Emergency
- Secondary Employment
- ant/Lieutenant
- 'ar Earnings
- ekly $ ____

| Date(s) Worked | Hours Wor |
|---|---|
| 27 OCT 00 | 1001 |

Name & Rank of Member: CHRIS A. WADE

Member's Permanent District/Division/Bureau: CID-DIS-NWD

| Locator No. | E.O.D. | Social Securit |
|---|---|---|
| 165 | 01-08-87 | 001-[illegible] |

Sgt Mackie
Only The LT
Can Authorize
Why Couldn't
Wasn't This Done
During his Regular
Tour of Duty?
LT Mack

BACK DOWN WITNESSES FOR ASA
6E-20171 SHOOTING INVG -- 00U541 / COV 298

(Overtime Work Performed [explain])

**We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.**

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

16 9-31

COPYING

NORTHWESTERN

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

...ivision
...DUAL OVERTIME REPORT
. 94 / 72

| Date(s) Worked | Hours Worked |
|---|---|
| 27 OCT 00 | 1001 |

Name & Rank of Member: CHRIS A. WADE

Member's Permanent District/Division/Bureau: CID-DIS-NWD

| Locator No. | E.O.D. | Social Securit... |
|---|---|---|
| 165 | 01-08-87 | 001-... |

TRACK DOWN WITNESSES FOR ACA
6E-20171 SHOOTING INVE -- COV 541 / COV 298

(Overtime Work Performed [explain])

Sgt Moore
Only The LT
Can Authorize
why couldn't or
wasn't this done
During his Regular
Tour of Duty?
LT Mack

- Compensatory Time
- Daily Overtime
- Scheduled Day Off
- Call-In Emergency
- Secondary Employment

...ant/Lieutenant
...ar Earnings
...ekly $ ______

**We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.**

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

6... 9-31

COPY

NORTHWESTERN

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94/72

| Date(s) Worked | Hours Work |
|---|---|
| 27 OCT 00 | 1001 |

Name & Rank of Member
CHRIS A. WADE

Member's Permanent District/Division/Bureau
C1D-D1S-NWD

| Locator No. | E.O.D. | Social Securi... |
|---|---|---|
| 165 | 01-08-87 | 001-... |

TRACE DOWN WITNESSES FOR AGG
65-20171  SHOOTING INVG

(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

11160-49-31

☐ Compensatory Time

☐ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

...ant/Lieutenant
...ar Earnings

...kly $

Sgt promore   76

only the ...

(for ... crime ...

will by acceptable ...

Assist his Down ...

Doing his regular ...

(illegible)  of Duty?

... l-7/page ill

... co5 SH / col 298

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)



OFF-DUTY APPEARANCE
76 / 216

POLICE DEPARTMENT
BALTIMORE, MARYLAND

| IN | OUT | COURT CERTIFICATION: TKWenck Signature/Title; CASE DISPOSITION: AP. by Def. 11-15-00 |
|---|---|---|

| Officer's Name: | Rank: | Assignment: | Social Security No.: | Locator No.: |
|---|---|---|---|---|
| Chris Wade | Det | CID-DIS-NWD | 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 | 165 |

USE REVERSE SIDE FOR COMMENTS/REMARKS

STATUS:
- ☐ Leave Day
- ☐ Medical Day
- ☐ Permission Day
- ☐ Vacation Day
- ☐ Other

SHIFT WORKING:
- ☐ 12 Midnight - 8 A.M.
- ☐ 8 A.M. - 4 P.M.
- ☐ 4 P.M. - 12 Midnight
- ☒ Other 1800-0200

Date and Time of Appearance: 27 OCT 00 0900
- ☒ Summons Attached
- ☐ Verification Letter Attached
- ☐ Regular Traffic Court Day
- ☐ See Reverse Side

Summons or Complaint No.: 6H-3670

(Supervisor)
Overtime hours earned: 2.0
Meal earned:
Signature (Supervisor)

Officer's Signature
Review and Approval:
Signature (Commanding Officer)

1160-49-4

**List Property First**

COURT CASE DISPOSITION

JUDGE: K. PRICE — DATE: 27 OCT 00
ASA: WENCK — LOC: 5800 WABASH AVE.
DA: RYGHE — TIME: 0900
CHARGE: ATT. 1ST DEGREE MURDER
AC# 00-067898

