Fiscal Division
Form99/72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment
   *ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT _____ hrs X _____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 04/06/01 | 0849 - 1739 | 8.9 |

Name & Rank of Member
Gilmore, Garcia Det..

Sequence Number
E730

Member's Permanent District / Division / Bureau
C.I.D./DIS/NWD

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

(Overtime Work Performed - Explain)
Investigation 01V007 and 01V066 (see back)

We certify that the overtime hours reported herein are authorized, were in fact worked and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99/72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment  **ASSIGNED SHIFT**

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT  /8O hrs X /2OO hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 04/29/01 | 0212 - 1739 | 15.5 |

Name & Rank of Member: Gilmore Garcia Det.

Member's Permanent District / Division / Bureau: CID/NWD

Sequence Number: E730

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

(Overtime Work Performed - Explain)
Shooting Incident @ Gilgeworth & Ganason #N16D20096 (over)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det. Gregory Glenn
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94 / 72

| | Compensatory Time |
|---|---|
| | Daily Overtime |
| | Scheduled Day Off |
| ✓ | Call-In Emergency |
| | Secondary Employment |
| | Sergeant/Lieutenant Regular Earnings |
| | Bi-Weekly $ |

**Date(s) Worked**
28 APR 01

**Hours Worked**
0310 - 1735

**Total Hours**
14.5

**Name & Rank of Member**
DET. GARCIA GILMORE

**Member's Permanent District/Division/Bureau**
CID/NWD

**Sequence No.**
E 730

**Locator No.**
165

**E.O.D.**
27 Jul 91

**Social Security No.**
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

Shooting Investigation @ 4500 Pimlico Rd 6/13522 (Se lect)

(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked and are correct.

Lt m DPP Newt

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

Lt m DP. C lew

(Signature of Certifying Supervisor)

1160-49-31

Fiscal Division
Form99172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

NORTH 

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment *ASSIGNED SHIFT*
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT 1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 30 Mar 01 | 0903-1739 | 8.7 |

Name & Rank of Member: G. Moore, Sergeant
Member's Permanent District / Division / Bureau: DET.
C.I.D./D.I.S./W.I.D.

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 165 | 27 Jun 91 | 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 | 6730 |

(Overtime Work Performed - Explain)
Shooting Investigation 01/1131 and 01/1128

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

NORTHWESTERN

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 11 Apr 01 | 0907 - 1739 | 8.6 |

Name & Rank of Member

Gilmore, Garcia  Det.

Member's Permanent District / Division / Bureau

NWD CID/DIS

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 165 | 27 Jun 91 | 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 | E730 |

Investigation Shooting Case. (see back)

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ OTHER SHIFT  1800 hrs X 0200 hrs

Fiscal Division
Form 99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly S _____

☐ Compensatory Time

☒ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

**ASSIGNED SHIFT**

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☒ OTHER SHIFT 1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 13 Apr 01 | 0900 - 1739 | 8.7 |

Name & Rank of Member
Gilmore, Garcia Det.

Member's Permanent District / Division / Bureau
C.I.D. NWD

Sequence Number
E730

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

(Overtime Work Performed - Explain)

Shooting Investigation  00Y541, 01V007, 01V128  (see back)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form 99/72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time

☒ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment
*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☒ OTHER SHIFT
1800hrs x 0200 hrs

NORTHWESTERN

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 11 Apr 01 | 0907 - 1739 | 8.6 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Gilmore, Garcia Det. | E730 |

Member's Permanent District / Division / Bureau
NWD CID/DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

(Overtime Work Performed - Explain)
Investigation Shooting Case. (see back)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99/72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

$19.21

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 04/06/01 | 0849 - 1739 | 8.9 |

Name & Rank of Member
Gilmore, Garcia Det.

Sequence Number
E730

Member's Permanent District / Division / Bureau
C.I.D./DIS/NWD

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

(Overtime Work Performed - Explain)

Investigation 01V007 and 01V066° (see back)

We certify that the overtime hours reported herein are authorized, were in fact worked and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day
☐ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT ___ hrs X

Fiscal Division
Form 99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

NCPTL. ~~~

| | Compensatory Time |
| ☒ | Daily Overtime |
| | Scheduled Day Off |
| | Call-in Emergency |

Secondary Employment

*ASSIGNED SHIFT*

| | 8 X 4 |
| | 4 X 12 |
| | 12 X 8 |
| ☒ | 1800 hrs x 0200 OTHER SHIFT hrs |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 13 Apr 01 | 0900 - 1739 | 8.7 |

Name & Rank of Member

| | Sequence Number |
|---|---|
| Gilmore, Garcia Det. | E730 |

Member's Permanent District / Division / Bureau

C.I.D. NWD

| Locator Number | Social Security Number |
|---|---|
| 165 | 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 |

E.O.D.  27 Jun 91

(Overtime Work Performed - Explain)

Shooting Investigation 00Y541, 01V007, 01V128 (see back)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99172
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

INDIVIDUAL OVERTIME REPORT

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☑ Call-In Emergency
☐ Secondary Employment
ASSIGNED SHIFT
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT

Date(s) Worked
05/01/01

Hours Worked
1345 X 2235

Total Hours
8.9

Name & Rank of Member
G. Lance Garcia Det.

Sequence Number
6730

Member's Permanent District / Division / Bureau
CID/NWD

Locator Number
165

E.O.D.
27 Jun 91

Social Security Number
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

[Overtime Work Performed - Explain]

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

***INDIVIDUAL OVERTIME REPORT***

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT
- [ ] 8 X 4
- [x] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT hrs X hrs

4:17 ...

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 MAR 01 | 0800-1539 | 7.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Det. Garcia Gilmore | E730 |

Member's Permanent District / Division / Bureau: NWD CID DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 JUN 91 | 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 |

(Overtime Work Performed - Explain): Domestic Violence Home Visits

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

***INDIVIDUAL OVERTIME REPORT***

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT
- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 1800 hrs X 0200 hrs

4/10 meal

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 22 MAR 01 | 0800-1500 | 7.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Garcia Gilmore Det. | E730 |

Member's Permanent District / Division / Bureau: NWD CID DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 JUN 91 | 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 |

(Overtime Work Performed - Explain): Domestic Violence/ Home Visits

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

...al Division
...IVIDUAL OVERTIME REPORT
...rm 94 / 72

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18 JAN 01 | 0800-1539 | 7.7 |

| Name & Rank of Member | Sequence No. |
|---|---|
| Gilmore, Garcia Det. | E730 |

| Member's Permanent District/Division/Bureau |
|---|
| C.I.D./D.I.S./N.W.D. |

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 27 JUN 91 | 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 |

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

Sergeant/Lieutenant
Regular Earnings
Bi-Weekly $ ______

Domestic Violence Home Visits + Follow-Ups District Court State...
(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det. Garcia Gilmore
(Signature of Employee Working Overtime)

Det. Lonnie Yoy
(Signature of Authorizing Supervisor)

Det. Lonnie Yoy
(Signature of Certifying Supervisor)

1160-49-31

C# 00I07491
C# 00I07264
C# 00L16273
C# 00I02660
C# 00J06108
C# 01A01458
C# 00J05885
C# 00L14509
C# 00I01913

CORPORATE COPYING

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND
### INDIVIDUAL OVERTIME REPORT
Form 94 / 72

Fiscal Division

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

Sergeant/Lieutenant

Regular Earnings
Bi-Weekly $

| Dates(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10/18/01 | 0123 - 0130 | 1.3 |

Name & Rank of Member: Ginura Gracia (Det.)

Member's Permanent District/Division/Bureau: C.I.D./D.I.S./N.I.U.

Sequence No. E73d

Social Security No. 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

E.O.D. 27 Jun 91

Locator No. 591

(Overtime Work Performed (explain))

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)
(Signature of Authorizing Supervisor)
(Signature of Certifying Supervisor)

---

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND
### INDIVIDUAL OVERTIME REPORT

Fiscal Division
1160-49-31
Form 99/72

Sergeant / Lieutenant
Regular Earnings

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 X 4
☑ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT ___ hrs X ___ hrs

Bi-Weekly $

| Dates(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10/18/01 | 1528 X 1537 | 7.7 |

Name & Rank of Member: Ginura Gracia (Det.)

Member's Permanent District / Division / Bureau: C.I.D./D.I.S./N.I.U.

Sequence Number 573.

Social Security Number 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

E.O.D. 27 Jun 91

Locator Number 165

(Overtime Work Performed - Explain) Domestic Violence Home V.S.T.S. Follow-Ups

We verify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)
(Signature of Authorizing Supervisor)
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $__________

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

***INDIVIDUAL OVERTIME REPORT***

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

***ASSIGNED SHIFT***

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 26 MAR 01 | 0800-1600 | 8.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Garcia Gilmore Det. | E730 |

Member's Permanent District / Division / Bureau
NWD CID DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 JUN 91 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Home Visits

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

Det. [signature]
(Signature of Employee Working Overtime)

[signature]
(Signature of Authorizing Supervisor)

[signature]
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 11/2 9/10 | 06:40- 1347 | 72 |

Name & Rank of Member
_Sergeant_

Member's Permanent District / Division / Bureau
_E.O.D._

| Locator Number | | Sequence Number |
|---|---|---|
| 165 | 27 Jan 91 | E-730 |

Social Security Number
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

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

**ASSIGNED SHIFT**

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT   _____ hrs X

_____ hrs

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_(Signature of Employee Working Overtime)_

_(Overtime Work Performed - Explain)_

_(Signature of Authorizing Supervisor)_

_(Signature of Certifying Supervisor)_

**Fiscal Division**
Form 99/72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT ___ hrs X ___ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10/25/00 | 1012-1955 | 3.8 |

Name & Rank of Member: G. Gene Garcia Det.   Sequence Number E 720

Member's Permanent District / Division / Bureau: C.I.D. - NWD

Locator Number: 165   E.O.D.   277 VW 91

Social Security Number: 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

(Overtime Work Performed - Explain) Shooting Investigation CC 00631920Y

(Signature of Employee Working Overtime) Det. Garcia

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

01B16126 01A17308
01A19720 01A15625
01A03079 01A13663
01A00235 01A15679
01A19628 01A19926
01A13415 01A18046
01A13374 01A03855
01A00743 01A17533
01B09386 01C03052
01A13444 01C02236
01A00684 01A01427
01A14352 01A03019
01A08694

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

# INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ ____________

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 9 MAR 01 | 0800-1600 | 8.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| GARCIA : Gilmore Det. | E730 |

| Member's Permanent District / Division / Bureau |
|---|
| NWD CID DTS |

| Locator Number | E O D | Social Security Number |
|---|---|---|
| 1105 | 27 Jun 91 | 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 |

