October 7, 2003 | Multi-Page™ Deposition of - Det. Sgt. Sonia P. Young
Case 1:02-cv-03236-WDQ   Document 80-9   Filed 02/03/2004   Page 1 of 1
Gregory Robinson, et al. vs. Baltimore Police Department, et al

Page 82

1  A. I don't recall exactly what I said, but
2 I know it was pertaining to light skin getting
3 over, which is something that African Americans
4 joke about all the time, that light-skinned
5 females get things more so than any other
6 complexion female, similar to blonds have more
7 fun than brunettes, I guess.
8  Q. And you say it was Antoine Williams and
9 Swanson. Who else was around?
10  A. I don't recall who else was around
11 because that's who I was conversating with.
12  Q. Okay. All right. And that's the same
13 Detective Swanson that's working the DV unit with
14 you now?
15  A. Yes.
16  Q. Okay. And so your comment was -- you
17 don't recall exactly then.
18  A. Right.
19  Q. Okay. Well, let me ask you this then.
20 Can blacks discriminate against other blacks?
21    MR. PRIEST: Objection.

Page 83

1  Q. In your opinion.
2  A. I don't know.
3    MR. PRIEST: Objection.
4  A. I haven't.
5  Q. In your opinion can they?
6  A. I'm quite sure anybody can be
7 discriminated against.
8  Q. Okay. And what is the nature of that
9 understanding then with the light skin? You
10 mentioned something about light skin. What's the
11 understanding, that they're going to get over on
12 people? I don't want to misphrase what you --
13  A. No, I didn't say that they were going to
14 get over on people. I didn't say that.
15  Q. What did you say?
16  A. I said that making the comment about
17 light skin is similar to blonds have more fun
18 than brunettes in the African American
19 community. It's similar to what you would say in
20 your community, that blonds have more fun.
21  Q. I don't remember ever saying that

Page 84

1 but --
2  A. Well, I'm quite sure you may feel that.
3  Q. What is the connotation then, blonds
4 have more fun, what's the connotation with light
5 skin?
6  A. Light-skinned females are more prone to
7 get things that darker-skinned females would not.
8  Q. Does that hold true for the males as
9 well or just females?
10  A. I don't know.
11  Q. Okay. I'm not sure if I asked you this
12 question or not. Did someone from either EEO or
13 IAD ask you about that comment?
14  A. Not that I can recall.
15  Q. Okay. Did anyone in the department
16 contact you about that statement?
17  A. It was just a buzz in the unit.
18  Q. Okay. Anybody ever say it was the
19 subject of a complaint or an allegation?
20  A. Just, you know, when I got this lawsuit.
21  Q. Okay. Do you give light-skinned females

Page 85

1 preferential treatment?
2  A. No.
3  Q. How about African Americans in general,
4 do you feel you give them preferential treatment?
5  A. Not at all.
6  Q. How about Lieutenant Mack, do you feel
7 like he gives African Americans preferential
8 treatment?
9    MR. PRIEST: Objection.
10  A. Not at all.
11  Q. Other than that comment about Danielle
12 Swanson looking for free tickets, do you have any
13 other -- was there any other criticisms or
14 problems you had with Detective Swanson?
15  A. No.
16    MR. PRIEST: Objection.
17  Q. You got me curious. How would someone
18 discern whether someone is light-skinned or
19 dark-skinned?
20    MR. PRIEST: Objection.
21  A. Well, he is dark-skinned and he is