IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al.         *

    Plaintiffs                    *

v.                               *   Case No. WDQ-02-CV-3236

BALTIMORE POLICE DEPT., et al.   *

    Defendants                   *

\*       \*       \*       \*       \*       \*       \*

ORDER

Upon consideration of the Motions for Summary Judgement of Defendants and response hereto, it is this _____ day of _____, 2004, by the United States District Court for the District of Maryland.

**ORDERED**, that the Defendants' Motions for Summary Judgement be, and the same hereby is, **DENIED**.

_____
Judge, United States District Court
for the District of Maryland