IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al.            *

    Plaintiffs                          *

v.                                  *   Case No. WDQ-02-CV-3236

BALTIMORE POLICE DEPT., et al.      *

    Defendants                          *

\*   \*   \*   \*   \*   \*   \*

**MOTION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs, by and through their attorneys Duane A. Verderaime and Verderaime and DuBois, P.A., request to withdraw their Motion to Compel Request for Production of Documents, and state;

1. Counsel for Plaintiffs and Defendant Baltimore Police Department met on February 6, 2004 and reviewed Plaintiffs' Document Request.

2. Counsel have agreed to provide the outstanding documents within a reasonable time, and a numbered itemized response to plaintiffs' document request.

3. Wherefore, counsel have resolved the issues and plaintiffs request that the Motion to Compel be withdrawn.

Respectfully submitted,

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888

Attorneys for Plaintiffs