

# BALTIMORE POLICE DEPARTMENT

MARTIN O'MALLEY
Mayor

Office of Legal Affairs
Chief Legal Counsel
(410) 396-2495

Associate Legal Counsel
(410) 396-2496
(410) 396-2126 Facsimile

KEVIN P. CLARK
Police Commissioner

**Chief Legal Counsel**
Sheila Anderson

**Deputy Legal Counsel**
Peter Saar

**Associate Counsel**
Ira J. Fine
Kim Y. Johnson

February 10, 2004

Felicia Cannon
Clerk of the Court
United States District Court
For the District of Maryland
Northern District
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

                                  Re: Gregory Robinson, et al., Case No: WDQ 02-CV-3236
                                       Substitution of Counsel

Dear Madam Clerk:

Our recent electronic filing on January 23, 2004 with the United States District Court for the District of Maryland in the above-captioned matter, and other filings from plaintiffs' counsel subsequent to that have reflected on the electronic notice of the filings that copies of the filings have been electronically transmitted to counsel, Howard Hoffman, Esq., who has since December 10, 2003, withdrawn from the case. There was substitution of counsel in the case for the Baltimore Police Department of Sheila Anderson, Chief Legal Counsel. (See copy of the Entry of Appearance, enclosed).

A telephone call from Kim Johnson-Ball of the Office of Legal Affairs to the Clerk's Office verified that the name of Charles Byrd still appeared but did not get any transmissions of filings. Mr. Hoffman, however, was still receiving notices. Please delete Mr. Hoffman from the recipient list of electronic filings and notifications in this matter at your earliest convenience.

Sincerely,

*/s/ Peter Saar*
Peter Saar
Deputy Legal Counsel