**Peter Saar - Activity in Case 1:02-cv-03236-WDQ Robinson, et al v. Baltimore Police, et al "Motion to Withdraw as Attorney"**

| | |
|---|---|
| **From:** | <MDD_CM-ECF_Filing@mdd.uscourts.gov> |
| **To:** | <MDDdb_ECF@mdd.uscourts.gov> |
| **Date:** | 12/10/2003 11:22 AM |
| **Subject:** | Activity in Case 1:02-cv-03236-WDQ Robinson, et al v. Baltimore Police, et al "Motion to Withdraw as Attorney" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Maryland

Notice of Electronic Filing

The following transaction was received from Hoffman, Howard Benjamin entered on 12/10/2003 at 10:47 AM EST and filed on 12/10/2003

**Case Name:**     Robinson, et al v. Baltimore Police, et al
**Case Number:**   1:02-cv-3236
**Filer:**         Baltimore Police Department
**Document Number:** 60

**Docket Text:**
MOTION to Withdraw as Attorney by Baltimore Police Department. Responses due by 12/29/2003 (Attachments: # (1) Text of Proposed Order)(Hoffman, Howard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=12/10/2003] [FileNumber=315795-0
] [7f4582ef24a40b8e980c97dbfd099b1f788c3aa41d0bf1d293270c76701c9e28be4
f008989ec8f79700c0a84532002c8d2a2fdcf016b8ad1a0c9b8f016765f25]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=12/10/2003] [FileNumber=315795-1
] [880b4460490a564395b76a45c9cbbc284acc889fbb59e43f960c82b87e680dc847c
7fe8dfd6648d78db2ac04040c43efc89c87fab7576d5479efe810f1160121]]

**1:02-cv-3236 Notice will be electronically mailed to:**

Michael Alan Brown    mab@bdklaw.com

Charles Grant Byrd    Cbyrdjr@aol.com

James Howard Fields    jfields@jonesassociateslaw.com, sseubert@jonesassociateslaw.com

Gary Gilkey    gary.gilkey@baltimorecity.gov

Howard Benjamin Hoffman    howard.hoffman@baltimorepolice.org

Neal M Janey    nealjaneylaw@aol.com

William R Phelan    william.phelan@baltimorecity.gov

Troy Alfred Wiley Priest    tpriest@bdklaw.com, sarah@bdklaw.com;sjames@bdklaw.com

Peter Saar !    saarp@baltimorepolice.org

Deborah K St Lawrence    Deborah.St.Lawrence@baltimorecity.gov

Duane A Verderaime    legalaff@hotmail.com

**1:02-cv-3236 Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| Gregory Robinson, et al., | * | | |
|     Plaintiffs | * | | |
| v. | * | Case No. | WDQ 02 CV 3236 |
| Baltimore Police Department, et al. | * | | |
| | * | | |
|     Defendants | | | |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL FOR DEFENDANTS

Undersigned counsel respectfully moves for leave to withdrawal his appearance on behalf of Defendants Baltimore Police Department and Former-Commissioner Edward Norris ("Defendants"), in the above-referenced matter. In support thereof, states as follows:

(1) As of November 19, 2003, undersigned counsel's employment with Defendant Baltimore Police Department ceased, and by implication, so has undersigned counsel's right to represent the Defendants.

(2) Opposing counsel has been so advised, and no opposition to this Motion is expected.

(3) Co-counsel for the Defendants, Peter Saar, Esq., shall remain in this case as Attorney of Record. Sheila Anderson, Esq., Chief of Legal Affairs, is aware of this matter and available to assist Mr. Saar in its defense;

(4) Continued representation of Defendants in this matter would present financial, ethical, and other hardships to the undersigned.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, ET AL.       *

    PLAINTIFFS                 *

V.                             *     CASE NO. WDQ 02 CV 3236

BALTIMORE POLICE DEPARTMENT,   *
    ET AL.
                               *
    DEFENDANTS
_____/

## WITHDRAWAL OF COUNSEL

Undersigned co-counsel for the Baltimore Police Department hereby moves to withdraw his appearance in the above-referenced matter.

A substitution is unnecessary, as co-counsel for the Baltimore Police Department, Peter Saar, Esq., shall remain in this case.

        Respectfully submitted,

_____
Howard B. Hoffman, Esq., Bar # 25965
Associate Solicitor
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
Telephone: (410) 396-2496
Facsimile:  (410) 396-2126
Attorney for Baltimore Police Department

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY ROBINSON, ET AL., | * | |
| PLAINTIFFS | * | |
| v. | * | CASE NO. WDQ 02 CV 3236 |
| BALTIMORE POLICE DEPARTMENT, ET AL. | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of Sheila Anderson, Chief Legal Counsel, for Defendants, Baltimore Police Department and former Police Commissioner Edward T. Norris.

Respectfully submitted,

/s/ Sheila Anderson
Sheila Anderson
Federal Bar No. 26891
Chief Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
410-396-2496

/s/ Peter Saar
Peter Saar
Federal Bar No. 26666
Deputy Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
Telephone 410-396-2496


Counsel for Defendants
Baltimore Police Department
& former Police Commissioner
Edward T. Norris

## CERTIFICATE OF SERVICE

    I certify that on December 15, 2003 a copy of the Withdrawal of Counsel by Howard B. Hoffman and Defendants', Baltimore Police Department and former Police Commissioner Edward T. Norris', Notice of Entry of Appearance of Counsel were mailed first class, postage pre-paid, to the following:

Duane A. Verderaime, Esq.
Verderaime and DuBois, P.A.
1231 N. Calvert Street
Baltimore, Maryland 21202
*Attorney for Plaintiff*

Michael A. Brown, Esq.
Troy A. Priest, Esq.
Brown, Diffenderfer & Kearney, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
*Attorneys for Defendants Moore, Williams and Young*

Neal M. Janey, Esq.
10 N. Calvert Street, Suite 722
Baltimore, Maryland 21202
*Attorney for Mack*

James H. Fields, Esq.
Nathan Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 S. Calvert Street
Baltimore, Maryland 21202
*Attorney for Defendant Booker*

                                                                  Peter Saar