## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY ROBINSON, *et al.* | * |
| Plaintiffs | * |
| v. | *   Case No. WDQ-02-CV-3236 |
| BALTIMORE POLICE DEPT., *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 3, 6, and 7, which are an attachment to filing #80, Plaintiffs' Memorandum in support of their response to Defendants' Motions for Summary Judgment, exists only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format

In addition, Plaintiffs' Motion in Response to Defendants' Motions for Summary Judgment, accompanying Memorandum, and exhibits will also be filed with the Clerk's Office in paper format, in that the filing, along with the attachments, exceeds 15 pages in length.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

__2/11/04__
Date

_____
Duane A. Verderaime
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202
(410) 752-8888
Federal Bar #023874

Attorneys for Plaintiffs