IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

**GREGORY ROBINSON, et al.,**

    **Plaintiffs,**

**v.**                                    Case No.: WDQ-02-3236

**BALTIMORE POLICE DEPARTMENT, et al.,**

    **Defendants.**

### DEFENDANT BALTIMORE POLICE DEPARTMENT'S MOTION FOR LEAVE TO FILE PAPER REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN LIEU OF ELECTRONIC FILING

Baltimore Police Department, by and through its undersigned counsel, files this Motion for Leave to File Paper Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment in Lieu of Electronic Filing (the "Motion"), and in support thereof states as follows:

1. On January 23, 2003, the Baltimore Police Department (the "BPD") filed a Motion for Summary Judgment.

2. On February ___, 2003, the Plaintiffs filed a Response to the BPD's motion for summary judgment.

3. Pursuant to the Court's November 13, 2003 scheduling order, the BPD's reply to the Plaintiffs' response is due to be filed on February 17, 2004.

4. BPD has experienced technological difficulties which prevented access to the Court's server for purposes of electronically filing the reply by the February 17, 2004 deadline identified in the Court's November 13, 2003.

5. By this Motion, the BPD requests authority to file its reply in paper form and serve such reply, with related exhibits, upon the interested parties remaining in this case. A copy of the BPD's reply is attached hereto as Exhibit 1 and is incorporated by reference herein.

WHEREFORE the Baltimore Police Department respectfully requests that this Court enter an Order

a. granting the Motion;

b. authorizing the Baltimore Police Department to file its reply in paper form in lieu of an electronic filing; and

c. granting such other and further relief as this Court deems just and proper.

Kim Y. Johnson, Federal Bar No.: 22447

Peter Saar, Federal Bar No.: 26666
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
(410) 396-2496

Attorneys for the Defendant
Baltimore Police Department