IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

**GREGORY ROBINSON, et al.,**

    **Plaintiffs,**

v.                                               Case No.: WDQ-02-3236

**BALTIMORE POLICE DEPARTMENT, et al.,**

    **Defendants.**

### ORDER GRANTING DEFENDANT BALTIMORE POLICE DEPARTMENT'S MOTION FOR LEAVE TO FILE PAPER REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT <u>IN LIEU OF ELECTRONIC FILING</u>

Upon consideration of the Baltimore Police Department's Motion for Leave to File Paper Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment in Lieu of Electronic Filing (the "Motion"), adequate and proper notice having been given under the circumstances, and the Court believing that the requested relief should be granted as being in the best interests of justice, it is by the United States District Court for the District of Maryland, Northern Division,

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Baltimore Police Department is granted leave to file its paper rely to the Plaintiffs' Response to the Defendant's Motion for Summary Judgment within two (2) days from the date of the entry of this Order; and it is further

**ORDERED**, that the Baltimore Police Department shall file a certificate of service with this Court evidencing service of the paper reply upon all parties in interest remaining in this case.

**SO ORDERED.**

_____                    _____
Date                                    William D. Quarles
                                        Associate Judge
                                        U.S. District Court


Send Copies to:

Duane Verderaime, Esquire
Verderaime & Dubose P.A.
1231 N. Calvert Street
Baltimore, Maryland 21202

Troy A. Priest, Esquire
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

James H. Fields, Esquire
Jones & Associates, P.C.
111 S. Calvert Street, Suite 2700
Baltimore, Maryland 21202