## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February 2004, a copy of the foregoing Motion for Leave to File Paper Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment in Lieu of Electronic Filing, with proposed form of Order, was mailed, first class, postage prepaid to:

Duane Verderaime, Esquire
Verderaime & Dubose P.A.
1231 N. Calvert Street
Baltimore, Maryland 21202

Troy A. Priest, Esquire
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

James H. Fields, Esquire
Jones & Associates, P.C.
111 S. Calvert Street, Suite 2700
Baltimore, Maryland 21202

_____
Kim Y. Johnson