```
           IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
GREGORY ROBINSON, et al.,     *
                              *
     Plaintiffs,              *
                              *
v.                                  CIVIL ACTION NO: WDQ-02-3236
                              *
BALTIMORE POLICE
  DEPARTMENT, et al.,         *

     Defendants.              *

*    *    *    *    *    *    *    *    *    *    *    *    *
                                                              *
```

ORDER

For the reasons stated in the Memorandum Opinion issued on this day, it is this 19th day of July, 2004, ORDERED that:

1.  The Motions for Summary Judgment filed by the Department, Defendants Mack and Young, and Defendants Booker and Moore BE and HEREBY ARE GRANTED, with respect to Plaintiff Dawn Cheuvront;

2.  The Clerk of the Court ENTER FINAL JUDGMENT against Plaintiff Dawn Cheuvront;

3.  The Motions for Summary Judgment filed by the Department, Defendants Mack and Young, and Defendants Booker

and Moore BE and HEREBY ARE GRANTED IN PART with respect to:

    a.   all claims based on post-transfer intra-unit overtime and overtime processing delays;

    b.   all claims based on promotional denials;

    c.   Disparate Treatment claims against Sgt. Booker and Sgt. Young;

    d.   Hostile Environment Claims with respect to Young;

    e.   Negligent Hiring, Retention, Due Process, and Civil Conspiracy Claims against the Department;

    4.   The Motions for Summary Judgment filed by the Department, Defendants Mack and Young, and Defendants Booker and Moore BE and HEREBY ARE DENIED IN PART with respect to:

    a.   Hostile Environment, Disparate Treatment, and Retaliation Claims Against Lt. Mack, Sgt. Moore, and the Department;

    b.   Retaliation Claims against Sgt. Booker and Sgt. Young;

    c.   Due Process & Civil Conspiracy Claims Against the Individual Defendants.

    5.   The Clerk of the Court mail copies of this Order and the Memorandum Opinion to counsel.

_____/s/_____<br>
William D. Quarles, Jr.<br>
United States District Judge