United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

July 21, 2004

TO COUNSEL OF RECORD

Re: Robinson, et al. v. Baltimore
Police Department, et al.
Civil No. WDQ 02-3236

Dear Counsel:

A pretrial conference is necessary in the above referenced case. Counsel should confer and contact Chambers, on or before July 30, 2004, with several mutually convenient dates and times.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge