IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

**GREGORY ROBINSON, et al.,**

    Plaintiffs,

v.                                     Case No.: WEQ-02-3236

**BALTIMORE POLICE DEPARTMENT, et al.,**

    Defendants.

**ORDER GRANTING DEFENDANT BALTIMORE POLICE DEPARTMENT'S
MOTION FOR RECONSIDERATION OF COURT'S JULY 19, 2004
ORDER GRANTING IN PART AND DENYING IN PART
THE MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Baltimore Police Department's Motion for Reconsideration of the Court's July 19, 2004 Order Granting in Part and Denying in Part the Motion for Summary Judgment (the "Motion"), adequate and proper notice having been given, the Court's consideration of any responses filed thereto, and it appearing that the requested relief should be granted, it is by the United States District Court for the District of Maryland

**ORDERED** that the Motion be and the same is hereby **GRANTED**; and it is further

**ORDERED** that the Court's July 19, 2004 Order denying summary judgment to the Baltimore Police Department be and the same is hereby **VACATED**; and it is further

**ORDERED**, that summary judgment is granted in favor of the Baltimore Police Department and against all Plaintiffs.

                                                                _____
                                                                Judge William D. Quarles, Jr.

Send Copies to:

Kim Y. Johnson, Esquire
Baltimore Police Department
242 West 29th Street
Baltimore, Maryland 21211

Duane A. Verderaime, Esquire
Verderaime & DuBois, P.A.
1231 N. Calvert Street
Baltimore, Maryland 21202

Michael Brown, Esquire
Troy A. Priest, Esquire
Brown, Diffenderffer & Kearney, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

James H. Fields, Esquire
Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202