MOTION "GRANTED" THIS ___ DAY OF
_____, 20___.

_____
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

GREGORY ROBINSON, et al.,

    Plaintiffs,

Case No.: WEQ-02-3236

BALTIMORE POLICE DEPARTMENT, et al.,

    Defendants.

### DEFENDANT BALTIMORE POLICE DEPARTMENT'S MOTION FOR RECONSIDERATION OF COURT'S JULY 19, 2004 ORDER GRANTING IN PART AND DENYING IN PART THE MOTION FOR SUMMARY JUDGMENT

Baltimore Police Department, by and through its undersigned attorneys, files this Motion for Reconsideration of the Court's July 19, 2004 Order Granting in Part and Denying in Part the Motion for Summary Judgment (the "Motion"). The Baltimore Police Department (the "BPD") filed a Motion for Summary Judgment seeking judgment as a matter of law as there is no dispute as to any material facts.

In support of its motion, the BPD filed a memorandum of law in support of the Motion for the Summary Judgment, including transcripts of the depositions of the plaintiffs[2] and the defendants. Upon review of the voluminous documents submitted in support of and in opposition to the motions for summary judgment, the Court has ruled that the plaintiffs were entitled to proceed on their claims of Title VII violations against the BPD. The BPD requests that the Court reconsider this ruling.

[1] The individual defendants also filed motions for summary judgment which have also been granted in part and denied in part.

[2] Pursuant to the Court's July 19, 2004, there only remains three (3) plaintiffs as all defendants have obtained summary judgment against plaintiff Dawn Cheuvront.