IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

GREGORY ROBINSON, et al.,

    Plaintiffs,

v.

CIVIL ACTION NO: WDQ-02-3236

BALTIMORE POLICE
   DEPARTMENT, et al.

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

It is this 30th day of July 2004, ORDERED that

1. The Court's July 30, 2004 Order granting Defendant Baltimore City Police Department's Motion for Reconsideration BE, and HEREBY IS, VACATED;

2. The Motion for Reconsideration BE, and HEREBY IS, DENIED.

_____
William D. Quarles, Jr.
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2004 JUL 30 P 1:53

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY