LAW OFFICES
**VERDERAIME & DUBOIS, P. A.**

ROBERT C. VERDERAIME
A. HAROLD DUBOIS
WILLIAM D. KURTZ
DUANE A. VERDERAIME

1231 NORTH CALVERT STREET
BALTIMORE, MARYLAND 21202

August 6, 2004

TELEPHONE
(410) 752-8888

FAX NUMBER
(410) 752-0425

TOLL FREE
1-800-499-4246

Hon. William D. Quarles, Jr.
U. S. District Court for the
  District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re: *Gregory Robinson, et al. v. Baltimore Police Department, et al.*
    Civil Case No.: WDQ-02-3236
    Our File No.: 02-25190

Dear Judge Quarles:

In reference to your recent request for counsel of record to confer and obtain available dates to schedule a pretrial conference, I submit the following information:

Phone calls and/or letters have been made to Kim Johnson, representing the Baltimore Police Department, Troy Priest and James Fields, representing the individual defendants. This information was relayed to your chambers to confirm available dates. It appears that August 26, 2004, is available to all parties.

In reference to scheduling the pretrial conference, it may be worth noting that in November 2003, the parties agreed that once summary judgment motions had been ruled upon, the parties would be amenable to mediation. As referenced by my attached July 26, 2004, letter, and the July 29, 2004, response, counsel for the police department, as well as confirmed telephone conversations with Mr. Priest and Mr. Fields, the parties are not opposed to participating in mediation.

Based upon the Court's discretion, the August 26, 2004 date may be used for mediation or for the pretrial conference, with a mediation date to be determined. In addition, the parties wish to request a retired Judge as the mediator as the mediation, and may suggest Judge Harold Chasanow as an appropriate candidate.

On behalf of all counsel, we trust that the above is in accordance with this Court's request.

Very truly yours,

VERDERAIME & DUBOIS, P.A.

Duane A. Verderaime

Enclosures

LAW OFFICES
## VERDERAIME & DuBOIS, P. A.

ROBERT C. VERDERAIME
A. HAROLD DuBOIS
WILLIAM D. KURTZ
DUANE A. VERDERAIME

1231 NORTH CALVERT STREET
BALTIMORE, MARYLAND 21202

TELEPHONE
(410) 752-8888

FAX NUMBER
(410) 752-0425

TOLL FREE
1-800-499-4246

July 26, 2004

Peter Saar, Esquire
Chief Legal Counsel
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211

Re:   *Gregory Robinson, et al. v. Baltimore Police Department, et al.*
      Civil Case No.:   WDQ-02-3236
      Our File No.:     02-25190

Dear Mr. Saar:

As you are aware, Judge Quarles issued an Opinion and Order in response to the summary judgment motions filed on behalf of the defendants. As per conversations with prior legal counsel, and memos submitted to Judge Quarles and the U. S. District Court, once summary judgment motions had been filed and ruled upon, it was agreed that the parties would participate in mediation before a magistrate. Please inform me as to whether this is the current position of the defendants.

Please feel free to contact me in reference to this and the posture of the case going forward, as per the court's order and scheduling request.

I look forward to hearing from you.

Very truly yours,

VERDERAIME & DuBOIS, P.A.

Duane A. Verderaime

DAV:jeg

cc:   Kimberly Johnson-Ball, Esquire
      James Fields, Esquire
      Troy Priest, Esquire

F:\Duane\Robinson.Greg\Saar 7-26-04.wpd

# BALTIMORE POLICE DEPARTMENT



**MARTIN O'MALLEY**
Mayor

Office of Legal Affairs
Chief Legal Counsel
(410) 396-2495

Associate Legal Counsel
(410) 396-2496
(410) 396-2126 Facsimile

**KEVIN P. CLARK**
Police Commissioner

Chief Legal Counsel

Deputy Legal Counsel
Peter Saar

Associate Counsel
Ira J. Fine
Kim Y. Johnson

July 29, 2004

Via Facsimile (410) 752-0425
And Regular First Class Mail

Duane A. Verderaime, Esquire
Verderaime & DuBois, PA
1231 N. Calvert Street
Baltimore, Maryland 21202

Re: Robinson, et al. v. Baltimore Police Department, et al.
Case No.: WDQ-02-CV-3236

Dear Mr. Verderaime:

I am in receipt of your letters dated July 26, 2004 regarding the above referenced matter. With regard to mediation, we are not adverse to mediation in an effort to resolve whatever issues remain in this case. Obviously mediation must be scheduled prior to any pretrial conference. In that vain, please be advised that I am available almost any day in the month of August with the exception of August 10th, August 17th, August 19th, August 24th or August 31st for Court required pretrial conference.

With regard to the answers to interrogatories numbers 5 and 8, within the next couple of weeks I will review the interrogatories as well as any corresponding documents that may be responsive thereto and get back in touch with you. In the interim, if you have any additional questions or concerns, please do not hesitate to contact me.

Very truly yours,

Kim Y. Johnson
Associate Counsel

**1-866-BELIEVE * www.baltimorebelieve.com**

c/o 242 W. 29th Street • Baltimore, Maryland 21211