# United States District Court
## District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

August 10, 2004

TO COUNSEL OF RECORD

      Re: Gregory Robinson, et al. v. Baltimore Police Department, et al.
         Civil No. WDQ 02-3236

Dear Counsel:

      A pretrial conference will be held on Thursday, August 26, 2004 at 9:00 a.m. in Chambers. Please bring your calendars with you to the conference.

      Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and requested jury instructions are due from all parties at the pretrial conference. The Court would appreciate receiving the requested *voir dire* and jury instructions on diskette or CD, where available.

                                    Very truly yours,

                                    /s/

                                  William D. Quarles, Jr.
                                  United States District Judge