LAW OFFICES
## VERDERAIME & DUBOIS, P. A.

ROBERT C. VERDERAIME
A. HAROLD DUBOIS
WILLIAM D. KURTZ
DUANE A. VERDERAIME

1231 NORTH CALVERT STREET
BALTIMORE, MARYLAND 21202

August 20, 2004

TELEPHONE
(410) 752-8888

FAX NUMBER
(410) 752-0425

TOLL FREE
1-800-499-4246

Hon. William D. Quarles, Jr.
U. S. District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   *Gregory Robinson, et al. v. Baltimore Police Department, et al.*
      Civil Case No.:   WDQ-02-3236
      Our File No.:   02-25190

Dear Judge Quarles:

In reference to your August 10, 2004-pretrial correspondence, the parties request the Court's indulgence on two issues.

First, all parties are amenable to a settlement/mediation conference, and desire to have one set by the court.

Secondly, the parties wish to request an extension for the pretrial conference. The volumes of exhibits in this case requires additional time to be reviewed by counsel for stipulation purposes. When the court was presented with August 26, 2004, being the only date in August that all parties had available, the prospect of arranging additional time to schedule four attorneys in August to meet to comply with requirements of Local Rule 106, was not foreseen. Additionally, time for settlement negotiations was not available. Also, certain documental discovery is still outstanding, of which most are anticipated to be used as exhibits at trial.

After conferring with defense counsel, the consensus is that a settlement/mediation conference is preferred, during the week of September 27, 2004, with the pretrial to be set 30-days from the mediation date. In the alternative, an extension for the pretrial conference of 30-days is requested to properly and throughly present a pretrial order to the court.

Respectfully submitted,

VERDERAIME & DUBOIS, P.A.

Duane A. Verderaime

cc:   Kim Johnson
      James Fields
      Troy Priest