

CITY OF BALTIMORE

MARTIN O'MALLEY, Mayor

DEPARTMENT OF LAW

RALPH S. TYLER, City Solicitor
101 City Hall
Baltimore, Maryland 21202

September 14, 2004

Honorable Susan K. Gauvey
United States Magistrate Judge
101 West Lombard Street
Baltimore, Maryland 21201

RE:    *Gregory Robinson v. Baltimore Police Dept. et al.,*
       Civil Action No. WDQ-02-3236

Dear Judge Gauvey:

I have received your letter dated September 8, 2004 concerning the settlement conference in this case. The Mayor and City Council of Baltimore, represented by Deborah St. Lawrence, Gary Gilkey and me, has not been a party to the case since judgment was entered in its favor as to all claims on December 30, 2002. Therefore, counsel for the City are not planning to attend the conference on November 15, 2004, unless the Court desires our presence.

Very truly yours,

William R. Phelan, Jr.
Principal Counsel
Baltimore City Department of Law
100 Holliday Street
Baltimore, Maryland 21202
410-396-4094
Attorney for Mayor and City Council
 of Baltimore

cc:    All Counsel

Printed on recycled paper with environmentally friendly soy based ink.