

**Brown & Sheehan, LLP**
Tide Point
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD  21230

410-296-8500  •  phone
410-296-1559  •  fax

October 28, 2004

The Honorable Susan K. Gauvey
In the United States District Court
   For the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re:   *Gregory Robinson, et al. v. Baltimore City, Maryland, et al.*
              Case No.: WDQ-02-3236

Dear Judge Gauvey:

    I am writing this letter to express my apologies for inadvertently failing to file a letter with the Court in the above referenced matter by the October 18, 2004 deadline.

    I respectfully request an extension until Tuesday, November 2, 2004 to file the letter with the Court.

    If you have any questions or require any additional information, please do not hesitate to contact me.

                          Very truly yours,

                          Troy A. Priest /sl

                          Troy A. Priest

TAP/sel