Direct Dial: (410) 385-5246

November 1, 2004

The Honorable Susan K. Gauvey
United States District Court for the
  District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

      Re:    Gregory Robinson, et al. v. Sgt. William Booker, et al.
            U.S. District Court for the District of Maryland,
            Case No.  S02CV3236

Dear Judge Gauvey:

    I am writing this letter to express my apologies for inadvertently failing to file a letter with the Court in the above-referenced matter by the October 18, 2004 deadline.

    I respectfully request an extension until Wednesday, November 3, 2004 to file the letter with the Court.

    If you have any questions, please do not hesitate to contact me at the above-referenced number.

                    Sincerely,

                    /s/

                    James H. Fields

JHF:sks