LAW OFFICES
## Verderaime & DuBois, P. A.

ROBERT C. VERDERAIME
A. HAROLD DuBOIS
WILLIAM D. KURTZ
DUANE A. VERDERAIME

1231 NORTH CALVERT STREET
BALTIMORE, MARYLAND 21202

TELEPHONE
(410) 752-8888

FAX NUMBER
(410) 752-0425

TOLL FREE
1-800-499-4246

November 8, 2004

### VIA FACSIMILE AND REGULAR MAIL

Kim Johnson, Esquire
Baltimore Police Department
Office of Legal Affairs
242 W. 29th Street
Baltimore, Maryland 21211-2908

Troy A. Priest, Esquire
Brown & Sheehan, LLP
1010 Hull Street, Suite 300
Baltimore, Maryland 21230

James H. Fields, Esquire
Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202

Re:   Settlement Conference
      *Gregory Robinson, et al. v. Baltimore Police Department, et al.*
      Civil Case No.:   WDQ-02-3236
      Our File No.:     02-25190

Dear Counsel:

As per the Judge's September 8, 2004-Order, prior to the settlement conference scheduled for November 15, 2004, counsel were to exchange demands and offers and make a good-faith effort to settle the case on our own.

On October 18, 2004, plaintiffs sent you their demands and offers for settlement. A response was required by you on October 25, 2004, with discussions to proceed following the exchange of these demands. As of November 8, 2004, plaintiffs have not received any correspondence or phone calls from defense counsel in reference to the court ordered procedure.

VERDERAIME & DUBOIS, P. A.

Kim Johnson, Esquire,
Troy A. Priest, Esquire, and
James H. Fields, Esquire
Re:    *Gregory Robinson, et al. v. Baltimore Police Department, et al.*
November 8, 2004
Page - 2 -

---

Please contact me immediately so that some settlement discussions may be had prior to meeting with the Judge next week. In addition, certain discovery is still outstanding, of which plaintiffs would like to have prior to meeting with the Judge on November 15, 2004.

I await your calls.

Very truly yours,

VERDERAIME & DUBOIS, P.A.

By: _____
Duane A. Verderaime

DAV:jeg

cc:   Hon. Susan K. Gauvey