Direct Dial:  (410) 385-5246

November 12, 2004

**VIA TELECOPY**
**AND FIRST-CLASS MAIL**

The Honorable Susan K. Gauvey
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

      Re:    Gregory Robinson, et al. v. Sgt. William Booker, et al.
              U.S. District Court for the District of Maryland, Case No.  S02CV3236

Dear Judge Gauvey:

     I write on behalf of my clients, Sgt. Darryl C. Moore and Sgt. William Booker, as well as the other remaining Defendants in the above-referenced case, to **request that the Settlement Conference presently scheduled in this matter for Monday, November 15, 2004 at 9:30 a.m. be postponed for a period of not less than thirty (30) days**.  The bases for this request are more fully set forth in the attached letter of yesterday's date to Plaintiff's counsel, Duane A. Verderaime, Esquire.

     In sum, as set forth in the attached letter, the considerations required to be undertaken and the authority required to be given by the Commissioner of the Baltimore Police Department ("BPD") in order to reach a resolution of this case simply cannot occur before Monday, November, 15, 2004 in light of the very recent change in the BPD Commissioner position.

     Accordingly, Defendants respectfully request that the Settlement Conference currently scheduled in the above-referenced matter be postponed for a period of not less than thirty (30) days.

The Honorable Susan K. Gauvey<br>November 12, 2004<br>Page 2

    If Your Honor has any comments or questions, please do not hesitate to contact me at the above-referenced number.

Sincerely,

/s/

James H. Fields

cc:    Duane A. Verderaime, Esquire
        Troy A. Priest, Esquire
        Kim Johnson, Esquire
JHF:sks