### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**  
**SUSAN K. GAUVEY**  
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**MDD_skgchambers@mdd.uscourts.gov**  
**(410) 962-4953**  
**(410) 962-2985 - Fax**

November 19, 2004

Duane A. Verderaime, Esq.  
Verderamine & DuBois, P.A.  
1231 North Calvert Street  
Baltimore, MD 21202

Michael A. Brown, Esq.  
Brown & Sheehan, LLP  
The Tide Building, Suite 300  
1010 Hull Street  
Baltimore, MD 21230

Kim Y. Johnson, Esq.  
Baltimore Police Department  
Office of Legal Affairs  
601 East Fayette Street  
Baltimore, MD 21202

James H. Fields, Esq.  
Jones and Associates, PC  
111 South Calvert Street, Suite 2700  
Baltimore, MD 21202

    Re:  Gregory Robinson, et al. v. Baltimore Police  
         Department, et al., Civil No. WDQ-02-3236

Dear Counsel:

    This will confirm that the settlement conference in the above case has been rescheduled to Monday, January 31, 2005, at 9:30 a.m.

    Any undated information should be submitted to me on or before January 24, 2005.

    I look forward to meeting with you on January 31st.

                                    Sincerely yours,

                                        /s/

                                            Susan K. Gauvey
                                            United States Magistrate Judge