DEF: NATHANIEL CHEATHAM B/M 3-4-82
641 GLYNLEE CT. 21136

ARRESTING OFFICER: DET. CHRIS WADE
CID DIS NWD

P.P. BY DEF. UNTIL 11-15-00

continue narrative on back

REPORTING OFFICER'S NAME: Chris Wade
REPORTING OFFICER'S SIGNATURE
SUPERVISOR'S NAME
SUPERVISOR'S SIGNATURE

COMPANION REPORTS ○ Continuation ○ Additional Victim ○ Vehicle
CASE STATUS ● Open ○ Closed ○ Suspended

537111
© Copyright 2000 Baltimore Police Department
206789

POLICE DEPARTMENT
BALTIMORE, MARYLAND

| | Compensatory Time |
|---|---|
| ☐ | Daily Overtime |
| ☒ | Scheduled Day Off |
| ☐ | Call-In Emergency |
| ☐ | Secondary Employment |

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $

Total Hours   5.9

Worked   12-0008

Sequence No.   ET-EO25

tty No.   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

(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

1160-49-31

_____
(Signature of Authorizing Supervisor)

_____
(Signatre of Certifying Supervisor)

PAID

Please Explain
Why I Should
Authorize almost
8 Hrs of OT
For This

101-03-07 | Commotion AIC > See Reverse
CC # 6A-1335X | Commotion AIC
CC # 6A-14230  Commotion AIC 2 See Reverse



POLICE DEPARTMENT
BALTIMORE, MARYLAND

...al Division
...IVIDUAL OVERTIME REPORT
...rm 94 / 72

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ ______

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 24 OCT 00 | 0930-1739 | 8.2 |

| Name & Rank of Member | Sequence No. |
|---|---|
| CHRIS A. WADE DET. | E-025 |

| Member's Permanent District/Division/Bureau |
|---|
| CID-DIS-NWD |

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 01-08-87 | 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 |

Admin. w/ 6010 → Shooting Suspects Status Report
Report - CBIF Shooting Investigation # Case 000541

(Overtime Work Performed [explain])

**We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.**

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

1160-49-31

(Signature of Certifying Supervisor)

Please be informed that Detective Chris Wade and Detective Gregory Robinson [redacted] appeared today for interviewing, video taping and obtaining an arrest warrant [redacted] above-captioned case. I am the Assistant State's Attorney assigned to [redacted] case.

[redacted]

Andrea Mason
Assistant State's Attorney

AM:cm

DO NOT COPYING THE HIGH



HEARING COPY

(Signature of

NOT PAID

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

- [X] Compensatory Time / Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment
- Sergeant/Lieutenant Regular Earnings
- Bi-Weekly $

Hours Worked: 000-1739

Total Hours: 7.7

DET    Sequence No. E-025

Social Security No.

(Could Not Find)

Any Follow Up Info on Lotus 4670

(Could Not Find)

7A-7347

AT ALL

| 165 | 01-08-87 | ATM Commercial Robbery | 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 |

CC# 6A-4670 ATM Commercial Robbery

CC# 7A-7347 ATM Commercial Robbery

(Overtime...)

ON 17 JAN 01 at 1000 hrs, this Det was notified by Employees of Excell Treatment that the Wrong ATM Machine is there on 13 JAN 01. Further Investigation revealed that this ATM Machine was taken on 12 JAN 01 in the WD - CCF# 7A-7347. Det Lesniewski Refered to NWD - Attempts to Contact the owner of machine has already been completed. Same up. ATM machine has already been processed by Crime Lab on 13 Jan 01.

Meet w/ SWD/WD CID Robbery Units in ref to ATM Robberies.