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

***ASSIGNED SHIFT***

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 0700 hrs X 1500 hrs

(Overtime Work Performed : Explain)

Domestic Violence Home Visits

*We certify that the overtime hours reported herein are authorized, were in fact worked and are correct.*

Det. Bari Gilmore
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

POLICE DEPARTMENT
BALTIMORE, MARYLAND

1621-201-CE3-134-65

Fiscal Division
INDIVIDUAL OVERTIME REPORT
94 / 72

Sic Yog

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ ____________

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 03/08/01 | 1600-2000 | 4.0 |

| Name & Rank of Member | Sequence No. |
|---|---|
| Gilmore, Garcia Det. | E730 |

| Member's Permanent District/Division/Bureau |
|---|
| C.I.D./D.I.S./N.W.D. |

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

Domestic Violence Home Visits — Follow-Ups
(Overtime Work Performed [explain])

**We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.**

Det. Gar. Gilm
(Signature of Employee Working Overtime)

Sgt. Donaghy
(Signature of Authorizing Supervisor)

1160-49-31

Sgt. Donaghy
(Signature of Certifying Supervisor)

---

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____________

Holiday

SIC DAY

- [ ] Compensatory Time
- [ ] Daily Overtime
- [x] Scheduled Day Off
- [x] Call-In Emergency
- [ ] Secondary Employment

*ASSIGNED SHIFT*

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT hrs X hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 9 Mar 01 | 0300-0600 | 3.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Nicholson Daniel J 4th Det | F563 |

| Member's Permanent District / Division / Bureau |
|---|
| NWD - CID / DFS |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 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 |

Called in to interview Quran Jenkins / Robbery Vict
(Overtime Work Performed - Explain)

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

Daniel Nicholson
(Signature of Employee Working Overtime)

Sgt. [illegible]
(Signature of Authorizing Supervisor)

Sgt. [illegible]
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1 1 6 0 – 1 9 – 3 1

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

☐ Compensatory Time

☐ Daily Overtime

☐ Scheduled Day Off

☐ Call-in Emergency

☐ Secondary Employment
**ASSIGNED SHIFT**

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☐ OTHER SHIFT
hrs.X _____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10/27/00 | 1930 – 2242 | 3.2 |

Name & Rank of Member
Gilmore Raymond Det.

Member's Permanent District / Division / Bureau
C.I.D. Homicide

| Locator Number | Social Security Number | Sequence Number |
|---|---|---|
| 165 | 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 | 6730 |

E.O.D. ____ Jun 81

[Overtime Work Performed – Explain]
C.I.S. Burial assistance (Herbert Hill) Case # 6-178 06

I certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form99/72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

| | |
|---|---|
| ☐ | Compensatory Time |
| ☐ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☑ | Call-In Emergency |
| ☐ | Secondary Employment |

*ASSIGNED SHIFT*

| | |
|---|---|
| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT 1665 hrs X 0200 hrs |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18 Oct 01 | 0430 - 1630 | 12.0 |

Name & Rank of Member
William Stewart / Police Officer

Sequence Number
F56 3

| Member's Permanent District / Division / Bureau | | |
|---|---|---|
| NWD - CID/DET | | |

| E.O.D. | Social Security Number |
|---|---|
| 31 Oct 94 | 21.786/6663 |

(Overtime Work Performed/Explain)
Arrest Track 01V0038

"We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct."

_William Stewart_ (Signature of Employee Working Overtime)

_____ (Signature of Authorizing Supervisor)

_____ (Signature of Certifying Supervisor)

1160-49-31

Case 1:02-cv-03236-WDQ     Document 80-8     Filed 02/07/2004     Page 21 of 91

BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

*INDIVIDUAL OVERTIME REPORT*

Bi-Weekly $_____

☐ Compensatory T

☑ Daily Overtime

☐ Scheduled Day C

☐ Call-In Em.    iic

☐ Secondary Emplo

**ASSIGNED SHIFT**

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ OTHER SHIFT
1400 hrs X 0200

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 25 Mar 01 | 0212-1739 | 15 5 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Lieutenant Daniel Nichtern | F563 |

Member's Permanent District / Division / Bureau
NWD-CID/DLS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

Shooting 01V0145 CC#CC16590 3200 Blk W Belvedere Ave
(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_(Signature of Employee Working Overtime)_

_(Signature of Authorizing Supervisor)_

_(Signature of Certifying Supervisor)_

Sergeant / Lieutenant
Regular Earnings

BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

☐ Compensatory Ti...

☐ Daily Overtime

☐ Scheduled Day O...

☐ Call-In Eme...cy

☐ Secondary Employ...

Bi-Weekly $_____

**ASSIGNED SHIFT**

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ OTHER SHIFT 1800 hrs X 02:02

| Date(s) Worked: | Hours Worked | Total Hours |
|---|---|---|
| 17 Jan 01 | 1100-1739 | 6.7 |

Name & Rank of Member: Nicholson Daniel Sergt Det    Sequence Number F 56-3

Member's Permanent District / Division / Bureau: M.O.D. - C.I.D / D.I.S

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

*(Overtime Work Performed - Explain)*
Shooting follow-ups & Investigation for 01V-5031 / 00V-0699 / 00 V 06...

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_Daniel Nicholson_
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

C.I.D/N.W.D.
9½ yrs.

Fiscal Division
Form 99 / 72
1160-49-31

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $_____

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employmen...

**ASSIGNED SHIFT**

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☐ OTHER SHIFT ___ hrs X ___ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01/13/01 | 1100 X 2000 | 9.0 |

Name & Rank of Member: Gilmore, Gargir Det.    Sequence Number E 730

Member's Permanent District / Division / Bureau: C.I.D / D.I.S / N.W.D.

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 27 Jun 91 | 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 |

*(Overtime Work Performed - Explain)*
Baltimore Orioles Tempest

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det. Garir Gilmore
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

**INDIVIDUAL OVERTIME REPORT**

Bi-Weekly $ _____

☐ Compensatory T
☐ Daily Overtime
☐ Scheduled Day (
☐ Call-In En____t
☐ Secondary Empl

*ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT 1800 hrs X 020c

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 15 Jan 01 | 0212-1012 | 8.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Nicholson, Daniel J 4/1 Det | F563 |

Member's Permanent District / Division / Bureau
NWD - CID / DET

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

(Overtime Work Performed - Explain)
Shooting - 01/0031    CC #6A9204  5600 Reistertown Rd

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

---

Fiscal Division
Form 99 / 72
1160-49-31

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

**INDIVIDUAL OVERTIME REPORT**

Bi-Weekly $ _____

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employme

*ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT 1200 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 16 Jan 01 | 0212-1412 | 12.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Nicholson, Daniel J 4/1 Det | F563 |

Member's Permanent District / Division / Bureau
NWD - CID / DET

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

(Overtime Work Performed - Explain)
Search & Seizure (Warrant) 3315 Clarkslin    6A9338

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $_____

INDIVIDUAL OVERTIME REPORT

| | |
|---|---|
| ☐ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☐ | Call-In Emergen |
| ☐ | Secondary Employmer |

*ASSIGNED SHIFT*

| | |
|---|---|
| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT 1300 hrs X 0200 hrs |

**Date(s) Worked:** 30 Dec 00
**Hours Worked:** 02:12 - 1000
**Total Hours:** 8.0

**Name & Rank of Member:** Nicholson Daniel / 4th Det
**Sequence Number:** F-563

**Member's Permanent District / Division / Bureau:** NWD · CID / DIS

**Locator Number:** 165,
**E.O.D.:** 31 Oct 94
**Social Security Number:** 217 86 1563

(Overtime Work Performed - Explain)
Shooting 3400 block Park Heights / 6L17900 / 00V679

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

---

**Fiscal Division**
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

INDIVIDUAL OVERTIME REPORT

Bi-Weekly $_____

| | |
|---|---|
| ☐ | Compensatory Time |
| ☐ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☑ | Call-In Emergency |
| ☐ | Secondary Employment |

*ASSIGNED SHIFT*

| | |
|---|---|
| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT 1300 hrs X 0200 hrs |

**Date(s) Worked:** 4 Jan 01
**Hours Worked:** 1300 - 1000
**Total Hours:** 5.0

**Name & Rank of Member:** Nicholson Daniel / 4th Det
**Sequence Number:** F-563

**Member's Permanent District / Division / Bureau:** NWD · CID / DIS

**Locator Number:** 165,
**E.O.D.:** 31 Oct 94
**Social Security Number:** 217 86 1563

(Overtime Work Performed - Explain)
Shooting 3400 Carlisle Ave, 6A2351 / 01V004

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

**INDIVIDUAL OVERTIME REPORT**

Bi-Weekly $_____

Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emerg

☐ Secondary Employm

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ OTHER SHIFT

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 2/19 an 01 | 1400-1739 | 3.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Nicholson, Daniel / 401 Det | F563 |

Member's Permanent District / Division / Bureau
NWD - CID / DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

100 hrs X 020 h

(Overtime Work Performed - Explain)
Locate and re interview Cedric Forgus 01V0128

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

---

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

☐ Compensatory Time

Sergeant / Lieutenant
Regular Earnings

**INDIVIDUAL OVERTIME REPORT**

☑ Daily Overtime

☐ Scheduled Day Off

Bi-Weekly $_____

☑ Call-In Emergency

☐ Secondary Employme

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 24 Mar 01 | 0414-1739 | 13.5 |

*ASSIGNED SHIFT*

☐ 8 X 4

| Name & Rank of Member | Sequence Number |
|---|---|
| Nicholson, Daniel / 401 Det | F563 |

☐ 4 X 12

Member's Permanent District / Division / Bureau
NWD - CID / DIS

☐ 12 X 8

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

☑ OTHER SHIFT
1800 hrs X 020 hr

(Overtime Work Performed - Explain)
Called in for shooting case 01V0139 / Cottage & Violet Ave

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Sergeant / Lieutenant
Regular Earnings

☑ Daily Overtime

☐ Scheduled Day Off

9i-Weekly $_____

☐ Call-In Emergency

☐ Secondary Employer

**ASSIGNED SHIFT**

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 Mar 01 | 1000-1739 | 7.7 |

☐ 8 X 4

| Name & Rank of Member | Sequence Number |
|---|---|
| Nicholson Daniel 4/1 Det | F563 |

☐ 4 X 12

Member's Permanent District / Division / Bureau
NWD CID DIS

☐ 12 X 8

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

☑ OTHER SHIFT
1000 hrs X 0200 hrs

(Overtime Work Performed - Explain)
Shooting Investigations 01V0087 / 00V0660

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

- Locate Victim Diego Amparo (00V0660) and show photo array. Took a new statement with information update.
- Locate Witness Carl Davis (00V0660) and interview

Attempt to locate both victims (01V0031) to show photo arrays.