I DO NOT CARE —— ONE ATTACK — ONE HIT IN THE ROBBERY
AS I AM ASSIGNED TO HANDLE ALL COMMERCIAN ROBBERIES UNIT
I ADVISE AUTO VICTIMS THAT IF
WE HAVE ANY INFORMATION THEY MAY HAVE ANY PRES —
THE INVESTIGATION TO CALL/MAKE ANY PRESS
MY CARD W/ RADIO MANAGER THAT IS IN AS I AM
I TAKE W/ RADIO MANAGER WHEN I DO INVESTIGATIONS. SOMETIMES OTHER
ROBBERY CASES. THE UP AND I DON'T GET A CHANCE TO GET ON
LATISH ROUTES BECAUSE I HAVE TO INTERVIEW THE VICTIMS / AND OR
WITNESSES. AND WE HAVE MAJOR ONE CERTIFIED FOR THE DOUBLE UNIT
TO SHARE. SOMETIMES IT IS HARD TO GET ON THE DOUBLE UNIT.



POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

File No.
Form 98 / 72
1160-49-31

| | | |
|---|---|---|
| Compensatory Time | ☐ | |
| Daily Overtime | ☒ | |
| Scheduled Day Off | ☐ | |
| Call-In Emergency | ☐ | |
| Secondary Employment | ☐ | |
| *ASSIGNED SHIFT* | | |
| 8 X 4 | ☐ | |
| 4 X 12 | ☐ | |
| 12 X 8 | ☐ | |
| OTHER SHIFT | ☒ | 1800 hrs X 0200 hrs |

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

Name & Rank of Member
Detective Gregory Robinson

Member's Permanent District / Division / Bureau
NWD CID/DIS

Locator Number
165

| Date(s) Worked | Hours Worked | Total Hours | Sequence Number | Social Security Number |
|---|---|---|---|---|
| 05 Jun 01 | 0918 - 1739 | 8.3 | F488 | 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 |

E.O.D. 15 Aug 94

(Overtime Work Performed - Explain)

Investigation of Shooting Case 016F1042, 016E17691 and 016E19272

We certify that the overtime hours reported herein are authorized, were in fact worked and are correct.

_____
(Signature of Employee Working Overtime)

* See Lotus Notes 01I29, 01V273 & 01V251

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Fiscal Division
Form 99/172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 15 Jan 01 | 1230-1739 | 5.2 |

Name & Rank of Member

Detective Gregory Robinson

Member's Permanent District / Division / Bureau

NWD   CID/DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 15 Aug 94 | 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 |

Sequence Number
F488

(Overtime Work Performed - Explain)

Called in by 6006/ Shooting 016A9338 / Interview & Debrief numerous persons

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

- [ ] Compensatory Time
- [ ] Daily Overtime
- [ ] Scheduled Day Off
- [X] Call-in Emergency
- [ ] Secondary Employment
- [ ] Secondary Employment

**ASSIGNED SHIFT**
- [ ] 8 X 4
- [ ] 4 X 12
- [ ] .12 X 8
- [ ] ..
- [X] OTHER SHIFT
      6P  hrs X 2A  hrs

NORTHWESTERN

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division:
Form 99 /72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 04 Jun 01 | 1812 - 2129 | 3.3 |

Name & Rank of Member
Detective Gregory Robinson

Member's Permanent District / Division / Bureau
NWD CID/DIS

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 1651 | 15 Aug 94 | 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 | F488 |

Shooting Investigation 016F1042, 016EI7691 and 016E19272

(Overtime Work Performed - Explain)

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment
☒ ASSIGNED SHIFT
☐ 8 x 4
☐ 4 x 12
☐ 12 x 8
☐ OTHER SHIFT
☒ 1800 hrs X 0200 hrs

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

**Fiscal Division**
**Form99 1/72**
**1160-49-31**

Sergeant / Lieutenant

Regular Earnings

Bi-Weekly $

| Date(s) Worked | Hours Worked | Call Hours |
|---|---|---|
| 24 May 01 | 1500 - 1739 | 2.7 |

**Name & Rank of Member**
Detective Gregory Robinson

**Member's Permanent District / Division / Bureau**
NWD/CID/DIS

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 165 | 15 Aug 94 | 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 | F488 |

(Overtime Work Performed - Explain)

Investigation (P/O Hartlove) Debrief several persons

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

☒ Compensatory Time

☐ Daily Overtime

☐ Scheduled Day Off

☐ Call-in Emergency

☐ Secondary Employment

__*ASSIGNED SHIFT*__

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☐ OTHER SHIFT
   hrs X _____ hrs