1160-49-31

BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

**INDIVIDUAL OVERTIME REPORT**

Bi-Weekly $_____

- ☐ Daily Overtime
- ☐ Scheduled Day Off
- ☐ Call-In Emerg
- ☐ Secondary Employm

*ASSIGNED SHIFT*

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 11 Mar 01 | 0200-1739 | 15.7 |

Name & Rank of Member: Nicholson Daniel / 4rt Det

Sequence Number: F563

Member's Permanent District / Division / Bureau: NWD - CID / OIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

- ☐ 8 X 4
- ☐ 4 X 12
- ☐ 12 X 8
- ☑ OTHER SHIFT 1800 hrs X 0200

(Overtime Work Performed - Explain)
Shooting Highgate / Musgrave CC#6C6900 (New Case)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

---

Fiscal Division
Form 99 / 72
1160-49-31

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

**INDIVIDUAL OVERTIME REPORT**

Bi-Weekly $_____

- ☐ Compensatory Time
- ☑ Daily Overtime
- ☐ Scheduled Day Off
- ☐ Call-In Emergency
- ☐ Secondary Employme

*ASSIGNED SHIFT*

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 19 Mar 01 | 1000-1739 | 7.7 |

Name & Rank of Member: Nicholson Daniel / 4rt Det

Sequence Number: F563

Member's Permanent District / Division / Bureau: NWD - CID / OIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 31 Oct 94 | 217 86 1563 |

- ☐ 8 X 4
- ☐ 4 X 12
- ☐ 12 X 8
- ☑ OTHER SHIFT 1800 hrs X 0200 hr

(Overtime Work Performed - Explain)
Locate Victims (01V0031) for Shots Away / Police Involved Shooting

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

| ☐ | Compensatory |
| ☑ | Daily Overtime |
| ☐ | Scheduled Day |
| ☐ | Call-In Emergency |
|   | Secondary Employment |

*ASSIGNED SHIFT*

| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT |

1000 hrs X 0200 hrs

Date(s) Worked
30 MAY 01 - 31 May 01

Hours Worked
18.12 - 03.48

Total Hours
6.

Name & Rank of Member
DET · T · CHESLEY

Member's Permanent District / Division / Bureau
(NWD)/CID / DIS

Sequence Number
F49

Locator Number
165

E.O.D.
11 AUG 43

Social Security Number
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

SHOOTING INVESTIGATION / CASE 01J167 / CRSTAN ARREST WARRANT / SURROT PROPERTY ECU

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

Sgt. William Morden
(Signature of Authorizing Supervisor)

Form9/772
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

## INDIVIDUAL OVERTIME REPORT

| Date(s) Worked | Hours Worked | Total Hours | | Compensatory Time |
|---|---|---|---|---|
| 28 DEC 00 | 0900 - 1640 | 7.8 | | ☐ |

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

Name & Rank of Member

DET. T. CHESLEY

Sequence Number

F169

Secondary Employment
_ASSIGNED SHIFT_

Member's Permanent District / Division / Bureau

NWD / CID / DIS

| | ☐ 8 X 5 |
|---|---|
| | ☐ 4 X 12 |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11 AUG 93 | 217-11-728+ |

☐ 12 X 8

☑ OTHER SHIFT
1800 hrs X 0300 hrs

NOTIFIED BY SGT. RACH (ED-CID) THAT POSSIBLE SUSPECT/WITNESS APPREHENDED RESPONDED TO ED →

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are in fact worked, and are authorized, were in fact worked, and are correct.

DET. _____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Form 99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

*INDIVIDUAL OVERTIME REPORT*

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment.

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ OTHER SHIFT
1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 29 JAN 01 | 1200 - 1800 | 6.0 |

Name & Rank of Member
DET. T. CHESLEY

Member's Permanent District / Division / Bureau
NWD / CID / DS

| Sequence Number |
|---|
| F169 |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11 AUG 93 | 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 |

RECOVERED EVIDENCE FROM E.C.U. AND TRANSPORTED SAME TO ASA CAMERON IN REFERENCE TO (CONT)

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

| | | |
|---|---|---|
| Compensatory time | ☐ | |
| Daily Overtime | ☐ | |
| Scheduled Day Off | ☐ | |
| Call-In Emergency | ☐ | |
| Secondary Employment | ☐ | |
| *ASSIGNED SHIFT* | | |
| 8 X 4 | ☐ | |
| 4 X 12 | ☐ | |
| 12 X 8 | ☐ | |
| OTHER SHIFT | ☑ | 18oohrs X 0230 hrs |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 22 JAN 01 | 1739 | 3.7 |
| | 1400—1800 | 4 |

Sequence Number
F169

Name & Rank of Member
DET. T. CHESLEY

Member's Permanent District / Division / Bureau
NWS / CID

Localor Number
165

E.O.D.
11 AUG 93

Social Security Number
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

(Overtime Work Performed - Explain)
RESPONDED TO SINAI HOSPITAL TO INTERVIEW VICTIM IN CASE 01V0038/ATTEMPTED

I certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

DET. _____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisr)

Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 01 FEB 2001 | 1400 - 1800 | 4.0 |

Name & Rank of Member

DET. T. CHESLEY

Member's Permanent District / Division / Bureau

NWD / CID / DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11 AUG 93 | 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 |

Sequence Number

F 169

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ OTHER SHIFT
1000 hrs X 02.0 hrs

LOCATED WITNESS IN CASE 00Y0449 (CC# 6H9732) WITH ASA FRAILING INTERVIEW →cont.

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 25 MAR 01 | 0228 - 1739 | 15.2 |

| Name & Rank of Member | Sequence Number |
|---|---|
| DET. T. CHESLEY | F169 |

Member's Permanent District / Division / Bureau
NWD / CID / DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11AUG93 | 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 |

(Overtime Work Performed - Explain)

CALL-IN FOR SHOOTING CASE ADV145    / CASE INVESTIGATED - TURNED OVER TO S.ED

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det. T. _____ (Signature of Employee Working Overtime)

_____ (Signature of Authorizing Supervisor)

_____ (Signature of Certifying Supervisor)

ASSIGNED SHIFT

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT   1800 hrs X 0200 hrs

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND
### INDIVIDUAL OVERTIME REPORT

Fiscal Division
Form99 172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Compensatory Time | ☐ |
| Daily Overtime | ☐ |
| Scheduled Day Off | ☐ |
| Call-In Emergency | ☐ |
| Secondary Employment | ☐ |
| ASSIGNED SHIFT | |
| 8 X 4 | ☐ |
| 4 X 12 | ☐ |
| 12 X 8 | ☐ |
| OTHER SHIFT ___ hrs X ___ hrs | ☐ |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 04 Jun 01 | 1300 - 1800 | 5.0 |

Name & Rank of Member: Det. T. Chesley
Sequence Number: F169
Member's Permanent District / Division / Bureau: NWD / CID / DIS
Locator Number: 165    E.O.O. 11 Aug 93    Social Security Number: 217-11-728ᵗ

(Overtime Work Performed - Explain)
Shooting 3400 Carlisle Ave. Case 51vcc4 / CA3551 (New Case)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)
(Signature of Authorizing Supervisor)
(Signature of Certifying Supervisor)

---

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND
### INDIVIDUAL OVERTIME REPORT

Fiscal Division
Form99 172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

-Weekly $ _____

| Compensatory Time | ☐ |
| Daily Overtime | ☐ |
| Scheduled Day Off | ☐ |
| Call-In Emergency | ☐ |
| Secondary Employment | ☐ |
| ASSIGNED SHIFT | |
| 8 X 4 | ☐ |
| 4 X 12 | ☐ |
| 12 X 8 | ☐ |
| OTHER SHIFT ___ hrs X ___ hrs | ☐ |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 30 Jul 00 | 0215 - 0915 | 7.1 |

Name & Rank of Member: Det. T. Chesley
Sequence Number: F169
Member's Permanent District / Division / Bureau: NWD / CID / DIS
Locator Number: 165    E.O.O. 11 Aug 93    Social Security Number: 217-11-728ᵗ

(Overtime Work Performed - Explain)
Shooting 3700 Park Heights. 5I7I900 / 00V499 (New Case)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)
(Signature of Authorizing Supervisor)
(Signature of Certifying Supervisor)



CONDUCTED INTERVIEW. CASE OOVO675/CC# 6L13882

## INDIVIDUAL OVERTIME REPORT
## POLICE DEPARTMENT
## BALTIMORE, MARYLAND

Fiscal Division
Form99 / 72 -
1160-43-31

Sergeant / Lieutenant
ular Earnings
-- Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 28 DEC 00 | 0900 - 1640 | 7.8 |

Name & Rank of Member: DET. T. CHESLEY

Member's Permanent District / Division / Bureau: NWD / CID / D15

| Sequence Number |
|---|
| F169 |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11AUG93 | 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 |

Overtime Work Performed - (Explain):
NOTIFIED BY SGT. RACH (ED-CID), THAT POSSIBLE SUSPECT/WITNESS APPREHENDED. RESPONDED TO ED →

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

DET.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

ASSIGNED SHIFT
- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT   1800 hrs X 0 200 hrs

- [ ] Secondary Employment
- [ ] Call-in Emergency
- [ ] Scheduled Day Off
- [ ] Daily Overtime
- [ ] Compensatory Time

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Forms #172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-in Emergency
- [ ] Secondary Employment

*ASSIGNED SHIFT*

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT  1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18 JAN 01 | 0426 - 1800 | 13.6 |

| Name & Rank of Member | Sequence Number |
|---|---|
| DET. T. CHESLEY | F1169 |

Member's Permanent District / Division / Bureau: NWD/CID

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11 AUG 93 | 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 |

(Overtime Work Performed - Explain)

SHOOTING INVESTIGATION (NEW CASE) 4100 W. FOREST AVE. CASE 01003456

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

rgeant / Lieutenant
egular Earnings

Bi-Weekly $______________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employmen

*ASSIGNED SHIFT*

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 1600 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 21 MAR 01 | 1200 - 1739 | 5.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| DET. T. CHESLEY | F169 |

Member's Permanent District / Division / Bureau: NWD / CID / DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11AUG93 | 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 |