01684575

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form 99/72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

*INDIVIDUAL OVERTIME REPORT*

|  | Compensatory Time | ☐ |
|---|---|---|
|  | Daily Overtime | ☑ |
|  | Scheduled Day Off | ☐ |
|  | Call-In Emergency | ☐ |
|  | Secondary Employment | ☐ |

**ASSIGNED SHIFT**

|  | 8 X 4 | ☐ |
|---|---|---|
|  | 4 X 12 | ☐ |
|  | 12 X 8 | ☐ |
|  | OTHER SHIFT | ☑ 1800 hrs X 0200 hrs |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 25 Oct 00 | 0700 - 1739 | 10.7 |

Name & Rank of Member
Det Gregory Robinson

Member's Permanent District / Division / Bureau            Sequence Number
NWD CID/DIS                                                              F488

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 15 Aug 94 | 213 88 1487 |

(Overtime Work Performed – Explain)

ComStat - Follow Up Rockrose - Shooting Redmont Guerison

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det _____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

[ ] Compensatory Time
[x] Daily Overtime
[ ] Scheduled Day Off
[ ] Call-In Emergency
[ ] Secondary Employment

ASSIGNED SHIFT
[ ] 8 X 4
[ ] 4 X 12
[ ] 12 X 8
[x] OTHER SHIFT 1800 hrs X 0200 hrs

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 04 Jan 01 | 0212-0353 | 1.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Det Gregory Robinson | F488 |

| Member's Permanent District / Division / Bureau |
|---|
| NWD CID/DIS |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 15 Aug 94 | 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 |

(Overtime Work Performed - Explain)
016AD2128 Debrief Carjacking - Arrest Warrant 016A00790

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det [signature]
(Signature of Employee Working Overtime)

[signature]
(Signature of Authorizing Supervisor)

Sgt [signature]
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

[ ] Compensatory Time
[x] Daily Overtime
[ ] Scheduled Day Off
[ ] Call-In Emergency
[ ] Secondary Employment

ASSIGNED SHIFT
[ ] 8 X 4
[x] 4 X 12
[ ] 12 X 8
[ ] OTHER SHIFT hrs X hrs

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18 JAN. 01 | 0800 X 1300 | 5.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| LANSEY, ANTHONY DET. | F046 |

| Member's Permanent District / Division / Bureau |
|---|
| N.W.D. /CID /D.I.S. |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 02-22-93 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Home Visits / Follow Up Sect. 2

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

[signature]
(Signature of Employee Working Overtime)

[signature]
(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

| | Compensation Time |
| | Daily Overtime |
| | Scheduled Day Off |
| [X] | Call-In Emergency |
| | Secondary Employment |
| | *ASSIGNED SHIFT* |
| | 8 X 4 |
| | 4 X 12 |
| | 12 X 8 |
| [X] | OTHER SHIFT 1800 hrs X 0200 hrs |

| orked | Total Hours |
|---|---|
| 00 X 1739 | 7:7 |
| son | Sequence Number |
| | F488 |

| | Social Security Number |
|---|---|
| 165 | 213   88   1487 |

15 Aug 94

(Overtime Work Performed — Explain)

Speak w/ victim (Rockrose) / Attempt to locate 3 witnesses in reference to current Queensbury Case

We certify that the overtime hours reported herein are authorized, when in reference ...  Overs

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Sgt Morre
Detail The C.T.
Corp Atkinson 2688
W.D / Georgine R. DET
Robinson Det Hed
Detail W J Neves ...
Date: ...