(Overtime Work Performed - Explain)
SHOOTING INVESTIGATION CASE # 01V128

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

DET. T. ______ (Signature of Employee Working Overtime)

______ (Signature of Authorizing Supervisor)

______ (Signature of Certifying Supervisor)

---

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $______________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [x] Call-In Emergency
- [ ] Secondary Employment

*ASSIGNED SHIFT*

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 24 Mar 01 | 0414 - 1739 | 13.5 |

| Name & Rank of Member | Sequence Number |
|---|---|
| DET. T. CHESLEY | F169 |

Member's Permanent District / Division / Bureau: NWD / CID / DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11AUG93 | 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 |

(Overtime Work Performed - Explain)
CALLED IN FOR SHOOTING CASE 01V139 / INVESTIGATION

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

DET. T. ______ (Signature of Employee Working Overtime)

______ (Signature of Authorizing Supervisor)

## Form 1

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Regular Earnings
Sergeant / Lieutenant

Bi-Weekly $ _____

- Compensatory Time
- Daily Overtime
- Scheduled Day Off
- Call-In Emergency
- Secondary Employment
- **ASSIGNED SHIFT**
  - 8 X 4
  - 4 X 12
  - 12 X 8
  - OTHER SHIFT  1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 MAR 01 | 1200 - 1739 | 5.7 |

Name & Rank of Member: DET. T. CHESLEY
Sequence Number: F169

Member's Permanent District / Division / Bureau: NWD - CID - DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11 AUG 93 | 217 - 11 - 7284 |

(Overtime Work Performed - Explain)
SHOOTING INVESTIGATION - CASE O#VII5 / POSSIBLE WITNESSES IDENTIFIED / ATTEMPTED TO LOCATE

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

## Form 2

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Regular Earnings
Sergeant / Lieutenant

Bi-Weekly $ _____

- Compensatory Time
- Daily Overtime
- Scheduled Day Off
- Call-In Emergency
- Secondary Employment
- **ASSIGNED SHIFT**
  - 8 X 4
  - 4 X 12
  - 12 X 8
  - OTHER SHIFT  1800 hrs X 0200 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 19 MAR 01 | 1000 - 1734 | 7.7 |

Name & Rank of Member: DET. T. CHESLEY
Sequence Number: F169

Member's Permanent District / Division / Bureau: NWD / CID / DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 11 AUG 93 | 217 - 11 - 7284 |

(Overtime Work Performed - Explain)
SHOOTING INVESTIGATION - LOCATED 2 WITNESSES - INTERVIEWS - CASE O#VII5

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form 99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 19 JAN 01 | 1200 - 1800 | 5.7 |

Name & Rank of Member
DET. T. CHESLEY

Member's Permanent District / Division / Bureau
NWD / CID / DIS

| | E.O.D. | Sequence Number |
|---|---|---|
| | 11 AUG 93 | F169 |

| Locator Number | Social Security Number |
|---|---|
| 165 | 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 |

FOLLOW-UP INTERVIEW WITH VICTIM AT SINAI / OBTAINED NAME OF POSSIBLE SUSPECT / ATTEMPTED
(Overtime Work Performed - Explain)

I certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

DET. _____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ OTHER SHIFT 1200 hrs X 0300hrs

To FULLY IDENTIFY POSSIBLE SUSPECT/
INTERVIEWED VICTIM'S MOTHER
ALL IN REF. TO CASE 01V038

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| ☐ | Compensatory Time |
| ☐ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☑ | Call-In Emergency |
| ☐ | Secondary Employment |

*ASSIGNED SHIFT*

| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT  1500 hrs X 2300 hrs |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18  OCT  00 | 1200 - 1430 | 2.5 |

Name & Rank of Member: Marie  Wallace            Sgt.

Member's Permanent District / Division / Bureau: Sequence Number: F976

NCO / CID / DIS

Locator Number: 165        E.O.O. 3-20-94

Social Security Number: 214 - 86 - 1244

(Overtime Work Performed - Explain)
Called in forced to company Investigation

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Sgt. Marie Wallace
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form99 /72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| ☐ | Compensatory Time |
| ☒ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☐ | Call-In Emergency |
| ☐ | Secondary Employment |

*ASSIGNED SHIFT*

| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☒ | OTHER SHIFT 1800 hrs X 0200 hrs |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 OCT 00 | 0212 - 0600 | 3.8 |

Name & Rank of Member
MARIA WALKER

Member's Permanent District / Division / Bureau
NWD / CID / AIS

| | | Sequence Number |
|---|---|---|
| AST. | | F376 |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 3-28-94 | 24 - 86 - 1244 |

(Overtime Work Performed - Explain)

1-702-625   CARJACKING   INVESTIGATION  -  6J 2588  -  SUSPECT  ARRESTED   INTERVIEWED

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

AST. _David Walker_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

Lt. _____
(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

☐ Compensatory Time

☐ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☐ OTHER SHIFT      hrs X

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 24 Oct 02 | 1813 - 2400 | 5.8 |
| Name & Rank of Member | | Sequence Number |
| Maria Wallace | Sgt | F906 |

Member's Permanent District / Division / Bureau

| Northwest District - CID - AIS | | |
| Locator Number | E.O.D. | Social Security Number |
| 165 | 3-28-94 | 214 - 86 - 1244 |

(Overtime Work Performed - Explain)

2 Photo arrays for Neo Commercial Robberies. 6J0725L / 6J06250

We certify that the overtime hours reported herein were in fact worked, and are authorized, and are correct. K711715

_____
(Signature of Employee Working Overtime)
Sgt. Maria Wallace

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

**Fiscal Division**
Form 99/72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

*INDIVIDUAL OVERTIME REPORT*

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| *11 Feb - 02* | *0900 - 1900* | *.30* |
| Name & Rank of Member | | Sequence Number |
| *Lavina Harmon* | *Set* | *1.30* |
| Member's Permanent District / Division / Bureau | | |
| *Lt. A / CID* | *SIS* | |
| Locator Number | E.O.D. | Social Security Number |
| *1463* | *9 26 94* | *214 - 86 - 1244* |

(Overtime Work Performed - Explain)
*Court Harmon*

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

*Lavina Harmon*
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

**ASSIGNED SHIFT**
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT
  *1800* hrs X _____ hrs

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form 99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| | Compensatory Time |
|---|---|
| ☒ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☐ | Call-in Emergency |
| ☐ | Secondary Employment |

**ASSIGNED SHIFT**

| ☐ | 8 X 4 |
|---|---|
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☒ | OTHER SHIFT |

10 hrs X 6 _____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10/24/00 | 1800 - 2400 | |

Name & Rank of Member: Sgt. Bullock

Member's Permanent District / Division / Bureau: CID - DISNU/D

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 165 | 4-15-93 | 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 | F085 |

We certify that the overtime hours reported herein are authorized, wped in fact worked, and are correct.

(Overtime Work Performqd - Explain)

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form99 / 72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 28.Oct.00 | 2130-0200 | 4 1/2 |

Name & Rank of Member: Del. Cherstine Coleman

Member's Permanent District / Division / Bureau: Sequence Number 364

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 16.5 | 6-7-82 | 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 |

(Overtime Work Performed - Explain)
Administrative Duties (Subsidies)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

☐ Compensatory Time
☐ Daily Overtime
☑ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

**ASSIGNED SHIFT**
☐ 8 X 4
☑ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT hrs X ____ hrs

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Fiscal Division
Form89 / 72
11d0-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 19. Oct. 00 | 2030 x 0300 | 6 1/2 |

Name & Rank of Member

DET. ALBERSHEIK Coleman  N 364

Member's Permanent District / Division / Bureau

Loc/Sec.Number   E.O.D.   Social Security Number

165   6-7-82   220.78-6691

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☒ Call-in Emergency
☐ Secondary Employment

**ASSIGNED SHIFT**
☒ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT  hrs X _____ hrs

(Overtime Work Performed - Explain)

Investigation of possible Domestic Homicide

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form 99 / 72
1160-47-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

A. C. Ames ci

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ OTHER SHIFT 150 hrs x 2.30 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 APRIL 2001 | 0.880 X 1439 | 7-7 |

Name & Rank of Member
Lt. ANTHONY E. BARNES

| | Sequence Number |
|---|---|
| | C.697 |

Member's Permanent District / Division / Bureau
CID/ LES/ NVID

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 4-8-80 | 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 |

DOMESTIC VIOLENCE - HOME VISITS - LEUTENANT R # ON BEAT

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)
Lt. Anthony L. Barnes

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form99/72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER ___ hrs

Sick ½ day

Hi Kool
Received

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 19 MARCH 01 | 0700X 1507 | 8.2 |

Name & Rank of Member

Det. ANTHONY R. BARLAK

Sequence Number
CC097

Member's Permanent District / Division / Bureau

CID / DDB / NNO

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 4-8-80 | 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 |

(Overtime Work Performed - Explain)

DOMESTIC VIOLENCE - HOME VISITS - LOCATIONS A,C,C,A,C,A,C,A,C,A,C

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det. Anthony R. Barlak
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ 4TH SHIFT — DAY

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 2 APRIL 01 | 0700 X 1507 | 8.2 |

Name & Rank of Member
DET. ANTHONY R. BARNES

Sequence Number
C699

Member's Permanent District / Division / Bureau
CID / BIS / NWB

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 4-8-86 | 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 |

(Overtime Work Performed - Explain)
DOMESTIC VIOLENCE - HOME VISIT - LOCATION + CC#'S ON REAR

_____ hrs

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

Det. Anthony R. Barnes
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form89 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ _____ hrs  14 ½ DAY

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 30 March 01 | 1200 X 1500 | 8.2 |

Name & Rank of Member: Det. Anthony R. Bacha

Member's Permanent District / Division / Bureau: CID / DIS / NWD

| Locator Number | E.O.D. | Social Security Number | Sequence Number |
|---|---|---|---|
| 165 | 4-8-80 | 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 | C697 |

(Overtime Work Performed - Explain)

HOME VISITS - DOMESTIC VIOLENCE - LOCATIONS & CC#'S IN REPORT

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94/72

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 23 Oct. 03 | 10/12 X 1245 | 2.5 |

Name & Rank of Member
DET- ANTHONY D BARKS

Member's Permanent District/Division/Bureau
CID/DIS/NARD

Sequence No.
CC97

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 4-8-80 | 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 |

7 DAY + 28 NY CAU 3PP RUBLS ADMIN CTC

(Overtime Work Performed (explain))

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_(Signature of Employee Working Overtime)_