Foxkrose: Spoke w/victim
went to FBI office to locate [illegible]
Met Mother who's daughter was raped by Victim
Later Wolter had to wait d/t to 1 computer

HEARING COPY

# POLICE DEPARTMENT
# BALTIMORE, MARYLAND

## INDIVIDUAL OVERTIME REPORT

- [ ] Compensatory Time
- [X] Daily Overtime
- [ ] Scheduled Day Off
- [X] Call-in Emergency
- [ ] Secondary Employment

**ASSIGNED SHIFT**
- [ ] 12 X 8
- [ ] 4 X 12
- [ ] 8 X 4
- [ ] OTHER SHIFT
- [X] 1800 hrs X 0200 hrs

| Total Hours | Sequence Number |
|---|---|
| 30 X 1739 | 7.7 |
| Son | F488 |

| License Number | | | Social Security Number |
|---|---|---|---|
| 165 | 15 | Aug 94 | 213 88 1487 |

Speak w/ victim (Rockrose) / Attempt to locate 3 witnesses

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were performed ... in ...respect.    Overtown Case

_(Signature of Employee Working Overtime)_

_(Signature of Authorizing Supervisor)_

_(Signature of Certifying Supervisor)_

Sgt Athref:
Fully The CT
Per Article 28B
W.K. Excellent Dept
Robinson Dese Has
Doing his Tour On
Duty.

Overtown Case

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND

## INDIVIDUAL OVERTIME REPORT

| | Compensatory Time |
|---|---|
| X | Daily Overtime |
| | Scheduled Day Off |
| | Call-In Emergency |
| | Secondary Employment |

**ASSIGNED SHIFT**
- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [X] OTHER SHIFT 1800 hrs X 0200 hrs

| Worked | Total Hours | Sequence Number |
|---|---|---|
| 00 X 1739 | 7.7 | F488 |
| | | son |

| | Social Security Number | |
|---|---|---|
| 15 Aug 94 | 213  88  1487 | 165 |

(Overtime Work Performed - Explain)

Speak w/ victim (Rockrose) / Attempt to locate 3 witnesses. Case

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Sgt Morse
Daily The LT
C ou Rublic see
Robinson's Det Hess
During his Tour of
Duty.



Fiscal Division
Form 11 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ ______

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 1800 hrs x 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 17 Mar 01 | 0212- 1739 | 15.5 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Det. Gregory Robinson | F488 |

Member's Permanent District / Division / Bureau
Northwestern District CID/DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 15 Aug 94 | 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 |

(Overtime Work Performed - Explain)
Shooting Investigation @ 3900 Ridgewood Ave 016C11143 (see back)

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

Det [signature]
(Signature of Employee Working Overtime)

[signature]
(Signature of Authorizing Supervisor)

[signature]
(Signature of Certifying Supervisor)

Run Records at NWD
Condition Check at Sinai
Lotus Notes
Condition Check
Responded to ECU, get list of evidence
Contact Hotdesk to get record of victim (10-47)
Condition Check of victim, being preped for surgery
Recanvass crime scene for additional evidence
Responded to ECU to look at evidence
Responded to the 3900 block of Ridgewood Ave (reinterview)
NWD run records
Lotus Notes
Responded to Sinai Hospital and talked w/ the victim Grandmother
NWD to obtain information on possible witness/victim
Responded to Sinai Hospital and seized (1) projectile
Responded to 3503 Rollin Road to attempt to locate witness/victim (neg)
NWD to do property sheets
ECU to submit
NWD Lotus Notes
can be verified via Progress Reports 3/16/01-3/17/01 01V128

2001 MAR 17 AM 2: 12
NORTHWESTERN

COPY

AM:cm

1160-49-31

Please be informed that December 10th ...

... appeared today your inter...

(Signature of Certifying Super...)

(Signature of Authorizing Super...)

(Signature of Employee Working Overtime)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Overtime Work Performed (explain))

Met w/ Sr. Att. - Follow-Up 61 1940# Quest Vic Met Sr Att. #

31-Weekly $

Regular Earnings
Sergeant/Lieutenant

Secondary Employment

Call-in Emergency

Scheduled Day O...

Daily Overtime

Compensatory Time

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 14 Oct '04 | ... | 8.0 |

| Name & Rank of Member | Sequence No. |
|---|---|
| Det. Gregory Iceba... | F-488 |

| Member's Permanent District/Division/Bureau |
|---|
| NWD CID/D13 |

| Locator No. | Social Security No. | E.O.D. |
|---|---|---|
| 165 | 213 83 1487 | 15 Aug 94 |

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT
Fiscal Division
Form 94 / 72

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

H.Q. Mi.