_(Signature of Authorizing Supervisor)_  6/17

_(Signature of Certifying Supervisor)_

1160-49-31

1160-49-31

Sergeant / Lieutenant
Regular Earnings

*INDIVIDUAL OVERTIME REPORT*

Bi-Weekly $_____

☐ Compensatory Tim
☐ Daily Overtime
☐ Scheduled Day
☐ Call-In Eme....cy
☐ Secondary Employ

*ASSIGNED SHIFT*

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 8 MAR 01 | 0700-1439 | 7.7 |

Name & Rank of Member
Det· ANTHONY R. BARKAS

Sequence Number
L697

Member's Permanent District / Division / Bureau
Northwest District        CID/DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 04·08·80 | 217-78·0116 |

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT 1580 hrs X 2300

(Overtime Work Performed - Explain)
Domestic Violence    Home Visits    Reports on Back

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det· Anthony R. Barkas
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

---

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

*INDIVIDUAL OVERTIME REPORT*

Bi-Weekly $_____

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 8 MAR 01 | 0700-1439 | 7.7 |

Name & Rank of Member
Det· ANTHONY R. BARKAS

Sequence Number
L697

Member's Permanent District / Division / Bureau
Northwest District        CID/DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 04·08·80 | 217-78·0116 |

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT 1580 hrs X 2300 hrs

(Overtime Work Performed - Explain)
Domestic Violence    Home Visits    Reports on Back

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det· Anthony R. Barkas
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Form99 172
1160-4-9-31

**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

☐ Compensatory Time

☐ Daily Overtime

Sergeant / Lieutenant
Regular Earnings

☐ Scheduled Day Off

Bi-Weekly $_____

☐ Call-In Emerg

☐ Secondary Employme

**ASSIGNED SHIFT**

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18 JAN 01 | 0700 X 1439 | 7:7 |

☐ 8 X 4

| Name & Rank of Member | Sequence Number |
|---|---|
| Anthony R Barker | C367 |

☐ 4 X 12

Member's Permanent District / Division / Bureau
CID - DIS - NWD

☐ 12 X 8

| Local or Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 4-8-80 | 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 |

☐ OTHER SHIFT
hrs X          hr

(Overtime Work Performed - Explain)

Domestic Violence Follow-ups, Home Visits Write Supplements (CONT)

We certify that the overtime hours reported herein are authorized, were in fact worked and are correct.

_Det (Anthony R Barker)_
(Signature of Employee Working Overtime)

_Det Leniyey_
(Signature of Authorizing Supervisor)

_Det Lorei Yney_
(Signature of Certifying Supervisor)

4706 Wilern Ave 6J10308
804 Itulchle Ave 6J14174
400 Itulldale Ave 6J20875
Greenspring Ave 6K19993
Greenspring Ave 6I02719
33 Cottage Ave 6I10358
Wichita 6K14269
Wichita 6J22585
01 Liberty 6J20676
14 Reist Rd 6J16957
Reist Rd 6L06664
18 Reist Rd 6J14929
Liberty 6K19165
Liberty 6L01209
Liberty 6K14266
Wilern 6J00051

4842 Wilern 6J11488
3038 Greenway 6I02766
2904 Violet 6A02157
2867 Ulman 6I12435
2905 Ulman 6K11820
2709 Osaego 6K07980
3018 Mondawin 6J13043
2511 Liberty 6A01661
3620 Reist Rd 6K07276

**Fiscal Division**
Form99 172
1160-4 2 31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $_____

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employer

_ASSIGNED SHIFT_

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 17 JAN 01 | 1512 X 2110 | 6.1 |

| Name & Rank of Member | Sequence Number |
|---|---|
| DET. ANTHONY R BARKS | C177 |

Member's Permanent District / Division / Bureau
CID / DIS / NWD

| Locator Number | EOD | Social Security Number |
|---|---|---|
| 165 | 4-8-88 | 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 |

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☑ OTHER SHIFT
0700 hrs X 1500 hrs

(Overtime Work Performed - Explain)

Juvenile Arrest / Transport from 3212 W. Belvedere Ave (Cont)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det. Anthony R. Barker
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

TO NWD, INTERVIEW + TAKE STATEMENT, FOLLOW-UP REPORTS,

Juvenile Custody Reports, Supplements etc.

CC # 6J13348          "CLEARED"
CC # 6J09036  >  5713 Park Hts Ave
CC # 6J11956     Beth Jacobs Adult Day Care Center

TRANSPORT Juvenile to NORTHERN DISTRICT

Admin Report etc.

Fiscal Division
Form99 / 72
1160-4) 11

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
.egular Earnings

Bi-Weekly $_____ _____

| Compensatory Time |
| :---: |
| ☑ Daily Overtime |
| ☐ Scheduled Day Off |
| ☐ Call-In Emergenc, |
| ☐ Secondary Employmen |

**ASSIGNED SHIFT**

| Date(s) Worked | Hours Worked | Total Hours |
| --- | --- | --- |
| 11 JAN01 | 1512 X 1824 | 3. 2 |

| Name & Rank of Member | Sequence Number |
| --- | --- |
| ANTHONY R. BARKAS | C697 |

Member's Permanent District / Division / Bureau
CTA—DTS—NWA

| Locator Number | E.O.D. | Social Security Number |
| --- | --- | --- |
| 1105 | 4-8-80 | 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 |

| ☐ 8 X 4 |
| :---: |
| ☐ 4 X 12 |
| ☐ 12 X 8 |
| ☑ OTHER SHIFT 0700 hrs X 1500 hrs |

(Overtime Work Performed - Explain)
BTF INVESTIGATION CA 5008 LOCUS # 0180091 (Cont)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Wit. Anthony R. Barkas
(Signature of Employee Working Overtime)

Lt. Jack Spira
(Signature of Authorizing Supervisor)

Lt. Jack Spira
(Signature of Certifying Supervisor)

SURVEILLANCE Cold Spring & WABASH Ave. FOR INCIDENT @ 3320 Sequoia Ave.

SURVEILLANCE CONDUCTED due to information from C.I.

NORTHWESTERN

Forms 54
1160-42-31

BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| | Compensatory Time |
| ☑ | Daily Overtime |
| ☐ | Scheduled Day Off |
| ☐ | Call-In Emergei. |
| ☐ | Secondary Employmen |

ASSIGNED SHIFT

| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT<br>0700 hrs X 1500 hrs |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10 JAN 01 | 1512 X 1937 | 4.4 |

Name & Rank of Member: DET. ANTHONY L BARKAS    Sequence Number: C697

Member's Permanent District / Division / Bureau: CID - DIS - NWA

| Locator Number | EOD | Social Security Number |
|---|---|---|
| 165 | 4-8-80 | 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 |

(Overtime Work Performed - Explain)

BTE INVESTIGATION CC#6A5018, LOTUS # 01 B0091 (Con't)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Det Anthony L. Barkas                    Lt NP7
(Signature of Employee Working Overtime)      (Signature of Authorizing Supervisor)

                                          Lt NPul
                                          (Signature of Certifying Supervisor)

I & R, INTERVIEW POSSIBLE SUSPECT, Meet CRIME LAB
UNIT # 5813 @ 3320 SEQUOIA Ave, ADMIN REPORTS,
CONSENT SEARCH @ 3732 BOARMAN Ave.

NORTHWESTERN

2001 JAN 10 PM 7:37

Fiscal Division
Form99 / 72
116o-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

- [ ] Compensatory Time
- [✓] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

_ASSIGNED SHIFT_

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT    hrs X _____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 21 JUL 01 | 0900-1400 | 5.0 |

Name & Rank of Member: _____ SHARON Sgt.

Member's Reg. Permanent District / Division / Bureau: MIIU- CID- DIS

Sequence Number: FO61

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 1115 | 6-28-96 | 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 |

(Overtime Work Performed = Explain)

HOMICIDE SUMMONS

(Signature of Employee Working Overtime)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Fiscal Division
Form99 /72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

*INDIVIDUAL OVERTIME REPORT*

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☐ OTHER SHIFT
   hrs X _____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 JAN. 01 | 0900-1700 | 8.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| DANIELLE SIMMON Det. | F031 |

Member's Permanent District / Division / Bureau
NWD - CID - BIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 105 | 2-28-95 | 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 |

(Overtime Work Performed - Explain)

Daily as a administrative unit

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_D. Simmon_
(Signature of Employee Working Overtime)

_Det. Jerome Chen_
(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ ____________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT hrs X hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 9 MAR 01 | 0800-1600 | 8.0 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Danyette Swanson Det | F631 |

Member's Permanent District / Division / Bureau: NWD CID DIS

| Locator Number | E.O.D | Social Security Number |
|---|---|---|
| 165 | 2-28-95 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Home Visits

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

D. Swanson
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

| | |
|---|---|
| [illegible]1B16126 | 01A17308 |
| [illegible]A19720 | 01A18625 |
| [illegible]A03079 | 01A13663 |
| [illegible]A00235 | 01A15679 |
| [illegible]A19628 | 01A19926 |
| [illegible]A13415 | 01A18046 |
| [illegible]A13374 | 01A03855 |
| [illegible]A00743 | 01A17533 |
| B09386 | 01C03052 |
| [illegible]A13944 | 01C02236 |
| [illegible]00614 | 01A01427 |
| 1A14332 | 01A03017 |
| 1A08694 | |

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND

Fiscal Division
Form 99 / 72
1160-49-31

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 26 MAR 01 | 0800-1530 | 7.7 |

| Name & Rank of Member | | Sequence Number |
|---|---|---|
| DANIELLE SWANSON Det | | F-031 |

Member's Permanent District / Division / Bureau
NWD CID DTS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 1165 | 2-28-95 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Home Visits

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-in Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 x 4
☑ 4 x 12
☐ 12 x 8
☐ OTHER SHIFT _____ hrs X _____ hrs

" We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

---

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND

Fiscal Division
Form 99 / 72
1160-49-31

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 22 MAR 01 | 0800-1500 | 7.0 |

| Name & Rank of Member | | Sequence Number |
|---|---|---|
| DANIELLE SWANSON Det | | F-031 |

Member's Permanent District / Division / Bureau
NWD CID DTS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 1165 | 2-28-95 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Home Visits

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-in Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 x 4
☑ 4 x 12
☐ 12 x 8
☐ OTHER SHIFT _____ hrs X _____ hrs

" We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

S-84

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ ____________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

***ASSIGNED SHIFT***

- [ ] 8 X 4
- [x] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT hrs X hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 20 MAR 01 | 0800-1539 | 7.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| DANIETTE SWANSON Det. | F631 |

| Member's Permanent District / Division / Bureau |
|---|
| NWD CID DIS |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 2-28-95 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Home Visits

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

Det Danyette Swanson
(Signature of Employee Working Overtime)

[signature]
(Signature of Authorizing Supervisor)

[signature]
(Signature of Certifying Supervisor)

**Fiscal Division**
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Sergeant / Lieutenant .
Regular Earnings

*INDIVIDUAL OVERTIME REPORT*

Bi-Weekly $ _____

H. Wood

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-in Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☑ 12 X 8    ___ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 23 April 01 | 0200 - 1500 | 4.0 |

Name & Rank of Member
Gary Marval

| Member's Permanent District / Division / Bureau | Sequence Number |
|---|---|
| Northwest - CID 5011 | D11 |

Det

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 03-02-81 | 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 |

Donatric Viullose    *(Overtime Work Performed - Explain)* Marc Vint

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

*(Signature of Employee Working Overtime)*
Gary Marval

*(Signature of Authorizing Supervisor)*

*(Signature of Certifying Supervisor)*

**Fiscal Division**
Form99 /72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings

**INDIVIDUAL OVERTIME REPORT**

Bi-Weekly $ _____

X. Diane

| Date(s) Worked | Hours Worked | Total Hours |
| --- | --- | --- |
| 20 April - 2001 | 0700 - 1444 | 7.8 |

Name & Rank of Member: Gary Maxwell Det.