*INDIVIDUAL OVERTIME REPORT*

[ ] Compensatory Time
[X] Daily Overtime
[ ] Scheduled Day Off
[ ] Call-In Emergency
[ ] Secondary Employment

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

2001 MAR 21 AM 9:07

NORTHWEST

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 21 MAR 01 | 0907-1739 | 8.6 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Det Gregory Robinson | F488 |

| Member's Permanent District / Division / Bureau |
|---|
| NWD CIB/DIS |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 15 Aug 94 | 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 |

ASSIGNED SHIFT

[ ] 8 X 4
[ ] 4 X 12
[ ] 12 X 8
[X] OTHER SHIFT 1800 hrs X 0200 hrs

(Overtime Work Performed - Explain)

Investigation 01V128/131 (See Back)

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

Det [signature]
(Signature of Employee Working Overtime)

Sgt [signature]
(Signature of Authorizing Supervisor)

Sgt [signature]
(Signature of Certifying Supervisor)

Lotus Notes
Responded to Vincent Ln - ID Suspect
St. Att. Office / Spoke W/ASA on case # 01V131
H.Q. Hand Carry G.S.R. Request
Hand Carry Handgun residue test
NWD Lotus Notes
Look up Cases for 6006 (98V754)
4305 Garrison Follow-Up 01V128
3928 Ridgewood Ave locate Dante Carter
NWD meeting w/ 6010
NWD meeting (wait for) victim in 01V128

See Lotus Notes 3/21/01 01V128/131

See all Lotus Notes Dated 03/19/01
Responde to ECU submit evidence
Responde to NWD to do Lotus Notes
Responded to Police Involved Shooting to assist
Responded to W. Forrest Park and spoke w/ School Police
Debriefed victim and taped same
Responded to NWD to meet victim
Drove witness back to W. Forrest Park
Responded to NWD debrief/tap witness
Responded to W. Forrest Park H.S. pick up 2nd victim/witness
Responded to Sinai Hospital condition check

_____ (Signature of Certifying Supervisor)

_____ (Signature of Authorizing Supervisor)

_____ (Signature of Employee Working Overtime)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Overtime Work Performed - Explain)

Investigation of Shooting Case 01V0128 (see back)

| Location Number | E.O.D. | Social Security Number | OTHER SHIFT |
|---|---|---|---|
| 165 | 15 Aug 94 | 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 | XE1800 hrs X0200 hrs |

Member's Permanent District / Division / Bureau: Northwestern District CID/DIS

| Name & Rank of Member | Sequence Number |
|---|---|
| Detective Gregory Robinson | F488 |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 19 Mar 01 | 0857 - 1739 | 8.7 |

ASSIGNED SHIFT
- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8

- [ ] Secondary Employme
- [ ] Scheduled Day Off
- [ ] Call-in Emergency
- [X] Daily Overtime
- [ ] Compensatory Time

Bi-Weekly $ _____

Regular Earnings
Sergeant / Lieutenant

INDIVIDUAL OVERTIME REPORT
POLICE DEPARTMENT
BALTIMORE, MARYLAND

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

...cal Division
...DIVIDUAL OVERTIME REPORT
Form 94 / 72

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 05 Jan 01 | 0900 - 1733 | 8.7 |

| Name & Rank of Member | Sequence No. |
|---|---|
| Det Gregory Robinson | F483 |

| Member's Permanent District/Division/Bureau |
|---|
| NWD CID/DIS |

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 15 Aug 94 | 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 |

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

Sergeant/Lieutenant Regular Earnings

Bi-Weekly $ ______

Investigation 01V0007 See back
(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det [signature]
(Signature of Employee Working Overtime)

Sgt [signature]
(Signature of Authorizing Supervisor)

Sgt [signature]
(Signature of Certifying Supervisor)

1160-49-31

NWD/Admin
MVA Glen Burnie/Investigate vehicle Tag wanted in Shooting
FBI view video Tape
NW High - Att to locate year book in ref to shooting
NED obtain robbery report
NWD meet w/6010/Lotus note/Admin Invest
2210 Ruskin - Att locate witness
Liberty Hgts. Find suspect in Rockrose Shooting