Member's Permanent District / Division / Bureau: Northwest District

Locator Number: 161   E.O.D.: 09-0268

Social Security Number: 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

(Overtime Work Performed - Explain)  Home Visit   C.C. # 01 1006

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Domestic Dispute

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

☐ Compensatory Time

☒ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

**ASSIGNED SHIFT**

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☒ Other Shift _____ hrs X _____ hrs     hrs

**Fiscal Division**
Form 99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| | | |
|---|---|---|
| ☐ | | Compensatory Time |
| ☑ | | Daily Overtime |
| ☐ | | Scheduled Day Off |
| ☐ | | Call-In Emergency |
| ☐ | | Secondary Employment |

**ASSIGNED SHIFT**

| | |
|---|---|
| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT  1500 hrs x 932 hrs |

Date(s) Worked: 19 May-01

Name & Rank of Member: Det Gary Manuel

Member's Permanent District / Division / Bureau: CID / Dii Nis Ø

Locator Number: 165

Hours Worked: 0:30 - 1430

Total Hours: 7.7

Sequence Number: Dii

E.O.D.: 07-02-81

Social Security Number: 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

(Overtime Work Performed - Explain) Location on Back

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form 99/72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Sergeant / Lieutenant
Regular Earnings _____

*INDIVIDUAL OVERTIME REPORT*

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | | Total Hours |
|---|---|---|---|
| 10 Jan 2000 | 1512 | 1557 | 4 4 |

Name & Rank of Member: Gary Manuel Det
Member's Permanent District / Division / Bureau: NorthWest District

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 09-02-81 | 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 |

Sequence Number: D111

(Overtime Work Performed - Explain)

B+6 Investigators    cc # 6A5028   cotas #0091 - Jstevies Parrish

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Gary Manuel
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

☐ Compensatory
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ OTHER SHIFT: 0700 hrs X 1500 hrs

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

☐ Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time

☑ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

*ASSIGNED SHIFT*

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☐ OTHER SHIFT
hrs X _____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 14 Mar 01 | 0700 - 1430 | 7 7 |
| Name & Rank of Member | Sergeant Manuel | Sequence Number |
| | | D 111 |
| Member's Permanent District / Division / Bureau | | |
| CID / DII / NISD | | |
| Locator Number | E.O.D. | Social Security Number |
| 165 | 09-02-81 | 216 · 66 - 8718 |

(Overtime Work Performed - Explain)

Do periodic inspectn - Home visit

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

Fiscal Division
Form99/72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Sergeant / Lieutenant.
Regular Earnings

Bi-Weekly $

INDIVIDUAL OVERTIME REPORT

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 6 Mar-01 | 0700-1439 | 7.7 |

Name & Rank of Member: Cary Manuel Det

Member's Permanent District / Division / Bureau: Northwest District

| E.O.D. | Social Security Number |
|---|---|
| 09-02-81 | 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 |

Sequence Number: DM1

Locator Number: 161

CJ01015

Branch Violence Home 1/11/5 . Reports on Call

(Overtime Work Performed – Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

ASSIGNED SHIFT

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☒ OTHER SHIFT
1500 hrs X 2300 hrs

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94 / 72

☐ Compensatory Time
☐ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ _____

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 1 Mar - 01 | 0700-1439 | 7.7 |

Name & Rank of Member

Member's Permanent District/Division/Bureau

| Locator No. | E.O.D. | Social Security No. | Sequence No. |
|---|---|---|---|
| 165 | 09-02-81 | 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 | D 11 |

(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

1160-49-31

Fiscal Division
Form99 / 72
1160-47 31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT*

[ ] Compensatory Time
[X] Daily Overtime
[ ] Scheduled Day Off
[ ] Call-In Emergency
[ ] Secondary Employment

ASSIGNED SHIFT
[ ] 8 X 4
[ ] 4 X 1..
[ ] 12 X 8
[ ] OTHER SHIFT hrs X hrs

..rgeant / Lieutenant
..gular Earnings

Bi-Weekly $______________

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 18 Jan. 2001 | 0700 1439 | 7.7[illegible] |

| Name & Rank of Member | Sequence Number |
|---|---|
| Gary Manuel Det. | D111 |

| Member's Permanent District / Division / Bureau |
|---|
| Northwest District / CID/DII |

| Locator Number | E.O.D | Social Security Number |
|---|---|---|
| 165 | 09-02-81 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Follow-up Home Visits. Locations on Back

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Gary Manuel Sr.
(Signature of Employee Working Overtime)

Det. Daniel Ybry [signature]
(Signature of Authorizing Supervisor)

Det. Daniel Ybry [signature]
(Signature of Certifying Supervisor)

..cations
4706 Wilkens Ave - cc# 6J10308
2804 Hilldale Ave cc# 6J14174
2800 Hilldale Ave cc# 6J20875
3700 Green Spring cc# 6K19993
7700 Green Spring cc# 6I02719
'633 Cottage Ave cc# 6I10358
'306 Wichita cc# 6K14269
2306 Wichita cc# 6J22585
2201 Lib. Heights cc# 6J20676
'714 Reisterstown Rd cc# 6I10957
'904 Reisterstown Rd cc# 6L06604
'0.. Reisterstown Rd cc# 6I14929
.. Liberty Heights cc# 6K19165
'201 Liberty Heights cc# 6L01209
'181 Liberty Heights cc# 6L14266

4842 Wilkens Ave cc# 6J11488
3038 Cranthey Ave cc# 6I02766
2904 Violet Ave cc# 6A02157
2807 Ulman Ave cc# 6I12435
2905 Ulman Ave cc# 6K11820
2709 Oswego Ave cc# 6K07980
3018 Mondawmin cc# 6I13043
2511 Liberty Hts cc# 6A01661
3620 Reisterstown Rd cc# 6K07276

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94 / 72

| Date(s) Worked | | Hours Worked | | Total Hours |
|---|---|---|---|---|
| 23 October 00 | | 1512-1445 | | |

Name & Rank of Member

Gary Maniel Det.

| | | | Sequence No. |
|---|---|---|---|
| Member's Permanent District/Division/Bureau | | | D111 |
| Northwest CID IDIS | | | |

| Locator No. | E.O.D. | Social Security No. | |
|---|---|---|---|
| 165 | 09-02-81 | 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 | |

7 Day + 28 Day Burglary Report + Administration ETC
(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_(signature)_
(Signature of Employee Working Overtime)

_(signature)_
(Signature of Authorizing Supervisor)

_(signature)_
(Signature of Certifying Supervisor)

☐ Compensatory Time
☒ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

☐ Sergeant/Lieutenant
  Regular Earnings

☐ Bi-Weekly $ _____

1160-49-31

407

76 / 216

BALTIMORE, MARYLAND

| IN | OUT | COURT CERTIFICATION: (signature) <br> Signature/Title <br> CASE DISPOSITION: Postponed |
|---|---|---|

| Officer's Name: | Rank: | Assignment: | Social Security No.: | Locator No.: |
|---|---|---|---|---|
| Gary Manoel | Det. | NWD | 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 | 165 |

USE REVERSE SIDE FOR COMMENTS/REMARKS

**STATUS:**
- ☐ Leave Day
- ☐ Medical Day
- ☐ Permission Day
- ☐ Vacation Day
- ☐ Other

**SHIFT WORKING:**
- ☐ 12 Midnight - 8 A.M.
- ☐ 8 A.M. - 4 P.M.
- ☐ 4 P.M. - 12 Midnight
- ☐ Other H. Day

Date-and-Time-of-Appearance: 20 Oct (?) - 1400 Hrs.

- ☑ Summons Attached
- ☐ Verification Letter Attached
- ☐ Regular Traffic Court Day
- ☑ See Reverse Side

Summons or Complaint No. 1C01291029

(Supervisor)

Overtime hours earned: 2.6

Meal earned: ______

(signature) Signature (Supervisor)

(signature) Officer's Signature

Review and Approval: (signature)

Signature (Commanding Officer)

1160—49—4

Narrative on back

IRE

Suspended

...cal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND.

## INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____________

- [ ] Compensatory Time
- [ ] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

**ASSIGNED SHIFT**

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT hrs X ____ hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 12 May-01 | 0800-1500 | 7.0 |

| Name & Rank of Member | | Sequence Number |
|---|---|---|
| Cary Manuel | Det | D111 |

Member's Permanent District / Division / Bureau: Northwest District CID/DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 09-02-81 | 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 |

(Overtime Work Performed - Explain)
Health Clinic 23 South Gay ST #7426

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Gary Manuel
(Signature of Employee Working Overtime)

Milton L Corbett Sgt
(Signature of Authorizing Supervisor)

Milton Corbett Sgt
(Signature of Certifying Supervisor)

G-100 030... 99-1 66

POLICE DEPARTMENT
BALTIMORE, MARYLAND

4:00 hr

...al Division
...DIVIDUAL OVERTIME REPORT
Form 94 / 72

1CC1-2C1-C07-13-1-65

- [x] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employmen...