Lotus Notes

Write - obtaining warrant 008801265179

Meeting w/ A.S.A Gloria at illus?
Photo array (positive)

3) 5008 Frankford Ave specific w/victim show
2) MVA obtaining documents 01007
1) H.G. Pick-up Photo costume 00054

NORTHWESTERN
2021 JAN 10 AM 9:05

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Form 94 / 72
Division
DIVIDUAL OVERTIME REPORT

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-in Emergency
☐ Secondary Employment

Sergeant/Lieutenant
Regular Earnings
Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10 Jan 0[?] | 0905 - 1735 | 8.8 |

Name & Rank of Member: Det. Christopher Robinson
Sequence No.: 1-488

Member's Permanent District/Division/Bureau: NWD CID

| Locator No. | E.O.D. | Social Security No. | | |
|---|---|---|---|---|
| 165 | 15 Aug 94 | 213 | 88 | 1487 |

Investigation — 00054 — 01007   See back

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Overtime Work Performed (explain))

Signature of Employee Working Overtime)

1-0-49-31

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT (Day)

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

ASSIGNED SHIFT

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT 1800 hrs X 0200 hrs

geant / Lieutenant
gular Earnings

Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 11 Jan 01 | 0932-1739 | 8.2 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Det Gregory Robinson | F488 |

| Member's Permanent District / Division / Bureau |
|---|
| NWD, CID/DIS |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 15 Aug 94 | 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 |

(Overtime Work Performed - Explain)

Investigate 01V0007 see back

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det [signature]
(Signature of Employee Working Overtime)

[signature]
(Signature of Authorizing Supervisor)

[signature]
(Signature of Certifying Supervisor)

Investigate list of vehicle w/partial tag 629 in ref to shooting on Rogers Ave

2001 JAN 11 AM 9:32

NORTHWESTERN

NWD Admin - Inspect 9306 w/ Sgt Young
Lewin fuel
HC Police Investigation
6041-5 Mango Ln Investigation
3147 W. Spring Drive Apt D Investigation
926 N. Hilton Investigation
240 S. Loudon Ave
1920 Clifton Ave
NWD turn 9063 over to back
Call A.T.F.

Disp ... [illegible]

OFF DUTY APPEARANCE
76 / 216

POLICE DEPARTMENT
BALTIMORE, MARYLAND

| IN | OUT | COURT CERTIFICATION: |
|---|---|---|
| | | R.K. Wenck — Signature/Title |
| | | CASE DISPOSITION: Postponed |

| Officer's Name: | Rank: | Assignment: | Social Security No.: | Locator No.: |
|---|---|---|---|---|
| Robinson, Gregory | Det | [illegible] | 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 | 165 |

USE REVERSE SIDE FOR COMMENTS/REMARKS

STATUS:
- ☐ Leave Day
- ☐ Medical Day
- ☐ Permission Day
- ☐ Vacation Day
- ☐ Other

SHIFT WORKING:
- ☐ 12 Midnight - 8 A.M.
- ☐ ~~8 A.M. - 4 P.M.~~
- ☐ 4 P.M. - 12 Midnight
- ☑ Other 6p - 2a

Date and Time of Appearance: 0500 27 Oct 00
- ☑ Summons Attached
- ☐ Verification Letter Attached
- ☐ Regular Traffic Court Day
- ☑ See Reverse Side

Summons or Complaint No.: 6H3670

(Supervisor)
Overtime hours earned: 2.0
Meal earned:
Signature (Supervisor)

Officer's Signature
Review and Approval:
Signature (Commanding Officer)

1160-49-4

YOU ARE HEREBY SUBPOENAED TO APPEAR AT THIS HEARING ON OCTOBER 27, 2000 AT 08:30 AM. THE LOCATION OF THE HEARING IS ROOM 6 , 5800 WABASH AVE , BALTIMORE , MD.

BY: LONNIE P. FERGUSON (CLERK)    DATE: 09/28/00

COPY

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (410) 878-8161.

HEARING/SPEECH IMPAIRED CALLERS ONLY, TELEPHONE TTY/TT 1-800-925-9690 OR (410) 878-8161 (VOICE) THRU MARYLAND RELAY SERVICE AT 1-800-735-2258.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.