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 1 Mar-01 | 0700-1439 | 7.7 |

| Name & Rank of Member | Sequence No. |
|---|---|
| Gary Manuel Det. | D111 |

| Member's Permanent District/Division/Bureau | | |
|---|---|---|
| Northwest District C.I.D. /DIS | | |

| Locator No. | E.O.D. | Social Security No. |
|---|---|---|
| 165 | 09-02-81 | 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 |

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $ ________

Domestic Violence - Home Visits · Reports on Back

(Overtime Work Performed (explain))

**We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.**

Gary Manuel
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

1160-49-31

3701 Cottage Ave - GA18876
4311 Pimlico GA00257
4200 Pimlico GA13738
3701 Cottage Ave - GA19219
2200 Springdale Ave GA17537
3171 Reisterstown Rd GA16196
3425 Reisterstown Rd GA17515
2909 Norfolk Ave. GA17176
2411 Violet Ave GA17294
2411 Violet Ave GA18540
...7 Park Heights GA15595
1122 Park Heights GA18042
1905 Rockrose Ave GA14472

3504 Park Heights GA14064
3607 Park Heights GA02193
3607 Park Heights GA17625
4420 Reisterstown Rd GA0148...
4637 P. Heights GA17874
4637 Park Heights GB12672
4612 Park Heights GA20161
3449 Cottage Ave GA 3502

POLICE DEPARTMENT
BALTIMORE, MARYLAND
INDIVIDUAL OVERTIME REPORT

Fiscal Division
Form 99/172
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

- [ ] Compensatory Time
- [ ] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-in Emergency
- [ ] Secondary Employment
- [ ] ASSIGNED SHIFT
- [ ] 8 x 4
- [ ] 4 x 12
- [ ] 12 x 8
- [ ] OTHER SHIFT    X hrs    hrs

| Date(s) Worked | Hours Worked | Total Hours | Sequence Number |
|---|---|---|---|
| 14 Nitu-01 | 0700 - 1438 | 7.7 | 7111 |

Name & Rank of Member: Det. (illegible)
Member's Permanent District / Division / Bureau: CID /011 /020

| Locator Number | E.O.O. | Social Security Number |
|---|---|---|
| 16S | 09-20-81 | 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 |

Overtime Work Performed - Explain: Do Main Dispatch - Home Unit

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)
(Signature of Authorizing Supervisor)
(Signature of Certifying Supervisor)

*(reverse side: handwritten list of names and addresses, illegible)*

INDIVIDUAL OVERTIME REPORT

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Fiscal Division
Form 99/72
1160-49-31

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $

| | | | |
|---|---|---|---|
| Compensatory Time | | | |
| Daily Overtime | | | |
| Scheduled Day Off | | | |
| Call-In Emergency | | | |
| Secondary Employment | | | |
| ASSIGNED SHIFT | | | |
| 8 X 4 | | | |
| 4 X 12 | | | |
| 12 X 8 | | | |
| OTHER SHIFT | | | |

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Fiscal Division
Form99 / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

*INDIVIDUAL OVERTIME REPORT* Sil 4/1

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 1500 hrs X 23 hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 19 Mar-01 | 0200 - 1439 | 7.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Det Gary Manuel | D111 |

| Member's Permanent District / Division / Bureau |
|---|
| CID / DV NWD |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 07-02-81 | 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 |

(Overtime Work Performed - Explain)

Domestic Violence Home Visits - Location on Back

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

| | |
|---|---|
| 3610 Mount Ave - 6C03571 | 3100 Oakfield 6A18010 |
| 2900 Gwinham 6A17323 | 3407 Mondawmin - 6A19874 |
| 2710 Oakfield - 6A04003 | 3403 Mondawmin 6A19433 |
| 2501 Garrison Blvd - 6A8779 | 3417 Alto 6A01998 |
| 2447 Allendale Rd 6C02342 | 3100 Liberty Oak - 6A14879 |
| 3401 Bonner Rd 6A15905 | 4710 Wakefield 6A13381 |
| 2300 Chelsea Terrace 6A3638 | 4734 Wakefield 6B12118 |
| 4500 Fair Fax Rd 6A00461 | 4407 Fairview 6A13748 |
| 5705 Royal Oak 6A20121 | 4015 Kathland 6A1442 |
| 2615 Gatehouse 6A16871 | 2856 Gatehouse 6A18536 |
| 4710 Lake Field 6B11911 | 4011 Ridgewood 6A03106 |
| 3112 Liberty Oak 6C06106 | 5116 Liberty Oak 6A16996 |
| 3700 Gatehouse 6C04613 | 3012 ... 6C05371 |
| 4012 Norfolk Ave 6B0... | |

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

# INDIVIDUAL OVERTIME REPORT

[ ] Compensatory Time
[X] Daily Overtime
[ ] Scheduled Day Off
[ ] Call-In Emergency
[ ] Secondary Employment

ASSIGNED SHIFT
[ ] 8 X 4
[ ] 4 X 12
[ ] 12 X 8
[ ] OTHER SHIFT hrs X hrs

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ ____________

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 17 Jun 2001 | 1605 - 2118 | 5 2 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Gary Manuel | D 111 |

| Member's Permanent District / Division / Bureau |
|---|
| Gary Manuel Det |

| Locator Number | E O D | Social Security Number |
|---|---|---|
| 165 | 09-02-81 | 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 |

(Overtime Work Performed - Explain)

Transport Juvenile from 3212 W. Belvedere Ave. Interview Also Injured At N.W.

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Gary Manuel
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

District. Juvenile confessed to Three Commercial Burglaries

Location. 5713 Park Heights Ave - Beth Jacob Adult Day Care 6J133..

Location 5713 Park Heights Ave - Beth Jacob Adult Day Care 6J090..

NORTHWESTERN ... 4:05

Location - 5713 Park Heights Ave - Beth Jacob Adult Day Care 6J11..

Transported Juvenile to Northern District

Administrative Report

NORTHWESTERN
... 17 ... 13

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sick

geant / Lieutenant
gular Earnings

Bi-Weekly $ ____________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment
- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT hrs X hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 11 Jan 2000 | 1512 - 1822 | 3.[illegible] |

| Name & Rank of Member | Sequence Number |
|---|---|
| Gary Manuel Det | D111 |

| Member's Permanent District / Division / Bureau |
|---|
| Northwest District CID/D11 |

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 09/02-81 | 216:66:8718 |

(Overtime Work Performed - Explain)

ATF Investigation GA 5028 Surveillance Coldspring + Driftfield Ave

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

Lt. Jack Spero
(Signature of Authorizing Supervisor)

Lt. Jack Spero
(Signature of Certifying Supervisor)

Surveillance was due to information from C.I
Negative Results

2001 JAN 11 PM 6:22
NORTHWESTERN

Fiscal Division
Form99 / 72
1160-40 31

# POLICE DEPARTMENT
## BALTIMORE, MARYLAND

### INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $______________

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [ ] 4 X 12
- [ ] 12 X 8
- [x] OTHER SHIFT 0700 hrs X 1500 hrs

| Date(s) Worked | | Hours Worked | Total Hours |
|---|---|---|---|
| 10 Jan 2000 | | 1512 1931 | 4 4 |
| Name & Rank of Member | | | Sequence Number |
| Gary Manuel Det | | | D111 |
| Member's Permanent District / Division / Bureau | | | |
| Northwest District | | | |
| Locator Number | E.O.D. | Social Security Number | |
| 165 | 09-02-81 | 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 | |

(Overtime Work Performed - Explain)

Ast 6 Investigation CC # 6A5028 Lotus # 0091 - Interview Possible over

We certify that the overtime hours reported herein are authorized; were in fact worked, and are correct.

Gary Manuel
(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

Suspect. MBT Crime Lab at 3320 Sequoia Ave. Consent search at 3732 Boarman Ave. Administrative Reports.

2001 JAN 10 PM 7:37
NORTHWESTERN

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

ergeant / Lieutenant
egular Earnings

Bi-Weekly $ ______

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

ASSIGNED SHIFT

- [ ] 8 X 4
- [x] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT hrs X hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 9 Jan 2001 | 1115 : 1459 | 3.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Gary Manuel Det. | D111 |

| Member's Permanent District / Division / Bureau |
|---|
| Northwest District CID/DIS |

| Locator Number | EOD | Social Security Number |
|---|---|---|
| 165 | 09/02-81 | 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 |

(Overtime Work Performed - Explain)

B+E Investigation cc# 6A5028 · 3320 Sequoia Ave. Responded over

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

Gary Manuel Sr. (Signature of Employee Working Overtime)

Det. Sgt. [illegible] (Signature of Authorizing Supervisor)

Sgt. [illegible] (Signature of Certifying Supervisor)

to all Pawn Shops in N.W. District with Property listing in the Burglary. Contacted Balto. County Pawn Unit. - Neighborhood Canvass - Assisted Det. Sadler with Administrative Report.

2001 JAN -9 PM 2:59

NORTHWESTERN

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

INDIVIDUAL OVERTIME REPORT

mpu

| Compensatory Time | ☐ |
| Daily Overtime | ☑ |
| Scheduled Day Off | ☐ |
| Call-in Emergency | ☐ |
| Secondary Employment | ☐ |

**ASSIGNED SHIFT**

| 8 X 4 | ☐ |
| 4 X 12 | ☐ |
| 12 X 8 | ☐ |
| OTHER SHIFT 7 hrs X 3 | ☑ |

hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 11 MAY 01 | 1512×0315 | 12.1 |

Name & Rank of Member: Det. Anthony Lausey

Sequence Number: FC46

Member's Permanent District / Division / Bureau

Locator Number: 165      E.O.D. 02/22/93

Social Security Number: 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

ACG ASSEST CUTTINGINVESTIGATICAL WURKUNT #CA13345 C1A13385 C1A1377

We certify that the overtime hours reported herein are authorized, where in fact worked and are correct.

Lt mbPP Tautor

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

Lt mbPP Tautor

(Signature of Certifying Supervisor)

Date: 05/17/2001
Page: 1



# CID - AGGASSAULT
## POLICE DEPARTMENT
## BALTIMORE, MARYLAND
### Progress Report

05/12/2001

| | |
|---|---|
| **TO:** | Commanding Officer<br>AggAssault Unit |
| **FROM:** | Detective A. Lansey |
| **SUBJECT:** | Progress Report<br>AggAssault Investigation |

**SUSPECTS**(Name, DOB, Race, Sex, Age, Address):

**VICTIMS**(Name, DOB, Race, Sex, Age, Address):

Beads, Derrick  12/19/67  B/ M 33    2749 Scarbourough Rd

**OCCURRED:**   05/09/01  1738
5014 Denmore Ave

| | | | |
|---|---|---|---|
| **CC Number:** | 01E606595 | **District:** | NWD |
| **Case Number:** | 01A1377 | **Post:** | 614 |

IN REFERENCE TO THE ABOVE INCIDENT, ON 05/12/01, AT APPROXIMATELY 2330 HOURS, DET. LANSEY AND DET. CHESLEY RESPONDED TO SINAI HOSPITAL TO SHOW THE VICT, DERRIK BEADS A PHOTO LINE UP. UPON VIEWING THE SAID LINE UP, MR. BEADS COULD NOT IDENTIFY HIS ASSAILANT.

INVESTIGATION CONTINUING...

Respectfully,



# CID - AGGASSAULT
## POLICE DEPARTMENT
## BALTIMORE, MARYLAND
### Progress Report

05/11/2001

**TO:**          Commanding Officer
Aggassault Unit

**FROM:**          Detective A. Lansey

**SUBJECT:**          Progress Report
Aggassault Investigation

**SUSPECTS**(Name, DOB, Race, Sex, Age, Address):

**VICTIMS**(Name, DOB, Race, Sex, Age, Address):
Beads, Derick   12/19/67  B/ M 33                                      2749 Scarbourough Rd

**OCCURRED:**          05/09/01  1730
5014 Denmore Ave

**District:**  NWD          **Case Number:** 01A1377
**CC Number:**  01E606595          **Post:** 614

IN REFERENCE TO THE ABOVE INCIDENT, ON 05/09/01, THE VICT. DERRIK BEADS WAS ABLE TO PROVIDE THE NAME OF "ROB" B/M/30'S AS ONE OF THE SUSPECTS WHO ASSAULTED AND POSSIBLY STABBED HIM. P/O ARNOLD PITTMAN WAS ABLE TO PROVIDE THE NAME OF ROBERT WILLIAMS AN INDIVIDUAL WHO HE KNOWS THAT FREQUENTS THE AREA OF WHERE THIS INCIDENT OCCURRED, AND POSSIBLY MATCHES THE DESCRIPTION GIVEN BY THE VICTIM. ON 05/11/01 AT APPROXIMATELY 1730 HOURS, DET. LANSEY OBTAINED A PHOTO LINE UP WHICH INCLUDED THE AFOREMENTIONED POSSIBLE SUSPECT, SAME WILL BE SHOWN TO THE VICTIM.

INVESTIGATION CONTINUING...



# CID - AGGASSAULT

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND
### Progress Report

05/11/2001

**TO:** Commanding Officer
AggAssault Unit

**FROM:** Detective A. Lansey

**SUBJECT:** Progress Report
Aggassault Investigation

**SUSPECTS** (Name, DOB, Race, Sex, Age, Address):

| | |
|---|---|
| Adomson, Sam   09/14/67 B/ M 33 | 3214  W. Baltimore St |
| Johnson, Secret   04/21/72 B/ F 29 | 3214  W. Baltimore St |

**VICTIMS** (Name, DOB, Race, Sex, Age, Address):

Bailey, Perry   04/19/76 B/ M 25

**OCCURRED:** 05/07/01  0020
3700  Park Heights Ave

**District:** NWD
**CC Number:** 016E04433
**Case Number:** 01A1389
**Post:** 612

IN REFERENCE TO THE ABOVE INCIDENT, DET. ANTHONY LANSEY SUBMITTED FLYERS TO SECTOR ONE FOR THE PATROL BOOKS. WARRANT TASK FORCE WILL BE NOTIFIED AND ADVISED. FOLLOW UP INFORMATION RELATIVE TO THE SUSPECT HAVING ADDRESSES IN NEW YORK WHERE NOTED AND INCLUDED IN THE WARRANT, WHICH WAS PLACED IN THE NWD MAP ROOM TO BE SENT TO HOT DESK.

Respectfully,

Fiscal Division
Form99/72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

| | Compensatory Overtime |
|---|---|
| ☐ | |
| ☑ | Daily Overtime |
| ☐ | Scheduled Day off |
| ☐ | Call-In Emergency |
| ☐ | Secondary Employment |

ASSIGNED SHIFT

| | |
|---|---|
| ☐ | 8 X 4 |
| ☐ | 4 X 12 |
| ☐ | 12 X 8 |
| ☑ | OTHER SHIFT |
| | 10 hrs X 6 |

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 23 May 01 | 1810 x 1930 | 1.3 |

Name & Rank of Member: ANTHONY LAUBY Det.

Member's Permanent District / Division / Bureau: NWD CID/DES

| Locator Number | E.O.D. | Sequence Number | Social Security Number |
|---|---|---|---|
| 165 | 02·22·93 | F046 | 212·82·7653 |

@1750 HKS (Overtime Work Performed - Explain)
App. Assault by BB Guy, 3319 Ashland Rd, CC#1EU6603 Met w/ parents of young victim @ 1854 then →

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

Fiscal Division
Form 99/72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $ _____

☐ Compensatory Time

☐ Daily Overtime

☐ Scheduled Day Off

☐ Call-In Emergency

☐ Secondary Employment

_ASSIGNED SHIFT_

☐ 8 X 4

☐ 4 X 12

☐ 12 X 8

☑ OTHER SHIFT

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 84. MAY 01 | 1612 x 2300 | 7.8 |

Name & Rank of Member
LANSEY, ANTHONY Det.

Sequence Number
Fo4G

Member's Permanent District / Division / Bureau
NWD / CID / DIS

| Locator Number | E.O.D. | Social Security Number |
|---|---|---|
| 165 | 02-22-93 | 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 |

Agg Assault Investigation arrest (3) interviewed one 1434

(Overtime Work Performed - Explain)

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

Lt. _____
(Signature of Authorizing Supervisor)

POLICE DEPARTMENT
BALTIMORE, MARYLAND

Fiscal Division
INDIVIDUAL OVERTIME REPORT
Form 94 / 72

| | Compensatory Time |
| | Daily Overtime |
| | Scheduled Day Off |
| | Call-In Emergency |
| | Secondary Employment |

Date(s) Worked
4/ June 01

Name & Rank of Member
LAUSEY ARELMEW Det

Member's Permanent District/Division/Bureau
N.W. D./C.I.D

Locator No.
165

E.O.D.
09-22-93

Hours Worked
2212 x 0012

Social Security No.
813·88·7053

Sequence No.
F476

Total Hours
3.0

Sergeant/Lieutenant
Regular Earnings

Bi-Weekly $

3.5 Warrant w/ Det Chesley Hill 02304vD— Vally Rite Robber (warrhativ)

(Overtime Work Performed [explain])

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

01F02957

1160-49-31

Form 99 / 72
1160-49-31

Sergeant / Lieutenant'
Regular Earnings

Bi-Weekly $ _____

[rotated 90° — main form content]

POLICE DEPARTMENT
BALTIMORE, MARYLAND

INDIVIDUAL OVERTIME REPORT

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 10 MAR 01 | 0800-1600 | 80 |

Name & Rank of Member
Anthony Chausey

Member's Permanent District / Division / Bureau
Hub CID DTF

Local/Year Number
2005

E.O.D.
01-22-93

Social Security Number
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

Sequence Number
F046

DOMESTIC VIOLENCE (Overtime Work Performed - Explain)
DOMESTIC VIOLENCE HOMICIDES

We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.

_____
(Signature of Employee Working Overtime)

_____
(Signature of Authorizing Supervisor)

_____
(Signature of Certifying Supervisor)

☐ Compensatory Time
☐ Daily Overtime
☑ Scheduled Day Off
☐ Call-in Emergency
☐ Secondary Employment

ASSIGNED SHIFT
☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT    hrs X _____    hrs

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____________

| | | |
|---|---|---|
| Date(s) Worked: 10 MAR 01 | Hours Worked: 0800-1600 | Total Hours: 8.0 |
| Name & Rank of Member: Anthony Bansey Det. | | Sequence Number: F046 |
| Member's Permanent District / Division / Bureau: NWD CID DIS | | |
| Locator Number: 165 | E.O.D.: 02-22-93 | Social Security Number: 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 |

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

**ASSIGNED SHIFT**

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT hrs X hrs

Domestic Violence Home Visits
(Overtime Work Performed - Explain)

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

(Signature of Certifying Supervisor)

---

Fiscal Division
Form99 / 72
1160-49-31

POLICE DEPARTMENT
BALTIMORE, MARYLAND

**INDIVIDUAL OVERTIME REPORT**

Sergeant / Lieutenant
Regular Earnings

Bi-Weekly $____________

| | | |
|---|---|---|
| Date(s) Worked: 10 MAR 01 | Hours Worked: 0800 — 1600 | Total Hours: 8.0 |
| Name & Rank of Member: Danielle Swanson Det | | Sequence Number: F631 |
| Member's Permanent District / Division / Bureau: Northwest CID DIS | | |
| Locator Number: 165 | E.O.D.: 2-28-95 | Social Security Number: 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 |

☐ Compensatory Time
☑ Daily Overtime
☐ Scheduled Day Off
☐ Call-In Emergency
☐ Secondary Employment

**ASSIGNED SHIFT**

☐ 8 X 4
☐ 4 X 12
☐ 12 X 8
☐ OTHER SHIFT hrs X hrs

Domestic Violence Home Visits
(Overtime Work Performed - Explain)

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

(Signature of Employee Working Overtime)

(Signature of Authorizing Supervisor)

Fiscal Division
Form## / 72
1160-49-31

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND** [handwritten initials]

Sergeant / Lieutenant
Regular Earnings
Bi-Weekly $ ____________

*INDIVIDUAL OVERTIME REPORT*

- [ ] Compensatory Time
- [x] Daily Overtime
- [ ] Scheduled Day Off
- [ ] Call-In Emergency
- [ ] Secondary Employment

***ASSIGNED SHIFT***

- [ ] 8 X 4
- [x] 4 X 12
- [ ] 12 X 8
- [ ] OTHER SHIFT hrs X hrs

| Date(s) Worked | Hours Worked | Total Hours |
|---|---|---|
| 6/17/01 | 0800 - 1539 | 7.7 |

| Name & Rank of Member | Sequence Number |
|---|---|
| Lansey, Anthony Det. | F046 |

| Member's Permanent District / Division / Bureau |
|---|
| C.I.D. / D.I.S / N.W.D. |

| Locator Number | E.O.D | Social Security Number |
|---|---|---|
| 165 | 2.22.93 | 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 |

(Overtime Work Performed - Explain)
Domestic Violence Home Visits/Follow up Section I

*We certify that the overtime hours reported herein are authorized, were in fact worked, and are correct.*

Det. [signature]
(Signature of Employee Working Overtime)

[signature]
(Signature of Authorizing Supervisor)

[signature]
(Signature of Certifying Supervisor)

Domestic Viol. home visits:
1100 hrs - 1539 hrs.